# EXHIBIT A

# ELECTRONIC SIGNATURE PAGE

## KERN COUNTY SUPERIOR COURT SEARCH WARRANT
## AGENCY CASE NUMBER: 2019-00171257

**APPROVED ON:**   **10/24/2019**

**DATE/TIME:**   **10/24/2019 5:05 PM (A)**

**APPROVED BY:**   **/s/Lorna Brumfield (B)**

**AFFIANT:**   **/s/Joshua Nicholson (C)**

| | | | |
|---|---|---|---|
| **Hobbs Requested:** | **N** | **Hobbs Granted:** | -- |
| **Seal Requested:** | **Y** | **Seal Granted:** | **Y** |
| **Night Search Requested:** | **N** | **Night Search Granted:** | -- |

## Affiant Information

**Affiant:**   Joshua Nicholson

**Affiant's Signature:**   /s/Joshua Nicholson

**Date/Time:**   10/24/2019 4:09 PM

**Agency:**   Kern County Sheriff

## Judge

**Judge:**   Lorna Brumfield

**Judge's Signature:**   /s/Lorna Brumfield

**Date/Time:**   10/24/2019 5:05 PM

Created with EO.Pdf for .NET trial version. http://www.essentialobjects.com.

## STATE of CALIFORNIA, COUNTY of KERN,
## SEARCH WARRANT and AFFIDAVIT
## (AFFIDAVIT)

**Sergeant Joshua Nicholson**, Kern County Sheriff's Office swears under oath that the facts expressed by him in the attached and incorporated **Statement of Probable Cause** are true and that based thereon he has probable cause to believe and does believe that the articles, property, and persons described below are lawfully seizable pursuant to Penal Code Section 1524 et seq., as indicated below, and are now located at the locations set forth below. Wherefore, Affiant requests that this Search Warrant be issued.  The warrant request contains three (12) pages.


### (SEARCH WARRANT)


**THE PEOPLE OF THE STATE OF CALIFORNIA TO ANY PEACE OFFICER IN THE STATE OF CALIFORNIA**: proof by affidavit, having been this day made before me, by **Sergeant Joshua Nicholson** that there is probable cause to believe that the property or person described herein may be found at the location(s) set forth herein and that it is lawfully seizable pursuant to Penal Code Section 1524 et seq., as indicated below by "⊠"(s), in that:


- ☒ Property or things are in the possession of any person with the intent to use them as a means of committing a public offense, or in the possession of another to whom he or she may have delivered them for the purpose of concealing them or preventing their being discovered;
- ☐ Property or things were used as the means of committing a felony;
- ☐ Property or things to be seized consist of any item or constitute any evidence that tends to show a felony has been committed, or tends to show that a particular person has committed a felony;
- ☐ Property or things to be seized consist of evidence that tends to show that sexual exploitation of a child, in violation of Section 311.3, or possession of matter depicting sexual conduct of a person under the age of 18 years, in violation of Section 311.11, has occurred or is occurring;
- ☐ There is a warrant to arrest a person;
- ☐ A provider of electronic communication service or remote computing service has records or evidence, as specified in Section 1524.3, showing that property was stolen or embezzled constituting a misdemeanor, or that property or things are in the possession of any person with the intent to use them as a means of committing a misdemeanor public offense, or in the possession of another to whom he or she may have delivered them for the purpose of concealing them or preventing their discovery;


**You are therefore COMMANDED to SEARCH:**


**The premises described as**:

Open agricultural parcels, some of the hemp/cannabis fields do not fill the entire parcel. Acreage shown is of entire parcel, acreage of hemp/cannabis field; including all rooms, buildings, and structures used in connection with the premises and buildings adjoining them.

Grower: Stenderup. There are 5 fields, some of the fields occupy parts of multiple parcels.
APN: 189-220-18-00-3 33.9 acres. Owned by Stenderup, Andy Carl
APN: 189-240-06-00-4 38.79 acres. Owned by Stenderup, Kent K B & Stenderup, Patricia Ann
APN: 189-240-59-00-8 54.23 acres. Owned by Stoker, Shirley R
APN: 189-270-02-00-1 18.48 acres. Owned by Stenderup, Any Carl & Stenderup, Kim Renee
APN: 189-270-08-00-9 20.09 acres. Owned by Stenderup, Andy & Stenderup, Kim Renee
APN: 189-270-09-00-2 18.5 acres. Owned by Stenderup, Andy & Stenderup, Kim Renee
APN: 189-340-11-00-7 79.09 acres. Owned by Stenderup V & B Family Trust

Grower: Lehr Brothers
APN: 189-070-68-00-5 75.11 acres. Owned by RRL L, P

Vandborg Farms:
APN: 189-220-09-00-7 41 acres. Owned by Hermitte, M P & Hermitte Eugene
APN: 189-230-02-00-9 39.16 acres. Owned by Hermitte Family Limited Partnership

Created with EO.Pdf for .NET trial version. http://www.essentialobjects.com.

