# RIDER

| **Plaintiffs** | **Defendants** |
|---|---|
| Apothio, LLC | Kern County, Kern County Sheriff's Office, California Department of Fish & Wildlife, Donny Youngblood, Joshua Nicholson, Charlton H. Bonham, John Does #1 Through #10 Unknown Agents of the Kern County Sherriff's Office, John Does #11 Through #20 Unknown Agents of the California Department Fish & Wildlife |

**Counsel for Plaintiffs**

ROCHE CYRULNIK FREEDMAN LLP

| Katherine Eskovitz | Kyle W. Roche |
|---|---|
| 1158 26th Street, No. 175 | Joseph Delich |
| Santa Monica, CA 90403 | Richard R. Cipolla |
| keskovitz@rcfllp.com | 99 Park Avenue, 19th Floor |
| 646-350-0527 | New York, NY 10016 |
| | kyle@rcfllp.com |
| | jdelich@rcfllp.com |
| | rcipolla@rcfllp.com |

ESKOVITZ LAW LLP
Sean Eskovitz
1217 Wilshire Boulevard, No. 3683
Santa Monica, CA 90402
seane@eskovitz.com

BRANT W. BISHOP, P.C.
2000 Pennsylvania Avenue, NW
Suite 7000
Washington, DC 20006
brant@bishop.us

RIDER