UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APOTHIO, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>KERN COUNTY; KERN COUNTY SHERIFF'S OFFICE; CALIFORNIA DEPARTMENT OF FISH AND WILDLIFE; DONNY YOUNGBLOOD; JOSHUA NICHOLSON; CHARLTON H. BONHAM; JOHN DOES #1 THROUGH #10, UNKNOWN AGENTS OF THE KERN COUNTY SHERIFF'S OFFICE; JOHN DOES #11 THROUGH #20, UNKNOWN AGENTS OF THE CALIFORNIA FISH AND WILDLIFE DEPARTMENT,<br><br>        Defendants. | Case No. 20-cv-00522 |

**NOTICE OF ACKNOWLEDGMENT OF RECEIPT**

To:    John Does #11 Through #20, Unknown Agents of the
        California Department Fish and Wildlife
        c/o California Department of Fish and Wildlife
        Office of the General Counsel
        1416 Ninth Street, Suite 1341
        Sacramento, CA 95814

      The summons and other document(s) indicated below are being served pursuant to Section 415.30 of the California Code of Civil Procedure. Failure to complete this form and return it to the sender within 20 days may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons upon you in any other manner permitted by law.

      If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, this form must be signed in the name of such entity by you or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. Section 415.30 provides that this summons and other document(s) are deemed served on the date of execution of the Acknowledgment of Receipt below, if you return this form to me.

ROCHE CYRULNIK FREEDMAN LLP

Dated: April 14, 2020        /s/ Katherine Eskovitz
                             Katherine Eskovitz

## ACKNOWLEDGMENT OF RECEIPT

This acknowledges receipt of:

1. A copy of the summons and of the complaint; and
2. Civil Case Cover Sheet.

Date of receipt: 4/14/20

DocuSigned by:
Steven Ingram
E4F208CE048F478...

(Signature of person acknowledging receipt, with title if acknowledgement is made on behalf of another person)

Date this form is signed: 4/15/2020

DocuSigned by:
Steven Ingram
E4F208CE048F478...

(Signature of person acknowledging receipt, with title if acknowledgement is made on behalf of another person)