# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, Ruby J. Krajick, Clerk of Court, Certify that

JOSEPH  DELICH , Bar # JD0314

was duly admitted to practice in the Court on

May 2, 2017

and is in good standing as a member of the Bar of this Court

Dated at    500 Pearl St.
New York, New York    On    April 17, 2020

Ruby J. Krajick    By
Clerk of Court      Deputy Clerk