# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, Ruby J. Krajick, Clerk of Court, Certify that

_____KYLE   ROCH_____, Bar # _____----_____

was duly admitted to practice in the Court on

_____October 15, 2019_____

and is in good standing as a member of the Bar of this Court

Dated at       500 Pearl St.                    On       _____April 17, 2020_____
               New York, New York

                                                 By      [signature]
         _____Ruby J. Krajick_____                     Deputy Clerk
                Clerk of Court