

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

**PRO HAC VICE APPLICATION,
ECF REGISTRATION AND CONSENT
TO ELECTRONIC SERVICE,
PROPOSED ORDER**

Apothio, LLC.          Plaintiff(s),

v.                                              Case No. 1:20-cv-00522

Kern County, et al.    Defendant(s).

I, Kyle Roche, attorney for Apothio, LLC, hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $225.00 to the Clerk, U.S. District Court. In support of this petition, I state under penalty of perjury that:

My business address is:

| | |
|---|---|
| Firm Name: | Roche Cyrulnik Freedman LLP |
| Address: | 99 Park Avenue, 19th Floor |
| City: | New York |
| State: | NY     ZIP Code: 10016 |
| Voice Phone: | (646) 970-7509 |
| FAX Phone: | (646) 392-8842 |
| Internet E-mail: | kyle@rcfllp.com |
| Additional E-mail: | |
| I reside in City: | Brooklyn     State: NY |

I was admitted to practice in the Southern District of New York (court) on October 15, 2019 (date). I am presently in good standing and eligible to practice in said court. A certificate of good standing from the court in my state of primary practice is attached to this application. I am not currently suspended or disbarred in any other court.

I have ☐ / have not ☑ concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name: Katherine Eskovitz

Firm Name: Roche Cyrulnik Freedman LLP

Address: 1158 26th Street, No. 175

City: Santa Monica

State: CA        ZIP Code: 90403

Voice Phone: (646) 791-6883

FAX Phone: (646) 392-8842

E-mail: keskovitz@rcfllp.com

Dated: April 24, 2020        Petitioner: */s/ Kyle Roche*

**ORDER**

IT IS SO ORDERED.

Dated: __**April 24, 2020**__                             _____**/s/ Jennifer L. Thurston**
                                                                            UNITED STATES MAGISTRATE JUDGE