**MARGO A. RAISON, COUNTY COUNSEL**
By: **Andrew C. Thomson, Chief Deputy (SBN 149057)**
**Kathleen Rivera, Deputy (SBN 211606 )**
**Phillip T. Jenkins, Deputy (SBN 309523)**
**Kern County Administrative Center**
**1115 Truxtun Avenue, Fourth Floor**
**Bakersfield, CA 93301**
**Telephone 661-868-3800**

**Attorneys for Defendants County**
**of Kern, Donny Youngblood**
**Joshua Nicholson**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APOTHIO, LLC, | Case No.:  1:20-CV-00522-NONE-JLT |
| Plaintiffs, | JOINT STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER |
| v. | |
| KERN COUNTY; KERN COUNTY SHERIFF'S OFFICE; CALIFORNIA DEPARTMENT OF FISH AND WILDLIFE; DONNY YOUNGBLOOD; JOSHUA NICHOLSON; CHARLTON H. BONHAM; JOHN DOES #1 THROUGH #10, UNKNOWN AGENTS OF THE KERN COUNTY SHERIFF'S OFFICE; JOHN DOES #11 THROUGH #20, UNKNOWN AGENTS OF THE CALIFORNIA FISH AND WILDLIFE DEPARTMENT, | |
| Defendants. | |

### JOINT STIPULATION

COME NOW the parties to this action jointly, through their respective attorneys of record, and stipulate as follows:

1. Plaintiff Apothio LLC filed a complaint in the United States District Court, Eastern District of California on April 10, 2020;

2. The California Department of Fish and Wildlife and Charlton H. Bonham were served with the Summons and Complaint on April 14, 2020.  Accordingly, their responsive pleading is due on or before May 6, 2020.

3. Kern County, the Kern County Sheriff's Office, Sheriff Donny Youngblood and Joshua Nicholson were served with the Summons and Complaint on April 28, 2020.  Accordingly, their responsive pleading is due on or before May 19, 2020.

4. All Defendants have requested that Plaintiff grant a reasonable extension of time in which to file their respective responsive pleadings, given the current situation caused by the coronavirus pandemic, so that all defendants' first responsive pleadings will be due on the same date.

5. Plaintiff has agreed to extend the date for the all Defendants' first responsive pleading to **June 12, 2020**.

6. NOW THEREFORE, IT IS STIPULATED AND AGREED, by and between Plaintiff and Defendants, that all Defendants' first responsive pleading shall be due on June 12, 2020.

7. The parties further stipulate that plaintiff Apothio will have until July 12, 2020 to respond, if necessary, to the filing of defendants' responsive pleadings.

///
///
///
///
///
///
///
///

SO STIPULATED.

Dated:  May 4, 2020         MARGO A. RAISON, COUNTY COUNSEL


By:   /s/Andrew C. Thomson
    Andrew C. Thomson, Chief Deputy
    Kathleen Rivera, Deputy
    Phillip T. Jenkins, Deputy
    Attorneys for Defendants County
    of Kern, Kern County Sheriff's Department,
    Donny Youngblood and
    Joshua Nicholson

Dated:  May 4, 2020         XAVIER BECERRA
    Attorney General of the State of California

    Bruce McGagin
    Supervising Deputy Attorney General


By:   /s/Kelly Smith
    Kelly Smith
    Deputy Attorney General
    Attorneys for Defendants CALIFORNIA DEPARTMENT OF FISH AND WILDLIFE and CHARLTON H. BONHAM


Dated:  May 4, 2020         ROCHE CYRULNIK FREEDMAN LLP

By:  /S/ Katherine Eskovitz
    Katherine Eskovitz
    Attorney for the Plaintiff


As the filer of this document, I, Andrew Thomson, attest that all counsel have authorized me to attach their electronic signature to this document on May 4, 2020.


///

///

///

STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT – Case No 1-20-cv-00522 NONE JLT

[PROPOSED] ORDER

The court, having considered the stipulation of the parties to extend the time for all defendants to respond to Plaintiff's Complaint, hereby ORDERS that the deadline for all defendants to respond to Plaintiff's Complaint is on or before June 12, 2020.

Dated:_____         _____
                                    United States Magistrate Judge

#24X0951