**MARGO A. RAISON, COUNTY COUNSEL**
By: **Andrew C. Thomson, Chief Deputy (SBN 149057)**
**Kathleen Rivera, Deputy (SBN 211606 )**
**Phillip T. Jenkins, Deputy (SBN 309523)**
**Kern County Administrative Center**
**1115 Truxtun Avenue, Fourth Floor**
**Bakersfield, CA 93301**
**Telephone 661-868-3800**

**Attorneys for Defendants County**
**of Kern, Donny Youngblood**
**Joshua Nicholson**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APOTHIO, LLC, | Case No.: 1:20-CV-00522-NONE-JLT |
| Plaintiffs, | JOINT STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER |
| v. | (Doc. 14) |
| KERN COUNTY; KERN COUNTY SHERIFF'S OFFICE; CALIFORNIA DEPARTMENT OF FISH AND WILDLIFE; DONNY YOUNGBLOOD; JOSHUA NICHOLSON; CHARLTON H. BONHAM; JOHN DOES #1 THROUGH #10, UNKNOWN AGENTS OF THE KERN COUNTY SHERIFF'S OFFICE; JOHN DOES #11 THROUGH #20, UNKNOWN AGENTS OF THE CALIFORNIA FISH AND WILDLIFE DEPARTMENT, | |
| Defendants. | |

## JOINT STIPULATION

COME NOW the parties to this action jointly, through their respective attorneys of record, and stipulate as follows:

1

1. Plaintiff Apothio LLC filed a complaint in the United States District Court, Eastern District of California on April 10, 2020;

2. The California Department of Fish and Wildlife and Charlton H. Bonham were served with the Summons and Complaint on April 14, 2020.  Accordingly, their responsive pleading is due on or before May 6, 2020.

3. Kern County, the Kern County Sheriff's Office, Sheriff Donny Youngblood and Joshua Nicholson were served with the Summons and Complaint on April 28, 2020. Accordingly, their responsive pleading is due on or before May 19, 2020.

4. All Defendants have requested that Plaintiff grant a reasonable extension of time in which to file their respective responsive pleadings, given the current situation caused by the coronavirus pandemic, so that all defendants' first responsive pleadings will be due on the same date.

5. Plaintiff has agreed to extend the date for the all Defendants' first responsive pleading to **June 12, 2020**.

6. NOW THEREFORE, IT IS STIPULATED AND AGREED, by and between Plaintiff and Defendants, that all Defendants' first responsive pleading shall be due on June 12, 2020.

7. The parties further stipulate that plaintiff Apothio will have until July 12, 2020 to respond, if necessary, to the filing of defendants' responsive pleadings.

///
///
///
///
///
///
///
///

SO STIPULATED.

Dated:  May 4, 2020                    MARGO A. RAISON, COUNTY COUNSEL


By:    /s/Andrew C. Thomson
     Andrew C. Thomson, Chief Deputy
     Kathleen Rivera, Deputy
     Phillip T. Jenkins, Deputy
     Attorneys for Defendants County
     of Kern, Kern County Sheriff's Department,
     Donny Youngblood and
     Joshua Nicholson

Dated:  May 4, 2020                    XAVIER BECERRA
                                       Attorney General of the State of California

                                       Bruce McGagin
                                       Supervising Deputy Attorney General


By:    /s/Kelly Smith
     Kelly Smith
     Deputy Attorney General
     Attorneys for Defendants CALIFORNIA DEPARTMENT OF FISH AND WILDLIFE and CHARLTON H. BONHAM

Dated:  May 4, 2020                    ROCHE CYRULNIK FREEDMAN LLP

By:   /S/ Katherine Eskovitz
     Katherine Eskovitz
     Attorney for the Plaintiff


As the filer of this document, I, Andrew Thomson, attest that all counsel have authorized me to attach their electronic signature to this document on May 4, 2020.


///

///

///

3

STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT – Case No 1-20-cv-00522 NONE JLT

[~~PROPOSED~~] ORDER

  Based upon the stipulation of the parties, the Court **ORDERS**:

  1.   The defendants SHALL respond to the complaint no later than June 12, 2020[1].

IT IS SO ORDERED.

  Dated:   **May 4, 2020**                    **/s/ Jennifer L. Thurston**
                                              UNITED STATES MAGISTRATE JUDGE

---

[1] The parties also stipulated that the plaintiff would have until July 12, 2020 "to respond, if necessary, to the filing of defendants' responsive pleadings." (Doc. 14 at 2).  Presumably, the parties are anticipating that the defendants will file a motion under Rule 12.  Nevertheless, any request to modify a briefing schedule must be made at the relevant time, which is when such a motion is filed and only if the party can demonstrate good cause for the additional time. Thus, this stipulation on this point is **DENIED**.