**MARGO A. RAISON, COUNTY COUNSEL**
By: **Andrew C. Thomson, Chief Deputy (SBN 149057)**
**Kathleen Rivera, Deputy (SBN 211606)**
**Phillip T. Jenkins, Deputy (SBN 309523)**
**Kern County Administrative Center**
**1115 Truxtun Avenue, Fourth Floor**
**Bakersfield, CA 93301**
**Telephone 661-868-3800**

**Attorneys for Defendants County of Kern**
**(erroneously sued and served as Kern County),**
**Donny Youngblood and Joshua Nicholson**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **APOTHIO, LLC,** | Case No.: 1:20-CV-00522-NONE-JLT |
| Plaintiffs, | |
| v. | ASSOCIATION OF COUNSEL |
| **KERN COUNTY; KERN COUNTY SHERIFF'S OFFICE; CALIFORNIA DEPARTMENT OF FISH AND WILDLIFE; DONNY YOUNGBLOOD; JOSHUA NICHOLSON; CHARLTON H. BONHAM; JOHN DOES #1 THROUGH #10, UNKNOWN AGENTS OF THE KERN COUNTY SHERIFF'S OFFICE; JOHN DOES #11 THROUGH #20, UNKNOWN AGENTS OF THE CALIFORNIA FISH AND WILDLIFE DEPARTMENT,** | |
| Defendants. | |

Defendants COUNTY OF KERN on behalf of itself and its integral agency the KERN COUNTY SHERIFF'S OFFICE, DONNY YOUNGBLOOD and JOSHUA NICHOLSON, by and through their attorney of record, Andrew C. Thomson, hereby associate Deputy County Counsel Kathleen S. Rivera (SBN 211606) and Deputy County Counsel Phillip T. Jenkins (SBN 309523), 1115 Truxtun Avenue. Fourth Floor, Bakersfield, CA 93301, telephone

1

1  (661)868-3800 as attorneys for Defendants Kern County on behalf of itself and its integral
2  agency Kern County Sheriff's Office, Donny Youngblood and Joshua Nicholson in this matter.

3

4  Dated: May 5, 2020                MARGO A. RAISON, COUNTY COUNSEL

5

6                                         By:  /s/Andrew C. Thomson
                                               Andrew C. Thomson, Chief Deputy
7                                              Kathleen Rivera, Deputy
                                               Phillip T. Jenkins, Deputy
8                                              Attorneys for Defendants County
                                               of Kern, Donny Youngblood and
9                                              Joshua Nicholson

10

11

12  #24X1338