1  XAVIER BECERRA
   Attorney General of California
2  BRUCE D. MCGAGIN
   Supervising Deputy Attorney General
3  STACEY L. ROBERTS
   Supervising Deputy Attorney General
4  KELLY T. SMITH
   Deputy Attorney General
5  State Bar No. 196821
     Telephone: (916) 210-6465
6    E-mail: Kelly.Smith@doj.ca.gov
   ETHAN A. TURNER
7  Deputy Attorney General
   State Bar No. 294891
8    Telephone: (916) 210-7898
     E-mail: Ethan.Turner@doj.ca.gov
9    1300 I Street, Suite 125
     P.O. Box 944255
10   Sacramento, CA 94244-2550

11 *Attorneys for Defendants California Department of
   Fish and Wildlife and Director Charlton H. Bonham*
12

13              IN THE UNITED STATES DISTRICT COURT

14             FOR THE EASTERN DISTRICT OF CALIFORNIA

15                          CIVIL DIVISION

16

17 | **APOTHIO, LLC,** | Case No. 1:20-cv-00522-NONE-JLT |
18 | Plaintiff, | **NOTICE OF APPEARANCE** |
   | v. | |
19 | **KERN COUNTY, et al,** | |
20 | Defendants. | Action Filed: April 10, 2020 |

21

22      To the Court, all parties and their counsel PLEASE TAKE NOTICE of the appearance in

23 this matter of the California Office of the Attorney General, representing defendants California

24 Department of Fish and Wildlife and Director Charlton H. Bonham by the following:

25      BRUCE D. MCGAGIN
        Supervising Deputy Attorney General
26      State Bar No. 170146
27      Telephone: (916) 210-7697
        E-Mail: Bruce.McGagin@doj.ca.gov
28
                                    1

| | |
|---|---|
| 1 | STACEY L. ROBERTS |
| 2 | Supervising Deputy Attorney General<br>State Bar No. 237998 |
| 3 | Telephone: (916) 210-7833<br>E-mail: Stacey.Roberts@doj.ca.gov |
| 4 | |
| 5 | KELLY T. SMITH |
| 6 | Deputy Attorney General<br>State Bar No. 196821 |
| 7 | Telephone: (916) 210-6465<br>E-mail: Kelly.Smith@doj.ca.gov |
| 8 | |
| 9 | ETHAN A. TURNER |
| 10 | Deputy Attorney General<br>State Bar No. 294891 |
| 11 | Telephone: (916) 210-7898<br>E-mail: Ethan.Turner@doj.ca.gov |
| 12 | |
| 13 | Mailing address for all of the above: |
| 14 | 1300 I Street, Suite 125<br>P.O. Box 944255 |
| 15 | Sacramento, CA 94244-2550 |
| 16 | |
| 17 | Dated: May 7, 2020                                    Respectfully submitted, |
| 18 |                                                                            XAVIER BECERRA<br>Attorney General of California |
| 19 |                                                                            BRUCE D. MCGAGIN<br>Supervising Deputy Attorney General |
| 20 | |
| 21 |                                                                            /s/ Kelly T. Smith |
| 22 |                                                                            KELLY T. SMITH<br>Deputy Attorney General |
| 23 | |
| 24 |                                                                            *Attorneys for Defendants California Department of Fish and Wildlife and Director Charlton H. Bonham* |
| 25 | |
| 26 | |
| 27 | SA2020300599<br>34058080.docx |
| 28 | |

# CERTIFICATE OF SERVICE

Case Name: **Apothio, LLC v. Kern County, et al.**  No. **1:20-cv-00522-NONE-JLT**

I hereby certify that on <u>May 7, 2020</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF APPEARANCE**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>May 7, 2020</u>, at Sacramento, California.

|  Ngoc T. Huynh  |  */s/ Ngoc Huynh*  |
| :---: | :---: |
| Declarant | Signature |

SA2020300599
34059512.docx