<u>Motion to Strike</u>
<u>EXHIBIT A</u>

<u>APPROPRIATE TO STRIKE PARAGRAPHS OR PORTIONS THEREOF</u>

Paragraphs - 1, 4, 5, 7, 11, 12, 54, 58, 60, 62, 65, 70, 72, 74, 75, 76, 77, 78, 79, 80, 81, 82, 83, 84, 86, 87, 89, 93, 94, 99, 119, Sec. B Heading, 140, 149, 150, 152, 155, 156, 157, 158, 159, 160, 166, 172, 179, 185, 191, 197, 203, 211, 219, 220, 222, 237, 242, 245, 247, 248, 249, 250, 252, 255 and 256F.

| Page/Line | Para | Material to be Stricken |
|---|---|---|
| 2/2 | 1 | "one (sic) largest wholesale" |
| 2/3 | 1 | "the history of" |
| 2/19 to 3/2 | 4 | "Having lost a daughter to an unusual medical condition, when Jones received a call from a mother seeking help for her son who was suffering from Dravet syndrome, Jones turned full-time to helping patients, especially children, through advancing his lifetime work in clinical, natural, and aquaponics research." |
| 3/3-7 | 5 | "Apothio's leading seed variety—the "Noah Strain'—is now named for that boy, Noah, who was unable to leave his bed due to the intensity and frequency of his seizures. After one month of using Apothio's CBD oil, Noah was able to visit Disney World. The plants derived from the Noah Strain have continued to help improve the lives of Noah and patients all over the world. " |
| 3/14 | 7 | "hemp" |
| 4/11 | 11 | "legal hemp" |
| 4/15 | 11 | "legal hemp" |
| 4/21 | 12 | "reckless and haphazard" |
| 14/18 to 21 | 54 | "For example, recent research has shown that if epileptic patients are given the combination of the non-psychoactive cannabinoids, fats, waxes, and terpenes contained in the hemp plant, they experience superior seizure prevention effects than do patients who are given only isolated CBD.2<br>[footnote] 2  See Pamplona FA, da Silva LR, & Coan AC, Potential Clinical Benefits of CBDRich Cannabis Extracts Over Purified CBD in Treatment-Resistant Epilepsy:" |
| 15/11 to 16 | 58 | "It is named for one of Apothio's first patients, a 13-year-old boy named Noah who suffers from Dravet syndrome. Noah was unable to leave his bed, much less his home, due to the intensity and frequency of his seizures. After one month of using Apothio's CBD oil, Noah was able to visit Disney World. That success inspired Apothio to name the strain after him, and the plants derived from it have continued to help improve the lives of Noah and many other patients." |
| 15/20 | 60 | "hemp" |
| 16/14 to 15 | 62 | "On the occasion when Apothio plants have demonstrated high THC levels at maturity, Apothio has destroyed them." |
| 17/13 to 19 | 65 | "For example, in September 2015, Apothio entered into an agreement with the RAND Corporation, which operates a degree-granting educational program for masters and doctoral students. Under the terms of that agreement, Apothio agreed to provide RAND with "microeconomic data on the cost of cultivating and processing domestic hemp products" as well as data "relating to consumption (dosages, delivery routes, etc), benefits, and side effects from high-CBD hemp product usage for pediatric epilepsy." |

