XAVIER BECERRA
Attorney General of California
BRUCE D. MCGAGIN
Supervising Deputy Attorney General
STACEY L. ROBERTS
Supervising Deputy Attorney General
KELLY T. SMITH
Deputy Attorney General
State Bar No. 196821
  Telephone: (916) 210-6465
  E-mail: Kelly.Smith@doj.ca.gov
ETHAN A. TURNER
Deputy Attorney General
State Bar No. 294891
  Telephone: (916) 210-7898
  E-mail: Ethan.Turner@doj.ca.gov
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
*Attorneys for Defendants California Department of Fish and Wildlife and Charlton H. Bonham, Director*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CIVIL DIVISION

| | |
|---|---|
| APOTHIO, LLC,<br>　　　　　　　　　　Plaintiff,<br>　　v.<br>KERN COUNTY; KERN COUNTY SHERIFF'S OFFICE; CALIFORNIA DEPARTMENT OF FISH AND WILDLIFE; DONNY YOUNGBLOOD; JOSHUA NICHOLSON; CHARLTON H. BONHAM; JOHN DOES #1 THROUGH #10, UNKNOWN AGENTS OF THE KERN COUNTY SHERIFF'S OFFICE; JOHN DOES #11 THROUGH #20, UNKNOWN AGENTS OF THE CALIFORNIA FISH AND WILDLIFE DEPARTMENT,<br>　　　　　　　　　　Defendants. | 1:20-cv-00522-NONE-JLT<br><br>**DECLARATION OF KERN COUNTY AGRICULTURE COMMISSIONER GLENN FANKHAUSER IN SUPPORT OF DEFENDANTS' REQUEST FOR JUDICIAL NOTICE.** |

I, Glenn Fankhauser, declare as follows:

1. I am the Agricultural Commissioner and Sealer of Weights and Measures for Kern County;

1

2. I have been appointed and charged with the duties prescribed in Division 2 of the California Food and Agriculture Code and other applicable state and local law. Cal. Food & Agric. Code §2100 et seq

3. In my role, I carry out numerous functions including the local administration and enforcement of the Department of Pesticide Regulation's restricted materials use requirements. Cal. Food & Agric. Code §14004; Cal. Code Regs. tit. 3, § 6400 et seq.

4. The purpose of a restricted materials permit is for the grower to be able to use and report the usage of any pesticide on a crop and to record the location of the proposed use.

5. The following restricted material permits were issued by employees of the Kern County Agricultural Department who are under my management and supervision:

   i. Restricted Material Permit No. 1500007
   ii. Restricted Material Permit No. 1500027
   iii. Restricted Material Permit No. 1500624
   iv. Restricted Material Permit No. 1502277
   v. Restricted Material Permit No. 1502996
   vi. Restricted Material Permit No. 1505528

6. True and correct copies of these permits are attached as pages 1-12 Exhibit A to Defendants' RJN.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 10th day of June, 2020, at Bakersfield California.

Glenn Fankhauser,
Kern County Agricultural Commissioner

2