

Kern County Department of Agriculture and Measurement Standards
1001 South Mount Vernon Ave.
Bakersfield, CA 93307

Phone: 661-868-6300
Fax: 661-868-6301

Email: agcomm@kerncounty.com
Webpage: www.kernag.com

## RESTRICTED MATERIALS PERMIT: 15-18-1500007

**Operator:** STENDERUP AG PARTNERS
14820 S. EDISON RD
BAKERSFIELD, CA 93307-

**Agent:** STENDERUP, ANDY
S/W CORNER SUNSET & EDISON
ARVIN

# 1500007-2018-Version: 1
County District #: NA
Issued on: 1/1/2018
Valid as of: 1/1/2018
Expires on: 12/31/2018
Primary Phone: (661) 854-6337
Alternate Phone: (661) 619-6260
Mobile Phone: (661) 747-2593
Fax: (661) 854-2524

**Type of Use:** Agricultural Use
**Pesticide Possession:** Possession and Use
**Permit Duration:** Seasonal
*Employees Handle Pesticides*

Notices Of Intent required 48 hours prior to application of pesticide containing restricted materials

**Permit Conditions:** CHLOROPICRIN, DRIFT, GENERAL, METAM POTASSIU, METAM SODIUM, TELONE

See condition detail for code descriptions.

**Regulatory Notes:** Certified Applicator: Andy Stenderup PA-15-00136 EXP 12-31-2020

---

I understand that this permit does not relieve me from liability for any damages to any persons or property caused by the use of these pesticides. I waive any claims of liability for damages against the County Department of Agriculture based on the issuance of this permit. I further understand that this permit may be revoked when pesticides are used in conflict with the manufacturer's labeling or in violation of applicable laws, regulations, and specific conditions of this permit. I authorize inspection at all reasonable times and whenever an emergency exists by the Department of Pesticide Regulation or the County Department of Agriculture of all areas treated or to be treated, storage facilities for pesticides or emptied containers and equipment used or to be used in the treatment. I have considered alternative and mitigation measures pursuant to Title 3, California Code of Regulations, section 6426. Taking into account economic, environmental, social, and technological factors, I have adopted those that are feasible and would substantially lessen any significant adverse impact on the environment.

[Form PR-ENF-125 (Rev 11/06) Pesticide Enforcement Branch]

Applicant: Andy Stenderup - Partner of Stenderup Ag Partners
(Name & Title)
Applicant Signature: _____  Date: 12-20-2017
Issuing Officer: _____  Date: 12/20/17

Page 1





Kern County Department of Agriculture and Measurement Standards
1001 South Mount Vernon Ave.
Bakersfield, CA 93307

Phone: 661-868-6300
Fax: 661-868-6301

Email: agcomm@kerncounty.com
Webpage: www.kernag.com

## RESTRICTED MATERIALS PERMIT: 15-19-1502996

Operator: MIKE CAUZZA FARMS
16901 E. BEAR MT. BLVD.
ARVIN, CA 93203-

Agent: CAUZZA, MICHAEL
SS BEAR MTN, 5 M E OF TEJON RD
ARVIN
CA 93203

Type of Use: Agricultural Use
Pesticide Possession: Possession and Use
Permit Duration: Seasonal

# 1502996-2019-Version: 1
County District #: NA
Issued on: 1/14/2019
Valid as of: 1/14/2019
Expires on: 12/31/2019
Primary Phone: (661) 854-3319
Alternate Phone: (661) 854-3319
Mobile Phone: (661) 331-9135
Fax: (661) 854-3319

Notices Of Intent required 48 hours prior to application of pesticide containing restricted materials

Permit Conditions: DRIFT, GENERAL, METAM POTASSIU, METAM SODIUM, TELONE

See condition detail for code descriptions.

**Regulatory Notes:**

"ALL THE RESTRICTED MATERIALS TO BE APPLIED BY LICENSED PEST CONTROL OPERATOR ONLY."

--------

I understand that this permit does not relieve me from liability for any damages to any persons or property caused by the use of these pesticides. I waive any claims of liability for damages against the County Department of Agriculture based on the issuance of this permit. I further understand that this permit may be revoked when pesticides are used in conflict with the manufacturer's labeling or in violation of applicable laws, regulations, and specific conditions of this permit. I authorize inspection at all reasonable times and whenever an emergency exists by the Department of Pesticide Regulation or the County Department of Agriculture of all areas treated or to be treated, storage facilities for pesticides or emptied containers and equipment used or to be used in the treatment. I have considered alternative and mitigation measures pursuant to Title 3, California Code of Regulations, section 6426. Taking into account economic, environmental, social, and technological factors, I have adopted those that are feasible and would substantially lessen any significant adverse impact on the environment.

