XAVIER BECERRA, State Bar No. 118517
Attorney General of California
BRUCE D. MCGAGIN, State Bar No. 170146
STACEY L. ROBERTS, State Bar No. 237998
Supervising Deputy Attorney's General
ETHAN A. TURNER, State Bar No. 294891
KELLY T. SMITH, State Bar No. 196821
Deputy Attorney's General
 Telephone: (916) 210-6465
 Fax: (916) 322-8288
 E-mail: Kelly.Smith@doj.ca.gov
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
*Attorneys for Defendants State of California, by and through California Department of Fish and Wildlife, and Charlton H. Bonham, Director*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CIVIL DIVISION

| | |
|---|---|
| APOTHIO, LLC,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>KERN COUNTY; KERN COUNTY SHERIFF'S OFFICE; CALIFORNIA DEPARTMENT OF FISH AND WILDLIFE; DONNY YOUNGBLOOD; JOSHUA NICHOLSON; CHARLTON H. BONHAM; JOHN DOES #1 THROUGH #10, UNKNOWN AGENTS OF THE KERN COUNTY SHERIFF'S OFFICE; JOHN DOES #11 THROUGH #20, UNKNOWN AGENTS OF THE CALIFORNIA FISH AND WILDLIFE DEPARTMENT,<br><br>　　　　　　　　　Defendants. | Case No. 1:20-cv-00522-NONE-JLT<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS THE COMPLAINT AND TO STRIKE PORTIONS OF THE COMPLAINT**<br><br>[Fed. R. Civ. P. 12(b)(6) & 12(f)]<br><br>Date:　　July 15, 2020<br>Time:　　8:30 a.m.<br>Dept:　　Courtroom 4<br>Judge:　　NONE<br><br>Action Filed: April 10, 2020 |

1

# NOTICE

PLEASE TAKE NOTICE that on July 15, 2020, at 9:30 a.m., or as soon thereafter as the matter may be heard before the United States District Court of the Eastern District of California, located at Courtroom 4 on the Seventh Floor at 2500 Tulare Street in Fresno, California, Department of Fish and Wildlife and Charlton Bonham (collectively State Defendants), in accordance with Civil Local Rule 230, hereby move to dismiss the Complaint of Plaintiff Apothio, LLC.

# MOTION

State Defendants seek dismissal of the complaint pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim on which relief can be granted. State Defendants also move to strike, pursuant to Fed. R. Civ. P. 12(f), material in the complaint which is "redundant, immaterial, impertinent, or scandalous matter." This motion is based on this Notice of Motion and its supporting Memorandum of Points and Authorities, the pleadings, records, and files in this action, and such other written or oral arguments as may be presented at or before the time this motion is taken under submission by the court.

Dated: June 12, 2020

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
BRUCE D. MCGAGIN
STACEY L. ROBERTS
Supervising Deputy Attorney's General
ETHAN A. TURNER

*/s/ Kelly Smith*
KELLY T. SMITH
Deputy Attorney's General
*Attorneys for Defendant State of California, by and through California Department of Fish and Wildlife and Charlton H. Bonham, Director*

SA2020300599
34153118.docx

2

Notice of Motion and Motion to Dismiss the Complaint and to Strike Portions of the Complaint
(Case No. 1:20-cv-00522-NONE-JLT)