XAVIER BECERRA, State Bar No. 118517
Attorney General of California
BRUCE D. MCGAGIN, State Bar No. 170146
STACEY L. ROBERTS, State Bar No. 237998
Supervising Deputy Attorney's General
ETHAN A. TURNER, State Bar No. 294891
KELLY T. SMITH, State Bar No. 196821
Deputy Attorney's General
 Telephone: (916) 210-6465
 Fax: (916) 322-8288
 E-mail: Kelly.Smith@doj.ca.gov
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
*Attorneys for Defendants State of California, by and through California Department of Fish and Wildlife, and Charlton H. Bonham, Director*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CIVIL DIVISION

| | |
|---|---|
| APOTHIO, LLC,<br><br>                      Plaintiff,<br><br>v.<br><br>KERN COUNTY; KERN COUNTY SHERIFF'S OFFICE; CALIFORNIA DEPARTMENT OF FISH AND WILDLIFE; DONNY YOUNGBLOOD; JOSHUA NICHOLSON; CHARLTON H. BONHAM; JOHN DOES #1 THROUGH #10, UNKNOWN AGENTS OF THE KERN COUNTY SHERIFF'S OFFICE; JOHN DOES #11 THROUGH #20, UNKNOWN AGENTS OF THE CALIFORNIA FISH AND WILDLIFE DEPARTMENT,<br><br>                      Defendants. | Case No. 1:20-cv-00522-NONE-JLT<br><br>**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS** |

## REQUEST

Pursuant to Fed. R. Evid. 201, defendants State of California, by and through California Department of Fish and Wildlife, and Charlton H. Bonham, Director, (State Defendants) respectfully request that the Court take judicial notice of the following documents consisting of 12 pages, attached as Exhibit A, in support of State Defendants' motion to dismiss the complaint:

1. Restricted Material Permit No. 1500007;
2. Restricted Material Permit No. 1500027;
3. Restricted Material Permit No. 1500624;
4. Restricted Material Permit No. 1502277;
5. Restricted Material Permit No. 1502996; and
6. Restricted Material Permit No. 1505528.

These Restricted Material Permits, issued by the Kern County Agricultural Department, are authenticated by the concurrently filed declaration of Kern County Agricultural Commissioner Glenn Fankhauser.

## POINTS AND AUTHORITIES IN SUPPORT OF REQUEST

Plaintiff Apothio, LLC (Apothio) specifically references the above permits by number in the complaint, referring to them as "map permits." Complaint paras. 78, 86 and 87. Plaintiff claims that the "map permits" "identified the location where Apothio was permitted to plant and cultivate hemp." Complaint, para. 78. Apothio alleges "the Kern County Agricultural Commissioner issued several additional map permits, which identified the precise locations of the fields where Apothio's hemp would be planted." Complaint, paras. 86, 87. The documents are relevant to show that, on their face, they are not a "map permit" but rather restricted material permits which identify where pesticide use will be allowed.

The Court may take judicial notice of any fact that is "not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). A court shall take judicial notice of such a fact if requested by a party and supplied with the necessary information. Fed. R. Evid. 201(d). As public

2

1  records, these documents may be subject to judicial notice. *United States v. Ritchie*, 342 F.3d 903, 909 (9th Cir. 2003). "A trial court may presume that public records are authentic and trustworthy." *Gilbrook v. City of Westminster*, 177 F.3d 839, 858 (9th Cir. 1999) (taking judicial notice of agency report). "A court may take judicial notice of 'matters of public record' without converting a motion to dismiss into a motion for summary judgment." *Lee v. City of Los Angeles* 250 F.3d 668, 689 (9th Cir. 2001).

The documents are also proper for judicial notice under the "incorporation-by-reference" doctrine. The documents here were specifically referenced in the complaint. "Judicial notice of the full text of documents referenced in a complaint is proper under the doctrine of incorporation by reference. *No. 84 Employer–Teamster Joint Council Pension Trust Fund v. Am. W. Holding Corp.*, 320 F.3d 920, 925 n. 2 (9th Cir. 2003). The incorporation-by-reference doctrine has been extended to situations where the plaintiffs' complaint solely relies on the document. *Knievel v. ESPN*, 393 F.3d 1068, 1075 (9th Cir. 2005).

The fact that these documents exist and were issued by Kern County's Agricultural Commissioner support State Defendants' request that Paragraphs 78, 86, and 87 be stricken from complaint because they demonstrate the irrelevance of the supposed "map permits." Additionally, these documents should be subject to judicial notice because Plaintiff relies on them in an attempt to cast an air of legitimacy on their illegal cannabis cultivation, manufacturing, and distribution operation.

///
///
///

1    For the reasons provided above, State Defendants respectfully request that the court take
2  judicial notice of the documents attached as Exhibit A.

3  Dated:  June 12, 2020                               Respectfully submitted,

                                                       XAVIER BECERRA
                                                       Attorney General of California
                                                       BRUCE D. MCGAGIN
                                                       STACEY L. ROBERTS
                                                       Supervising Deputy Attorney's General
                                                       ETHAN A. TURNER


                                                       */s/ Kelly Smith*
                                                       KELLY T. SMITH
                                                       Deputy Attorney's General
                                                       *Attorneys for Defendants State of*
                                                       *California, by and through California*
                                                       *Department of Fish and Wildlife, and*
                                                       *Charlton H. Bonham, Director*

SA2020300599
34153117.docx