# EXHIBIT A

XAVIER BECERRA
Attorney General of California
BRUCE D. MCGAGIN
Supervising Deputy Attorney General
STACEY L. ROBERTS
Supervising Deputy Attorney General
KELLY T. SMITH
Deputy Attorney General
State Bar No. 196821
Telephone: (916) 210-6465
E-mail: Kelly.Smith@doj.ca.gov
ETHAN A. TURNER
Deputy Attorney General
State Bar No. 294891
Telephone: (916) 210-7898
E-mail: Ethan.Turner@doj.ca.gov
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
*Attorneys for Defendants California Department of Fish and Wildlife and Charlton H. Bonham, Director*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CIVIL DIVISION

| | |
|---|---|
| **APOTHIO, LLC,**<br>Plaintiff,<br>**v.**<br>**KERN COUNTY; KERN COUNTY SHERIFF'S OFFICE; CALIFORNIA DEPARTMENT OF FISH AND WILDLIFE; DONNY YOUNGBLOOD; JOSHUA NICHOLSON; CHARLTON H. BONHAM; JOHN DOES #1 THROUGH #10, UNKNOWN AGENTS OF THE KERN COUNTY SHERIFF'S OFFICE; JOHN DOES #11 THROUGH #20, UNKNOWN AGENTS OF THE CALIFORNIA FISH AND WILDLIFE DEPARTMENT,**<br>Defendants. | 1:20-cv-00522-NONE-JLT<br>**DECLARATION OF KERN COUNTY AGRICULTURE COMMISSIONER GLENN FANKHAUSER IN SUPPORT OF DEFENDANTS' REQUEST FOR JUDICIAL NOTICE.** |

I, Glenn Fankhauser, declare as follows:

1. I am the Agricultural Commissioner and Sealer of Weights and Measures for Kern County;

2. I have been appointed and charged with the duties prescribed in Division 2 of the California Food and Agriculture Code and other applicable state and local law. Cal. Food & Agric. Code §2100 et seq

3. In my role, I carry out numerous functions including the local administration and enforcement of the Department of Pesticide Regulation's restricted materials use requirements. Cal. Food & Agric. Code §14004; Cal. Code Regs. tit. 3, § 6400 et seq.

4. The purpose of a restricted materials permit is for the grower to be able to use and report the usage of any pesticide on a crop and to record the location of the proposed use.

5. The following restricted material permits were issued by employees of the Kern County Agricultural Department who are under my management and supervision:

   i. Restricted Material Permit No. 1500007
   ii. Restricted Material Permit No. 1500027
   iii. Restricted Material Permit No. 1500624
   iv. Restricted Material Permit No. 1502277
   v. Restricted Material Permit No. 1502996
   vi. Restricted Material Permit No. 1505528

6. True and correct copies of these permits are attached as pages 1-12 Exhibit A to Defendants' RJN.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 10th day of June, 2020, at Bakersfield California.

Glenn Fankhauser,
Kern County Agricultural Commissioner



Kern County Department of Agriculture and Measurement Standards
1001 South Mount Vernon Ave.
Bakersfield, CA 93307
Phone: 661-868-6300 Email: agcomm@kerncounty.com
Fax: 661-868-6301 Webpage: www.kernag.com

## RESTRICTED MATERIALS PERMIT: 15-18-1500007

**Operator:** STENDERUP AG PARTNERS
14820 S. EDISON RD
BAKERSFIELD, CA 93307-

# 1500007-2018-Version: 1
County District #:NA
Issued on:1/1/2018
Valid as of:1/1/2018
Expires on:12/31/2018

**Agent:** STENDERUP,ANDY
S/W CORNER SUNSET & EDISON
ARVIN

Primary Phone: (661) 854-6337
Alternate Phone: (661) 619-6260
Mobile Phone: (661) 747-2593
Fax: (661) 854-2524

**Type of Use:** Agricultural Use
**Pesticide Possession:** Possession and Use
**Permit Duration:** Seasonal

Notices Of Intent required 48 hours prior to application of pesticide containing restricted materials

*Employees Handle Pesticides*

**Permit Conditions:** CHLOROPICRIN, DRIFT, GENERAL, METAM POTASSIU, METAM SODIUM, TELONE

See condition detail for code descriptions.

