# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **Apothio, LLC v. Kern County, et al.** | No. | **1:20-cv-00522-NONE-JLT** |

I hereby certify that on June 12, 2020, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on June 12, 2020, at Sacramento, California.

| Ngoc T. Huynh | /s/ Ngoc Huynh |
|---|---|
| Declarant | Signature |

SA2020300599
34154627.docx