Katherine Eskovitz (SBN 255105)
ROCHE CYRULNIK FREEDMAN LLP
1158 26th Street, No. 175
Santa Monica, CA 90403
keskovitz@rcfllp.com
(646) 791-6883

*Counsel for Apothio LLC*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APOTHIO, LLC,<br><br>Plaintiff,<br><br>v.<br><br>KERN COUNTY; KERN COUNTY SHERIFF'S OFFICE; CALIFORNIA DEPARTMENT OF FISH AND WILDLIFE; DONNY YOUNGBLOOD; JOSHUA NICHOLSON; CHARLTON H. BONHAM; JOHN DOES #1 THROUGH #10, UNKNOWN AGENTS OF THE KERN COUNTY SHERIFF'S OFFICE; JOHN DOES #11 THROUGH #20, UNKNOWN AGENTS OF THE CALIFORNIA FISH AND WILDLIFE DEPARTMENT,<br><br>Defendants. | No. 1:20-CV-00522-NONE-JLT<br><br>**Notice of Motion; Plaintiff's Unopposed Motion for First Extension of Time to Respond to Motions; [Proposed] Order**<br><br>Date: TBD<br>Time: 8:30 AM<br>Dept: Courtroom 4<br>Judge: THURSTON |

**NOTICE OF PLAINTIFF'S UNOPPOSED
<u>MOTION FOR EXTENSION OF TIME</u>**

PLEASE TAKE NOTICE that as soon as the matter may be heard before the United States District Court of the Eastern District of California, located at Courtroom 4 on the Seventh Floor at 2500 Tulare Street in Fresno, California, Plaintiff, in accordance with Local Rule 144, hereby moves for a seventeen (17) day extension to respond to Defendants' motions to dismiss, motions to strike, and requests for judicial notice. This is the first such extension requested. On June 18, counsel for Plaintiff conferred with Defendants' counsel, who does not oppose the relief sought here.

1

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME**

Plaintiff requests a seventeen (17) day extension (until July 13) to respond to Defendants' motions to dismiss, motions to strike, and requests for judicial notice. This is the first such extension requested and Defendants do not oppose this motion. As described below, there is good cause for the extension.

On April 10, Plaintiff filed its Complaint. On May 4, the parties filed a joint stipulation in which Plaintiff agreed to consolidate the schedule and to extend the May 6 and May 19 deadlines for Defendants' responsive pleadings, by 37 days and 24 days, respectively, to June 12.

On June 12, Defendants filed a total of six motions: two motions to dismiss, (ECF Nos. [21], [24]), two motions to strike, (ECF Nos. [19], [21]), and two requests for judicial notice. ECF Nos. [20], [22].

Plaintiff's responses are therefore currently due June 26. Plaintiffs seek this extension in order to fully respond to all the issues raised by Defendants' numerous filings. This is especially the case given the challenges to efficiency posed by COVID-19 and remote work. Further the motion is unopposed, the parties will not be prejudiced, and the only effect on other scheduled dates will be the need to reset the hearing and a corresponding adjustment to the date for Defendants' replies. Based on the parties meet and confer, Plaintiff understands that Defendants intend to file a non-opposition to this motion and propose mutually agreed upon dates for the hearing and their replies.

For those reasons, Plaintiff respectfully requests that the Court grant an additional seventeen (17) day extension of time for Plaintiff to file responses, with a new deadline of Monday, July 13, 2020.

1  Respectfully submitted this 18th day of June, 2020,

2  /s/ Joseph M. Delich
ROCHE CYRULNIK
3   FREEDMAN LLP
Joseph M. Delich (*pro hac vice*)
4  Kyle W. Roche (*pro hac vice*)
Richard R. Cipolla (*pro hac vice*)
5  99 Park Avenue, 1910
New York, NY 10016
6  jdelich@rcfllp.com
kyle@rcfllp.com
7  rcipolla@rcfllp.com
(646) 970-7541
8
Katherine Eskovitz
9  1158 26th Street, No. 175
Santa Monica, CA 90403
10  keskovitz@rcfllp.com

11  Sean Eskovitz
ESKOVITZ LAW LLP
12  1217 Wilshire Boulevard, No. 3683
Santa Monica, CA 90402
13  seane@eskovitz.com

14  Brant W. Bishop (*pro hac vice*)
BRANT W. BISHOP, P.C.
15  2000 Pennsylvania Avenue, NW
Suite 7000
16  Washington, DC 20006
brant@bishop.us
17
*Counsel for Apothio LLC*