UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APOTHIO, LLC,<br><br>   Plaintiff,<br><br>  v.<br><br>KERN COUNTY; KERN COUNTY SHERIFF'S OFFICE; CALIFORNIA DEPARTMENT OF FISH AND WILDLIFE; DONNY YOUNGBLOOD; JOSHUA NICHOLSON; CHARLTON H. BONHAM; JOHN DOES #1 THROUGH #10, UNKNOWN AGENTS OF THE KERN COUNTY SHERIFF'S OFFICE; JOHN DOES #11 THROUGH #20, UNKNOWN AGENTS OF THE CALIFORNIA FISH AND WILDLIFE DEPARTMENT,<br><br>   Defendants. | No. 1:20-CV-00522-NONE-JLT |

## [PROPOSED] ORDER

The court, having considered the stipulation of the parties to extend the time for all defendants to respond to Plaintiff's Complaint, hereby ORDERS that the deadline for all Plaintiff to respond to Defendants' Motions to Dismiss, Motions to Strike, and Requests for Judicial Notice, (ECF Nos. [19], [20], [21], [22], [24]), is on or before July 13, 2020.

Dated:_____              _____
                                      United States Magistrate Judge