Mike Cauzza Farms:
APN: 189-070-15-00-1 29.56 acres. Owned by Cauzza, Bruno & Cauzza, Nancy E

**The person(s) described as:**

Trent JONES, a white male adult born 08/14/1963, 5'08" tall, 190 pounds, with blue eyes and blonde hair and a California Driver's license number of C0294518 and SSN: ▮▮▮-7607.

Any and all persons present at the location at the time this warrant is served if probable cause to search, consent, and/or subject to search per probation or parole, until determining they are uninvolved in criminal activity where they will be released when safe.

**For the FOLLOWING PROPERTY, THING(s) or PERSON(s):**

Cannabis and derivatives of same, and paraphernalia associated with the unlawful cultivation of cannabis such as: items or devices intended for use or designed for use in planting, propagating, cultivating, growing, or harvesting of cannabis, including plant pots, potting soil, shovels, hand gardening tools, watering systems, and plant fertilizers. Documentary evidence which tends to prove either: The identity of the person(s) in possession of cannabis or its paraphernalia; and the identity of persons involved in the unlawful cultivation of cannabis; knowledge of such person(s) over the contraband nature of the substances which are found; the elements of the crimes of cultivation of cannabis or conspiracy to commit those crimes.

**Search Warrant Release / PC 1536:**

1) Any property/evidence seized during the lawful service of the search warrant shall be disposed of in accordance with the law by the Kern County Sheriff's Office, upon adjudication of the case. The officers serving this warrant are hereby authorized, without necessity of any further order, to return seized property to any victim(s) or suspect(s) if such properties have been photographically documented and are not prohibited by law to have in their possession. The court also orders that the imaged data and contents of the cellular telephone(s) be considered the originals so the cellular telephones may be returned to the owners.

**Marijuana Destruction Search Warrant Release / PC 1536**

1) In the case of growing or harvested cannabis, the officers serving this warrant are hereby authorized, without necessity of any further order, to destroy that amount of marijuana in excess of the following amounts. Subsequent to the seizure, and prior to destruction of any such controlled substance(s), the following criteria will be satisfied and documented on the search warrant return:

   a. At least five random and representative cannabis plant samples shall be seized/retained for evidentiary purposes.
   b. A two-pound sample shall be seized/retained for evidentiary purposes.
   c. Photographs and videos shall be taken that reasonably and accurately demonstrate the total amount of the suspected controlled substance to be destroyed.
   d. An estimated total plant count.

   In making the determination to destroy excess amounts of cannabis, pursuant to this order, officers shall demonstrate it was not reasonably possible to preserve the suspected controlled substance in place, or to remove the suspected controlled substance to another location. In making this determination, the difficulty of transporting and storing the cannabis to another site and the storage facilities shall be taken into consideration. Consideration shall also be given to the availability, or unavailability, of helicopters in the removing or transportation process. Such consideration will be articulated in the search warrant return.

2) In the event any cannabis seized pursuant to the above court order contains evidence of heavy concentration or fresh application of toxic chemical pesticide(s), field destruction of the suspected controlled substance is authorized and seizure of the above listed samples is hereby waived, after satisfying and documenting the following criteria on the search warrant return:

Created with EO.Pdf for .NET trial version. http://www.essentialobjects.com.

2

a. Whether removal would increase risk of exposure and present a hazardous safety risk to investigators, members of the public, and/or further contamination of the environment.
b. Photographs and videos shall be taken that reasonably and accurately demonstrate the total amount of the suspected controlled substance prior to, during, and after destruction.
c. Photographs depicting evidence of toxic chemical application.
d. An estimated total plant count.

**You are therefore Authorized to Employ:**

Local, state and federal law enforcement officers, experts, and environmental scientists. This includes, but not limited to, the following agencies: the California Department Fish and Wildlife, Federal Bureau of Investigation, Kern County Sheriff's Department, United States Forest Service, Bakersfield Police Department, the State Water Board, California Department of Food & Agriculture, California Department of Fire and Forestry (CAL Fire), the Kern County Department of Health and Human Services—Division of Environmental Health, and the Air Quality Management District.

The use of a civilian contractor, civilian public employee, or civilian capable of operating equipment to eradicate 459 acres of cannabis.

I am requesting authorization for the Kern County Sheriff's Office to utilize Small Unmanned Aerial Vehicles during the execution of this Search Warrant for the purpose of photography and/or video either viewed live or recorded. Any such use of a Small Unmanned Aerial Vehicle will be utilized in accordance with Part 107 of Chapter 14 of the Code of Federal Regulations and/or any Operational Waivers currently issued to the Kern County Sheriff's Office.

**AND TO SEIZE IT / THEM IF FOUND** and bring it / them forthwith before me, or this court, at the courthouse of this court. This Search Warrant and Affidavit and attached and incorporated Statement of Probable Cause were sworn to as true and subscribed before me, via telephone, on **(Incorporate by reference "A").**  Wherefore, I find probable cause for the issuance of this Search Warrant and do issue it.


_____**(Incorporate by reference "B")**_____

(Signature of Magistrate)

Judge of the Superior Court of California, County of Kern

Created with EO.Pdf for .NET trial version. http://www.essentialobjects.com.

3