| Page/Line | Para | Material to be Stricken |
|---|---|---|
| 18/20 to 19/4 | 70 | "Apothio and the College also planned to develop additional "publicprivate research affiliations" that would conduct research into "agronomy, block chain and artificial intelligence related to the standardization of natural plant medicines, clean water, water conservation, renewable and sustainable energy production, as well as the collection of empirical data regarding . . . Anxiety, Autism, Diabetes, Epilepsy, Chronic Pain Patients, Insomnia, Neurodegenerative diseases and the many other diseases related to chronic inflammatory patterns." And Apothio and the College agreed to share any revenues generated by these various research partnerships." |
| 19/10 to 12 | 72 | "Within a month of California's legalization of hemp production, Kern County was already issuing permits to various farmers and companies in order to allow them to grow hemp." |
| 19/19 to 21 | 74 | "By permitting a large number of hemp producers to plant within county limits, Kern County hoped to discourage and crowd out marijuana producers." |
| 20/9 to 20 | 78 | "On October 12, 2018, the Kern County Agriculture Commissioner's office issued 2018 Map-Permit Number 1500007, Stenderup AG Partners, Map Number 1288, which identified the location where Apothio was permitted to plant and cultivate its hemp field:" [And one (1) inserted map.] |
| 19/22 to 22/9 | 75-84 | "D. Apothio Regularly Met with Kern County Officials to Discuss Its Plans<br>75. Since it began operating in Kern County in 2018, Apothio has maintained close contact with Kern County officials, apprising them time and again of its research and development activities as well as its plans to commercialize its hemp.<br>76. In the fall of 2018, Apothio contracted with a local grower, Stenderup Farms, to plant and organically manage 141 acres of hemp using seeds created and owned by Apothio. Before planting any hemp in Kern County, Plaintiff met with and briefed the Agricultural Commissioner of Kern County, Glenn Fankhauser.  77. Plaintiff presented written evidence about Apothio's EARI status to the Commissioner, and clearly stated its intention to research, develop, and commercialize hemp in accordance with the laws of California and the United States.<br>78. On October 12, 2018, the Kern County Agriculture Commissioner's office issued 2018 Map-Permit Number 1500007, Stenderup AG Partners, Map Number 1288, which identified the location where Apothio was permitted to plant and cultivate its hemp field: [Map photo]<br>79. Around this same time and before planting any hemp in Kern County, Apothio also met with and briefed other government officials, including Defendant Nicholson, the official in charge of drugs and narcotics in the Kern County Sheriff's Office; two Chief Deputies in the Sheriff's office; and the Kern County Planning Director, Lorelei Oviatt. Apothio also met with other local officials, including the city managers, city attorney, and mayor of California City, California.<br>80. During each of these meetings, Apothio reiterated its EARI status. Apothio provided chromatograph test results and plans for extraction and commercialization, including copies of its commercial contracts. At no point during any of those meetings did any county official disagree, contradict, or question Apothio's status as an EARI.<br>81. The purpose of growing these hemp plants was to conduct further research on the genetics, chemical makeup, and possible economic potential of the hemp plants themselves, and to provide the plants to a joint-venture (which was subsequently abandoned when the partner was unable to perform) whose purpose was to extract |

| Page/Line | Para | Material to be Stricken |
|---|---|---|
| | | legal cannabinoids from the hemp plants.<br>82. At the time this crop was being grown, Apothio conducted contemporaneous chemical testing of the plants. These tests confirmed that the plants would have THC levels of less than 0.3% at maturity, and this indeed turned out to be the case when the plants were finally harvested. Apothio shared its internal testing binders with Kern County Agricultural Commissioner Glenn Fankhauser, which showed that Apothio's plants were overwhelmingly testing below 0.3% THC, and that Apothio was carefully tracking the few exceptions testing above that threshold so they could be destroyed if they were not compliant with the 0.3% limit at the time of harvest.<br>83. At the end of 2018, Apothio met with Captain Mike Nicholas of the Kern County Fire Department to review plans for an ethanol extraction system that would be used to extract and commercialize Apothio's hemp crops.<br>84. In January 2019, at the conclusion of this 2018 planting, the Secretary of the California Department of Food and Agriculture, Karen Ross, sent an email to Stenderup Farms. This email specifically acknowledged that Apothio and Stenderup had been conducting a "research project on hemp." Secretary Ross further stated that she was "intrigued" by the hemp research that Apothio and Stenderup had been conducting, and that she had mentioned this research to one of her friends, a former member of the California legislature. And Secretary Ross offered to introduce Apothio and Stenderup to "several state, national and international clients who are involved in hemp" in the hopes of creating "future business opportunities" related to hemp commercialization." |
| 22/15 to 19 | 86 | "In response, the Kern County Agricultural Commissioner issued several additional map permits, which identified the precise locations of the fields where Apothio's hemp would be planted. These map permits were "generated by the Kern County Agricultural Commissioner/Sealer" between the fall of 2018 and the spring of 2019." |
| 23/ 1 to 20 | 87 | "87. Specifically, a Kern County map permit was issued for each of the farmers with whom Apothio contracted to grow the hemp plants. In each of these permits, the County acknowledged and certified that Apothio was growing hemp. The permits (which are reproduced below) include "Permit Number 1500007," issued for the hemp growing on Stenderup AG Partners' farm; "Permit Number 1502996," issued for the hemp growing on Mike Cauzza Farms' farm; "Permit Number 1500027," issued for the hemp growing on Lehr Brothers, Inc.'s farm; "Permit Number 1500624," issued for hemp growing on Vanborg Farms' farm; "Permit Number 1505528," issued for hemp growing on Petrissans Dairy's farm; and "Permit Number 1502277," issued for hemp growing on H&H Farms' farm." [And eight (8) inserted maps] |
| 24/2 | 89 | "hemp" |
| 25/2 to 16 | 93 | "93. News coverage also publicized that Apothio was growing hemp in Kern County. For example, a local news article published on June 3, 2019 described that Apothio was growing industrial hemp, and explained the crop was legal hemp, not Marijuana.4<br>[footnote] 4  John Cox, Relax. That's not actually weed growing near Arvin, BAKERSFIELD.COM  (June  3,  2019),  https://www.bakersfield.com/news /business/relax-that-s-not-actuallyweed-growing-near-arvin/article_6d613616-83cb-11e9-abfe-f797aa445111.html." |