[Form PR-ENF-125 (Rev 11/06) Pesticide Enforcement Branch]

Applicant: _Mike Cauzza_   _Owner_
(Name & Title)
Applicant Signature: _Mike Cauzza_   Date: _1-14-19_
Issuing Officer: _S. Kojalama_   Date: _1/14/19_

Page 1





Kern County Department of Agriculture and Measurement Standards
1001 South Mount Vernon Ave.
Bakersfield, CA 93307

Phone: 661-868-6300
Fax: 661-868-6301

Email: agcomm@kerncounty.com
Webpage: www.kernag.com

## RESTRICTED MATERIALS PERMIT: 15-19-1500027

Operator: LEHR BROTHERS, INC.
P. O. BOX 88
EDISON, CA 93220-

Agent: BELLUOMINI/NIXON/WHITE,PETE/BRYSE N/
12901 PACKING HOUSE RD
EDISON
CA 93220

Certified Applicator: BELLUOMINI, PETER J.
P.O. BOX 88
EDISON, CA 93220

Type of Use: Agricultural Use
Pesticide Possession: Possession and Use
Permit Duration: Seasonal
*Employees Handle Pesticides*

Permit Conditions: DRIFT, GENERAL, METAM POTASSIU, METAM SODIUM, PHENOXY, TELONE, CHLORPYRIFOS   See condition detail for code descriptions.

# 1500027-2019-Version: 1
County District #: NA
Issued on: 1/1/2019
Valid as of: 1/1/2019
Expires on: 12/31/2019
Primary Phone: (661) 366-3244
Alternate Phone: (661) 364-5893
Mobile Phone: (661) 201-9319
Fax: (661) 366-1449
Phone: 661-201-9319
License #: PA-15-00158
Expiration: 12/31/2021

Notices Of Intent required 48 hours prior to application of pesticide containing restricted materials

**Regulatory Notes:**
QAC 136920 CAT: O, EXP: 12/31/2019 RICK WHITE

---

I understand that this permit does not relieve me from liability for any damages to any persons or property caused by the use of these pesticides. I waive any claims of liability for damages against the County Department of Agriculture based on the issuance of this permit. I further understand that this permit may be revoked when pesticides are used in conflict with the manufacturer's labeling or in violation of applicable laws, regulations, and specific conditions of this permit. I authorize inspection at all reasonable times and whenever an emergency exists by the Department of Pesticide Regulation or the County Department of Agriculture of all areas treated or to be treated, storage facilities for pesticides or emptied containers and equipment used or to be used in the treatment. I have considered alternative and mitigation measures pursuant to Title 3, California Code of Regulations, section 6426. Taking into account economic, environmental, social, and technological factors, I have adopted those that are feasible and would substantially lessen any significant adverse impact on the environment.

[Form PR-ENF-125 (Rev 11/06) Pesticide Enforcement Branch]

Applicant: *Peter Belluomini VP, Rick White Food Safety*
(Name & Title)
Applicant Signature: *[signature], Rick White* Date: 11-29-18, 11-30-18
Issuing Officer: *Jackie Bressler* Date: 11-29-18





Kern County Department of Agriculture and Measurement Standards
1001 South Mount Vernon Ave.
Bakersfield, CA 93307

Phone: 661-868-6300
Fax: 661-868-6301

Email: agcomm@kerncounty.com
Webpage: www.kernag.com

## RESTRICTED MATERIALS PERMIT: 15-19-1500624

Operator: VANDBORG FARMS
P.O. BOX 490
LAMONT, CA 93241

Agent: VANDBORG, CHRIS
9258 BUENA VISTA BLVD.
BAKERSFIELD
CA 93307

Certified Applicator: VANDBORG, CHRIS
P.O. BOX 490
LAMONT, CA 93241

Type of Use: Agricultural Use
Pesticide Possession: Possession and Use
Permit Duration: Seasonal
*Employees Handle Pesticides*
Permit Conditions: DRIFT, GENERAL, PHENOXY, TELONE, CHLORPYRIFOS

# 1500624-2019-Version: 1
County District #: NA
Issued on: 1/3/2019
Valid as of: 1/3/2019
Expires on: 12/31/2019
Primary Phone: (661) 845-3446
Alternate Phone: (661) 301-2810
Mobile Phone: (661) 333-0708
Fax: (661) 845-3481
Phone: (661)333-0708
License #: PA-15-00312
Expiration: 12/31/2020

Notices Of Intent required 48 hours prior to application of pesticide containing restricted materials

See condition detail for code descriptions.

**Regulatory Notes:**

---

I understand that this permit does not relieve me from liability for any damages to any persons or property caused by the use of these pesticides. I waive any claims of liability for damages against the County Department of Agriculture based on the issuance of this permit. I further understand that this permit may be revoked when pesticides are used in conflict with the manufacturer's labeling or in violation of applicable laws, regulations, and specific conditions of this permit. I authorize inspection at all reasonable times and whenever an emergency exists by the Department of Pesticide Regulation or the County Department of Agriculture of all areas treated or to be treated, storage facilities for pesticides or emptied containers and equipment used or to be used in the treatment. I have considered alternative and mitigation measures pursuant to Title 3, California Code of Regulations, section 6426. Taking into account economic, environmental, social, and technological factors, I have adopted those that are feasible and would substantially lessen any significant adverse impact on the environment.