**Regulatory Notes:** Certified Applicator: Andy Stenderup PA-15-00136 EXP 12-31-2020

---

I understand that this permit does not relieve me from liability for any damages to any persons or property caused by the use of these pesticides. I waive any claims of liability for damages against the County Department of Agriculture based on the issuance of this permit. I further understand that this permit may be revoked when pesticides are used in conflict with the manufacturer's labeling or in violation of applicable laws, regulations, and specific conditions of this permit. I authorize inspection at all reasonable times and whenever an emergency exists by the Department of Pesticide Regulation or the County Department of Agriculture of all areas treated or to be treated, storage facilities for pesticides or emptied containers and equipment used or to be used in the treatment. I have considered alternative and mitigation measures pursuant to Title 3, California Code of Regulations, section 6426. Taking into account economic, environmental, social, and technological factors, I have adopted those that are feasible and would substantially lessen any significant adverse impact on the environment.

[Form PR-ENF-125 (Rev 11/06) Pesticide Enforcement Branch]

Applicant: Andy Stenderup - Partner of Stenderup Ag Partners
(Name & Title)

Applicant Signature: [signature] Date: 12-20-2017

Issuing Officer: [signature] Date: 12/20/17

# 2018 Map - Permit Number 1500007

N

## STENDERUP AG PARTNERS

RALPH AV
PARISH AV
MAXEY DR
S VINELAND RD
BUENA VISTA BLVD
S EDISON RD
MAY ST
DUNCAN ST
WILDMAN RD
WEEDPATCH HWY
CUDA DR
GE RD

07
08
09
12
13
16
17
18
19
20
21
24
30

Organic

17078TWG
GRAPE, WINE
44.00

17118MWG
GRAPE, WINE
80.00

17168TWG
GRAPE, WINE
22.00

20038ALM
ALMOND
78.00

20048HEM
HEMP/CANNABIS
70.00

20118HEM
HEMP/CANNABIS
75.00

20129ONS
ONION DRY ETC
75.00

VINELAND CHILD DEVELOPMENT CENTER
VINELAND ELEMENTARY

0 0.2 0.4 0.6 0.8 1 1.2 1.4 1.6 1.8 2.0 Miles

# T31S R29E

## Sections: 17, 18, 19, 20

Map generated by the Kern County Agricultural Commissioner/Sealer by 791 on November 05, 2018

## Map Number: 1288



Kern County Department of Agriculture and Measurement Standards
1001 South Mount Vernon Ave.
Bakersfield, CA 93307
Phone: 661-868-6300 Email: agcomm@kerncounty.com
Fax: 661-868-6301 Webpage: www.kernag.com

## RESTRICTED MATERIALS PERMIT: 15-19-1500027

**Operator:** LEHR BROTHERS, INC.
P. O. BOX 88
EDISON, CA 93220-

# 1500027-2019-Version: 1
County District #:NA
Issued on:1/1/2019
Valid as of:1/1/2019
Expires on:12/31/2019

**Agent:** BELLUOMINI/NIXON/WHITE,PETE/BRYSE N/
12901 PACKING HOUSE RD
EDISON
CA 93220

Primary Phone: (661) 366-3244
Alternate Phone: (661) 364-5893
Mobile Phone: (661) 201-9319
Fax: (661) 366-1449

**Certified Applicator:** BELLUOMINI, PETER J.
P.O. BOX 88
EDISON, CA 93220

Phone:661-201-9319
License #:PA-15-00158
Expiration:12/31/2021

**Type of Use:** Agricultural Use
**Pesticide Possession:** Possession and Use
**Permit Duration:** Seasonal

Notices Of Intent required 48 hours prior to application of pesticide containing restricted materials

*Employees Handle Pesticides*

**Permit Conditions:** DRIFT, GENERAL, METAM POTASSIU, METAM SODIUM, PHENOXY, TELONE, CHLORPYRIFOS

See condition detail for code descriptions.