| Page/Line | Para | Material to be Stricken |
|---|---|---|
| 25/17 to 21 | 94 | "94. The article described Apothio as having "partnered with a local college to conduct research while also contracting with local farmers to grow the product for processing in Bakersfield," and that it "expected to harvest 512 acres of hemp" that would have a "yield of 330,694 pounds of CBD and 33,694 pounds of microcannabinoids." |
| 27/1 | 99 | "hemp" |
| 31/17 | 119 | "hemp" |
| 32/9 | Sec B | "Hemp" |
| 36/2 | 140 | "hemp" |
| 37/15 to 17 | 149 | The KCSO Defendants have failed to timely file the search warrant return required by California Penal Code § 1534 or the affidavit required by California Health and Safety Code § 11479. |
| 37/18 to 22 | 150 | After numerous communications with Kern County Superior Court staff, on February 24, 2020, Apothio's counsel notified the Kern County Sheriff's Office of its failure to return the required warrant. Counsel was informed that the Kern County Sheriff's Office required a court order to provide the warrant return, affidavit, and any other warrant materials. |
| 38/3 to 8 | 152 | After those filings, Apothio's counsel learned that the Kern County Sheriff's Office had returned certain warrant materials to the Kern County Superior Court shortly after Apothio's counsel had inquired about those materials from the KCSO. But even though the entirety of the warrant materials are now required to be publicly available under California law, the Kern County Sheriff's Office refuses to provide such warrant materials to Apothio. |
| 38/14 to 40/8 | 155-160 | "IV. The KCSO's Disregard Of Its Legal Obligations and Apothio's Rights Is Emblematic Of A Broader Pattern And Practice Of Abuses<br>155. In 2015, the prominent Guardian newspaper published a five-part series detailing repeated abuses by the Kern County Sheriff's Office.6 The report showcased the KCSO's repeated disregard of civil and constitutional rights.<br>*[footnote] 6  Jon Swaine & Oliver Laughland, The County: the story of America's deadliest police, THE GUARDIAN (Dec. 1, 2015), https://www.theguardian.com/us-news/2015/dec/01/thecounty-kern-county-deadliest-police-killings.*<br>156. For example, in 2015, Kern County had the largest number of people killed by police per capita in the entire country. The report also indicated that KCSO deputies "have been caught rewarding colleagues for aggressive use of batons with a 'baby seal' prize for the best clubbing" and have adorned their patrol cars with decals declaring "we'll kick your ass."7<br>*[footnote] 7  Jon Swaine & Oliver Laughland, The County:where deputies dole out rough justice, THE GUARDIAN (Dec. 4, 2015), https://www.theguardian .com/us-news/2015/dec/04/thecounty-kern-county-california-deputies-tactics.*<br>157. The Guardian also reported that the Kern County Sheriff's Office takes steps to cover-up its misconduct. When deputies are accused of wrongdoing and caught on camera, they will confiscate the devices containing the incriminating video from the witness and intimidate the witness into silence.8 Similarly, the office systematically underreports arrest-related deaths to federal and state authorities, exploiting the Sheriff's role as coroner to manipulate statistics regarding causes of death.9<br>*[footnote] 8  Id.* |