[Form PR-ENF-125 (Rev 11/06) Pesticide Enforcement Branch]

Applicant: Chris Vandborg (Name & Title) Owner
Applicant Signature: _____  Date: 1-3-19
Issuing Officer: S. Rojalam  Date: 01/03/19

Page 1





Kern County Department of Agriculture and Measurement Standards
1001 South Mount Vernon Ave.
Bakersfield, CA 93307

Phone: 661-868-6300
Fax: 661-868-6301

Email: agcomm@kerncounty.com
Webpage: www.kernag.com

## RESTRICTED MATERIALS PERMIT: 15-19-1505528

Operator: PETRISSANS DAIRY
5111 BEAR MT BLVD.
BAKERSFIELD CA, CA 93313

Agent: WATTS, JEREMY
5111 BEAR MT. BLVD.
BAKERSFIELD
CA 93313

# 1505528-2019-Version: 1
County District #:
Issued on: 1/1/2019
Valid as of: 1/1/2019
Expires on: 12/31/2019
Primary Phone: (661) 333-4148
Alternate Phone:
Mobile Phone: (661) 742-8888
Fax: (661) 836-1556

Type of Use: Agricultural Use
Pesticide Possession: Possession and Use
Permit Duration: Seasonal

Notices Of Intent required 48 hours prior to application of pesticide containing restricted materials

Permit Conditions: DRIFT, GENERAL, PHENOXY, CHLORPYRIFOS, HERBICIDE D P

See condition detail for code descriptions.

**Regulatory Notes:**

ALL RESTRICTED MATERIALS MUST BE APPLIED BY A LICENSED PCO

---

I understand that this permit does not relieve me from liability for any damages to any persons or property caused by the use of these pesticides. I waive any claims of liability for damages against the County Department of Agriculture based on the issuance of this permit. I further understand that this permit may be revoked when pesticides are used in conflict with the manufacturer's labeling or in violation of applicable laws, regulations, and specific conditions of this permit. I authorize inspection at all reasonable times and whenever an emergency exists by the Department of Pesticide Regulation or the County Department of Agriculture of all areas treated or to be treated, storage facilities for pesticides or emptied containers and equipment used or to be used in the treatment. I have considered alternative and mitigation measures pursuant to Title 3, California Code of Regulations, section 6426. Taking into account economic, environmental, social, and technological factors, I have adopted those that are feasible and would substantially lessen any significant adverse impact on the environment.

[Form PR-ENF-125 (Rev 11/06) Pesticide Enforcement Branch]

Applicant: Jeremy Watts Manger
(Name & Title)

Applicant Signature: _/s/ Jeremy Watts_    Date: 12-18-18

Issuing Officer: _/s/_    Date: 12/18/18





Kern County Department of Agriculture and Measurement Standards
1001 South Mount Vernon Ave.
Bakersfield, CA 93307

Phone: 661-868-6300
Fax: 661-868-6301

Email: agcomm@kerncounty.com
Webpage: www.kernag.com

## RESTRICTED MATERIALS PERMIT: 15-19-1502277

Operator: H & H FARMS
PO BOX 519
ARVIN, CA 93203

Agent: HARRIS/HARRIS,NED/MICHAEL
4141 HERRING RD.
ARVIN
CA 93203

Certified Applicator: HARRIS, NED S.
P.O. BOX 519
ARVIN, CA 93203

# 1502277-2019-Version: 1
County District #:NA
Issued on:1/1/2019
Valid as of:1/1/2019
Expires on:12/31/2019
Primary Phone: (661) 854-3040
Alternate Phone: (661) 342-2573 Ned
Mobile Phone: (661) 557-1933 Michael
Fax: (661) 854-7641
Phone:(661)342-2573
License #:PA-15-00101
Expiration:12/31/2021

Type of Use: Agricultural Use
Pesticide Possession: Possession and Use
Permit Duration: Seasonal
Employees Handle Pesticides

Notices Of Intent required 48 hours prior to application of pesticide containing restricted materials

Permit Conditions: CHLOROPICRIN, DRIFT, GENERAL, METAM POTASSIU, METAM SODIUM, TELONE

See condition detail for code descriptions.

**Regulatory Notes:**

•

---

I understand that this permit does not relieve me from liability for any damages to any persons or property caused by the use of these pesticides. I waive any claims of liability for damages against the County Department of Agriculture based on the issuance of this permit. I further understand that this permit may be revoked when pesticides are used in conflict with the manufacturer's labeling or in violation of applicable laws, regulations, and specific conditions of this permit. I authorize inspection at all reasonable times and whenever an emergency exists by the Department of Pesticide Regulation or the County Department of Agriculture of all areas treated or to be treated, storage facilities for pesticides or emptied containers and equipment used or to be used in the treatment. I have considered alternative and mitigation measures pursuant to Title 3, California Code of Regulations, section 6426. Taking into account economic, environmental, social, and technological factors, I have adopted those that are feasible and would substantially lessen any significant adverse impact on the environment.

[Form PR-ENF-125 (Rev 11/06) Pesticide Enforcement Branch]

Applicant: _Ned S Harris V. Pres._
(Name & Title)
Applicant Signature: _[signature]_   Date: _12-19-18_
Issuing Officer: _Jackie Bressler_   Date: _12-19-18_

Page 1