**Regulatory Notes:**

QAC 136920 CAT: O, EXP: 12/31/2019 RICK WHITE

---

I understand that this permit does not relieve me from liability for any damages to any persons or property caused by the use of these pesticides. I waive any claims of liability for damages against the County Department of Agriculture based on the issuance of this permit. I further understand that this permit may be revoked when pesticides are used in conflict with the manufacturer's labeling or in violation of applicable laws, regulations, and specific conditions of this permit. I authorize inspection at all reasonable times and whenever an emergency exists by the Department of Pesticide Regulation or the County Department of Agriculture of all areas treated or to be treated, storage facilities for pesticides or emptied containers and equipment used or to be used in the treatment. I have considered alternative and mitigation measures pursuant to Title 3, California Code of Regulations, section 6426. Taking into account economic, environmental, social, and technological factors, I have adopted those that are feasible and would substantially lessen any significant adverse impact on the environment.

[Form PR-ENF-125 (Rev 11/06) Pesticide Enforcement Branch]

Applicant: Peter Belluomini VP, Rick White Food Safety
(Name & Title)

Applicant Signature: [signature], Rick White Date: 11-29-18, 11-30-18

Issuing Officer: Jackie Bressler Date: 11-29-18

# 2019 Map - Permit Number 1500027

## LEHR BROTHERS, INC.

N

BUENA VISTA BLVD
S COMANCHE DR
TEJON HWY
TOWERLINE RD
RUSSELL AV
SUNSET BLVD
LANDERS RD
RICHARDSON RD
VARSITY AV
WIDMERE RD
PACKARD DR
4TH AV
HAVEN DR
CAMPUS DR
N HILL ST
N A ST
G ST
STOCKTON
S DERBY
JUDITH ST

K1B PEPPER FRUITNG 58.00
KH1 HEMP/ CANNABIS 40.00
K2F POTATO 58.00
SUNSET PEPPER FRUITNG 38.00

Organic

0 0.2 0.4 0.6 0.8 1 1.2 1.4 1.6 1.8 2.0 Miles

**T31S R29E**

**Sections: 13, 14, 23, 24**

**Map Number: 1290**

Map generated by the Kern County Agricultural Commissioner/Sealer by 777 on July 10, 2019



Kern County Department of Agriculture and Measurement Standards
1001 South Mount Vernon Ave.
Bakersfield, CA 93307
Phone: 661-868-6300 Email: agcomm@kerncounty.com
Fax: 661-868-6301 Webpage: www.kernag.com

## RESTRICTED MATERIALS PERMIT: 15-19-1500624

**Operator:** VANDBORG FARMS
P.O. BOX 490
LAMONT, CA 93241

# 1500624-2019-Version: 1
County District #:NA
Issued on:1/3/2019
Valid as of:1/3/2019
Expires on:12/31/2019

**Agent:** VANDBORG,CHRIS
9258 BUENA VISTA BLVD.
BAKERSFIELD
CA 93307

Primary Phone: (661) 845-3446
Alternate Phone: (661) 301-2810
Mobile Phone: (661) 333-0708
Fax: (661) 845-3481

**Certified Applicator:** VANDBORG, CHRIS
P.O. BOX 490
LAMONT, CA 93241

Phone:(661)333-0708
License #:PA-15-00312
Expiration:12/31/2020

**Type of Use:** Agricultural Use
**Pesticide Possession:** Possession and Use
**Permit Duration:** Seasonal
*Employees Handle Pesticides*
**Permit Conditions:** DRIFT, GENERAL, PHENOXY, TELONE, CHLORPYRIFOS

Notices Of Intent required 48 hours prior to application of pesticide containing restricted materials

See condition detail for code descriptions.