| Page/Line | Para | Material to be Stricken |
|---|---|---|
| | | *[footnote] 9  Id.*<br>158. Rather than reflecting the isolated misconduct of a few bad apples, the Kern County Sheriff's Office's disregard of civil and constitutional rights starts from the top: A recently-released video of Sheriff Youngblood shows him arguing that it is cheaper for the KCSO to kill a suspect or inmate "because if we cripple them we get to take care of them for life."10<br>*[footnote] 10  Kern County Sheriff caught on tape saying it costs less to kill suspects, ABC7NEWS (April 13, 2018), https://abc7news.com/3337751/.*<br>159. It is therefore no surprise that the Guardian investigation's findings lent "weight to claims from critics that police in Kern County are effectively policed only by themselves."11 One attorney who practices in Kern County stated on the record that Kern County law enforcement "will work to prevent you from getting any information whatsoever."12 Indeed, there is evidence that the KCSO has repeatedly withheld evidence not only from defendants, but also from the district attorney's office and the courts.13<br>*[footnote] 11  Jon Swaine & Oliver Laughland, The County: partners in crime, THE GUARDIAN (Dec. 10, 2015), https://www.theguardian.com/us-news/2015/dec/10/kern-countycalifornia-police-killings-misconduct-district-attorney.*<br>*[footnote] 12  Id.*<br>*[footnote] 13  Jason Kotowski, Judge informs jury of more evidence KCSO failed to disclose in the Leslie Chance case, KGET.COM (Jan. 10, 2020), https://www.kget.com/news/crimewatch/judge-informs-jury-of-more-evidence-kcso-failed-to-disclose-in-the-leslie-chancecase/; Adam Herbets, Attorneys: KCSO Sergeant Suppressed Evidence For Years, BAKERSFIELDNOW.COM (July 27, 2016), https://bakersfieldnow.com/news/local/attorneys-say-this-kcso-sergeant-concealedevidence-for-years.*<br>160. In response to the Guardian reporting, the ACLU conducted its own investigation, which confirmed that the KCSO had engaged in "a practice of filing intimidating or retaliatory criminal charges against individuals" and that "[d]eficient oversight and accountability structures have allowed law enforcement misconduct to go unchecked."14<br>*[footnote] 14  ACLU, PATTERNS & PRACTICES OF POLICE EXCESSIVE FORCE IN KERN COUNTY (Nov. 2017), https://www.aclusocal.org/sites/default/files/patterns_practices_police_excessive_force_k ern_county_aclu-ca_paper.pdf.* |
| 41/18 | 166 | "hemp" |
| 41/21 | 166 | "hemp" |
| 41/22 | 166 | and (5) failing to return the warrant materials in a timely manner. |
| 43/7 | 172 | "hemp" |
| 43/ 7 to 8 | 172 | and (6) failing to return the warrant materials in a timely manner. |
| 44/10 | 179 | "hemp" |
| 44/11 | 179 | "hemp" |
| 45/17 | 185 | "hemp" |
| 45/20 | 185 | "hemp" |
| 45/21 to 22 | 185 | and (5) failing to return the warrant materials in a timely manner. |
| 47/5 | 191 | "hemp" |
| 47/8 | 191 | "hemp" |

| Page/Line | Para | Material to be Stricken |
|---|---|---|
| 47/9 to 10 | 191 | and (5) failing to return the warrant materials in a timely manner. |
| 48/23 | 197 | "hemp" |
| 48/23 to 44/1 | 197 | and (6) failing to return the warrant materials in a timely manner. |
| 50/13 | 203 | "hemp" |
| 50/13 to 14 | 203 | and (6) failing to return the warrant materials in a timely |
| 51/21 | 211 | "hemp" |
| 52/15 | 219 | "hemp" |
| 52/18 | 220 | "hemp" |
| 53/3 | 222 | "hemp" |
| 54/24 | 237 | "hemp" |
| 55/9 | 242 | "hemp" |
| 55/15 | 245 | "hemp" |
| 55/23 | 247 | "hemp" |
| 56/4 | 248 | "hemp" |
| 56/10 | 249 | "hemp" |
| 56/17 | 250 | "hemp" |
| 57/1 | 252 | "hemp" |
| 57/13 | 255 | "hemp" |
| 58/2 | 256F | "hemp" |