**Regulatory Notes:**

---

I understand that this permit does not relieve me from liability for any damages to any persons or property caused by the use of these pesticides. I waive any claims of liability for damages against the County Department of Agriculture based on the issuance of this permit. I further understand that this permit may be revoked when pesticides are used in conflict with the manufacturer's labeling or in violation of applicable laws, regulations, and specific conditions of this permit. I authorize inspection at all reasonable times and whenever an emergency exists by the Department of Pesticide Regulation or the County Department of Agriculture of all areas treated or to be treated, storage facilities for pesticides or emptied containers and equipment used or to be used in the treatment. I have considered alternative and mitigation measures pursuant to Title 3, California Code of Regulations, section 6426. Taking into account economic, environmental, social, and technological factors, I have adopted those that are feasible and would substantially lessen any significant adverse impact on the environment.

[Form PR-ENF-125 (Rev 11/06) Pesticide Enforcement Branch]

Applicant: Chris Vandborg Owner
(Name & Title)

Applicant Signature: [signature] Date: 1-3-19.

Issuing Officer: [signature] Date: 01/03/19

# 2019 Map - Permit Number 1500624

## VANDBORG FARMS

N

RALPH AV
PARISH AV
S VINELAND RD
S EDISON RD
DUNGAN ST
MAY ST
WILDMAN RD
WEEDPATCH HWY
E BEAR MOUNTAIN BLVD

69W WHEAT 38.00
75 CORN FOR/FOD 18.00
72 SWEET POTATO 38.00
74H INDUSTRIAL HEMP 37.00
76 CORN FOR/FOD 24.00
71H INDUSTRIAL HEMP 41.00
71B CANTALOUPE 25.00
71CP POTATO 2.00
71D CANTALOUPE 10.00

0 0.2 0.4 0.6 0.8 1 1.2 1.4 1.6 1.8 2.0 Miles

# T31S R29E

## Sections: 17, 18, 19, 20

## Map Number: 1288

Map generated by the Kern County Agricultural Commissioner/Sealer by 781 on December 11, 2019

Kern County Department of Agriculture and Measurement Standards
1001 South Mount Vernon Ave.
Bakersfield, CA 93307
Phone: 661-868-6300 Email: agcomm@kerncounty.com
Fax: 661-868-6301 Webpage: www.kernag.com

## RESTRICTED MATERIALS PERMIT: 15-19-1502277

**Operator:** H & H FARMS
PO BOX 519
ARVIN, CA 93203

# 1502277-2019-Version: 1
County District #:NA
Issued on:1/1/2019
Valid as of:1/1/2019
Expires on:12/31/2019

**Agent:** HARRIS/HARRIS,NED/MICHAEL
4141 HERRING RD.
ARVIN
CA 93203

Primary Phone: (661) 854-3040
Alternate Phone: (661) 342-2573 Ned
Mobile Phone: (661) 557-1933 Michael
Fax: (661) 854-7641

**Certified Applicator:** HARRIS, NED S.
P.O. BOX 519
ARVIN, CA 93203

Phone:(661)342-2573
License #:PA-15-00101
Expiration:12/31/2021

**Type of Use:** Agricultural Use
**Pesticide Possession:** Possession and Use
**Permit Duration:** Seasonal

Notices Of Intent required 48 hours prior to application of pesticide containing restricted materials

*Employees Handle Pesticides*

**Permit Conditions:** CHLOROPICRIN, DRIFT, GENERAL, METAM POTASSIU, METAM SODIUM, TELONE

See condition detail for code descriptions.

**Regulatory Notes:**

---

I understand that this permit does not relieve me from liability for any damages to any persons or property caused by the use of these pesticides. I waive any claims of liability for damages against the County Department of Agriculture based on the issuance of this permit. I further understand that this permit may be revoked when pesticides are used in conflict with the manufacturer's labeling or in violation of applicable laws, regulations, and specific conditions of this permit. I authorize inspection at all reasonable times and whenever an emergency exists by the Department of Pesticide Regulation or the County Department of Agriculture of all areas treated or to be treated, storage facilities for pesticides or emptied containers and equipment used or to be used in the treatment. I have considered alternative and mitigation measures pursuant to Title 3, California Code of Regulations, section 6426. Taking into account economic, environmental, social, and technological factors, I have adopted those that are feasible and would substantially lessen any significant adverse impact on the environment.

[Form PR-ENF-125 (Rev 11/06) Pesticide Enforcement Branch]

Applicant: Ned S Harris V. Pres.
(Name & Title)

Applicant Signature: [signature] Date: 12-19-18

Issuing Officer: Jackie Bressler Date: 12-19-18

# 2019 Map - Permit Number 1502277

## H & H FARMS

N
08
09
10
11
BENA
6819FP
POTATO
75.00
Edison Seed Company
17
6319FC
CARROT
75.00
16
6519SC
CARROT
75.00
6019HMP
HEMP/CANNABIS
40.00
15
14
GENERAL BEALE RD
58 WEST HWY
20
21
22
23
Murray Family Farms Market
RD
0 0.2 0.4 0.6 0.8 1 1.2 1.4 1.6 1.8 2.0 Miles

**T30S R30E**

**Sections: 15, 16, 21, 22**

**Map Number: 1126**

Map generated by the Kern County Agricultural Commissioner/Sealer by 781 on April 04, 2019



Kern County Department of Agriculture and Measurement Standards
1001 South Mount Vernon Ave.
Bakersfield, CA 93307
Phone: 661-868-6300 Email: agcomm@kerncounty.com
Fax: 661-868-6301 Webpage: www.kernag.com

## RESTRICTED MATERIALS PERMIT: 15-19-1502996

**Operator:** MIKE CAUZZA FARMS
16901 E. BEAR MT. BLVD.
ARVIN, CA 93203-

**Agent:** CAUZZA,MICHAEL
SS BEAR MTN, 5 M E OF TEJON RD
ARVIN
CA 93203

# 1502996-2019-Version: 1
County District #:NA
Issued on:1/14/2019
Valid as of:1/14/2019
Expires on:12/31/2019
Primary Phone: (661) 854-3319
Alternate Phone: (661) 854-3319
Mobile Phone: (661) 331-9135
Fax: (661) 854-3319

**Type of Use:** Agricultural Use
**Pesticide Possession:** Possession and Use
**Permit Duration:** Seasonal

Notices Of Intent required 48 hours prior to application of pesticide containing restricted materials

**Permit Conditions:** DRIFT, GENERAL, METAM POTASSIU, METAM SODIUM, TELONE

See condition detail for code descriptions.

**Regulatory Notes:**

"ALL THE RESTRICTED MATERIALS TO BE APPLIED BY LICENSED PEST CONTROL OPERATOR ONLY."

---

I understand that this permit does not relieve me from liability for any damages to any persons or property caused by the use of these pesticides. I waive any claims of liability for damages against the County Department of Agriculture based on the issuance of this permit. I further understand that this permit may be revoked when pesticides are used in conflict with the manufacturer's labeling or in violation of applicable laws, regulations, and specific conditions of this permit. I authorize inspection at all reasonable times and whenever an emergency exists by the Department of Pesticide Regulation or the County Department of Agriculture of all areas treated or to be treated, storage facilities for pesticides or emptied containers and equipment used or to be used in the treatment. I have considered alternative and mitigation measures pursuant to Title 3, California Code of Regulations, section 6426. Taking into account economic, environmental, social, and technological factors, I have adopted those that are feasible and would substantially lessen any significant adverse impact on the environment.

[Form PR-ENF-125 (Rev 11/06) Pesticide Enforcement Branch]

Applicant: Mike CAUZZA Owner
(Name & Title)

Applicant Signature: [signature] Date: 1-14-19

Issuing Officer: [signature] Date: 1/14/19

# 2019 Map - Permit Number 1502996

## MIKE CAUZZA FARMS

N
10
11
12
07
BUENA VISTA BLVD
3A
HEMP/
CANNABIS
30.00
14
15
13
18
RUSSELL AV
TOWERLINE RD
SUNSET BLVD
5
GRAPE
9.00
S COMANCHE DR
22
23
24
19
E BEAR MOUNTAIN BLVD
HAVEN DR
S STOCKTON
S DER
27
25
30
0 0.2 0.4 0.6 0.8 1 1.2 1.4 1.6 1.8 2.0 Miles

**T31S R29E**

**Sections: 13, 14, 23, 24**

**Map generated by the Kern County Agricultural Commissioner/Sealer by 763 on March 01, 2019**

**Map Number: 1290**



Kern County Department of Agriculture and Measurement Standards
1001 South Mount Vernon Ave.
Bakersfield, CA 93307
Phone: 661-868-6300 Email: agcomm@kerncounty.com
Fax: 661-868-6301 Webpage: www.kernag.com

## RESTRICTED MATERIALS PERMIT: 15-19-1505528

**Operator:** PETRISSANS DAIRY
5111 BEAR MT BLVD.
BAKERSFIELD CA, CA 93313

**Agent:** WATTS, JEREMY
5111 BEAR MT. BLVD.
BAKERSFIELD
CA 93313

# 1505528-2019-Version: 1
County District #:
Issued on: 1/1/2019
Valid as of: 1/1/2019
Expires on: 12/31/2019
Primary Phone: (661) 333-4148
Alternate Phone:
Mobile Phone: (661) 742-8888
Fax: (661) 836-1556

**Type of Use:** Agricultural Use
**Pesticide Possession:** Possession and Use
**Permit Duration:** Seasonal

Notices Of Intent required 48 hours prior to application of pesticide containing restricted materials

**Permit Conditions:** DRIFT, GENERAL, PHENOXY, CHLORPYRIFOS, HERBICIDE D P

See condition detail for code descriptions.

**Regulatory Notes:**

ALL RESTRICTED MATERIALS MUST BE APPLIED BY A LICENSED PCO

---

I understand that this permit does not relieve me from liability for any damages to any persons or property caused by the use of these pesticides. I waive any claims of liability for damages against the County Department of Agriculture based on the issuance of this permit. I further understand that this permit may be revoked when pesticides are used in conflict with the manufacturer's labeling or in violation of applicable laws, regulations, and specific conditions of this permit. I authorize inspection at all reasonable times and whenever an emergency exists by the Department of Pesticide Regulation or the County Department of Agriculture of all areas treated or to be treated, storage facilities for pesticides or emptied containers and equipment used or to be used in the treatment. I have considered alternative and mitigation measures pursuant to Title 3, California Code of Regulations, section 6426. Taking into account economic, environmental, social, and technological factors, I have adopted those that are feasible and would substantially lessen any significant adverse impact on the environment.

[Form PR-ENF-125 (Rev 11/06) Pesticide Enforcement Branch]

Applicant: Jeremy Watts Manger
(Name & Title)

Applicant Signature: [signature] Date: 12-18-18

Issuing Officer: [signature] Date: 12/18/18

# 2019 Map - Permit Number 1505528

## PETRISSANS DAIRY

N

CHAIDEZ RD
PROGRES
20
Organic
21
22
23
BEAR MOUNTAIN BLVD
STINE RD
1
OAT FOR/FOD
2.50
2
ALFALFA
45.00
3WA
INDUSTRIAL HEMP
13.00
3E
ALFALFA
32.00
29
28
27
26
GOSFORD RD
ASHE RD
4B
WHEAT FOR/FOD
77.00
5B
WHEAT FOR/FOD
77.00
PHILLI
6A
OAT FOR/FOD
77.00
7
ALFALFA
77.00
32
33
34
35
10
ALFALFA
77.00
8A
OAT FOR/FOD
77.00
11
ALFALFA
77.00
9
CORN FOR/FOD
77.00
04
03

0 0.2 0.4 0.6 0.8 1 1.2 1.4 1.6 1.8 2.0 Miles

## T31S R27E

**Sections: 27, 28, 33, 34**

Map generated by the Kern County Agricultural Commissioner/Sealer by 763 on November 21, 2019

**Map Number: 1274**