1  Katherine Eskovitz (SBN 255105)
   ROCHE CYRULNIK FREEDMAN LLP
2  1158 26th Street, No. 175
   Santa Monica, CA 90403
3  keskovitz@rcfllp.com
   (646) 791-6883
4
   *Counsel for Apothio LLC*
5
                    UNITED STATES DISTRICT COURT
6                   EASTERN DISTRICT OF CALIFORNIA

   APOTHIO, LLC,
7                                          No. 1:20-CV-00522-NONE-JLT
                  Plaintiff,
8                                          **JOINT STIPULATION**
         v.                                **EXTENDING TIME TO**
9                                          **RESPOND TO COMPLAINT**
   KERN COUNTY; KERN COUNTY                **AND [~~PROPOSED~~] ORDER**
   SHERIFF'S OFFICE; CALIFORNIA            (Doc. 26)
12 DEPARTMENT OF FISH AND WILDLIFE;
   DONNY YOUNGBLOOD; JOSHUA
13 NICHOLSON; CHARLTON H. BONHAM;
   JOHN DOES #1 THROUGH #10,
14 UNKNOWN AGENTS OF THE KERN
   COUNTY SHERIFF'S OFFICE; JOHN
15 DOES #11 THROUGH #20, UNKNOWN
   AGENTS OF THE CALIFORNIA FISH
16 AND WILDLIFE DEPARTMENT,

17                Defendants.
18
19
20
21                      **JOINT STIPULATION**

22       COME NOW the parties to this action jointly, through their respective attorneys of record,

23 and stipulate as follows:

24       1.      On April 10, Plaintiff filed its Complaint.

25       2.      On May 4, the parties filed a joint stipulation in which Plaintiff agreed to

26 consolidate the schedule and to extend the May 6 and May 19 deadlines for Defendants' responsive

27 pleadings, by 37 days and 24 days, respectively, to June 12. ECF No. [14]. The Court granted that

   request. ECF No. [15].

                                          1

3.     On June 12, Defendants noticed a hearing for July 15, and filed two motions to dismiss, (ECF Nos. [21], [24]), two motions to strike, (ECF Nos. [19], [21]), and two requests for judicial notice. ECF Nos. [20], [22]. Plaintiff's responses are currently due June 26.

4.     Plaintiff has requested that Defendants grant a reasonable extension of time in which to file its responses, so that it may fully respond to all issues raised in the Defendants' multiple filings.

5.     Defendants have agreed to extend the date for the all Plaintiffs' responses to the motions to dismiss, motions to strike, and requests for judicial notice by seventeen (17) days, to **July 13, 2020**.

6.     If the Court believes it may benefit from oral argument, the parties are available on the noticed hearing date of August 10, or any date thereafter.

7.     NOW THEREFORE, IT IS STIPULATED AND AGREED, by and between Plaintiff and Defendants, that all Plaintiffs' responses to the motions to dismiss, motions to strike, requests for judicial notice, shall be due on July 13, 2020.

8.     The parties further stipulate to resetting the current hearing date to August 10, 2020, or as soon as the matter may be heard.

///

///

///

///

///

///

///

2

| | |
|---|---|
| 1 | Dated: June 22, 2020 |
| | ROCHE CYRULNIK FREEDMAN LLP |
| | By: /s/ *Joseph M. Delich* |
| 2 | ROCHE CYRULNIK FREEDMAN LLP |
| | Joseph M. Delich (*pro hac vice*) |
| 3 | *Counsel for Apothio LLC* |

4   Dated: June 22, 2020        MARGO A. RAISON, COUNTY COUNSEL

By: /s/    *Kathleen Rivera*

5        Andrew C. Thomson, Chief Deputy
       Kathleen Rivera, Deputy

6        Phillip T. Jenkins, Deputy
       Attorneys for Defendants County

7        of Kern, Kern County Sheriff's Department,    Donny
       Youngblood and Joshua Nicholson *LLC*

8

9   Dated: June 22, 2020        XAVIER BECERRA
       *Attorney General of the State of California*

10        Bruce McGagin
       Supervising Deputy Attorney General

11        By: /s/ *Kelly T. Smith*

12        Kelly Smith, Deputy Attorney General

13        Attorneys for Defendants California Department of
       Fish And Wildlife And Charlton H. Bonham

14

15        As the filer of this document, I, Joseph Delich, attest that all counsel have authorized me

to attach their electronic signature to this document on June 22, 2020.

16

17

18

19

20

21

22

23

STIPULATION TO EXTEND TIME– Case No 1-20-cv-00522-NONE-JLT

1

[~~PROPOSED~~] ORDER

2      The court, having considered the stipulation of the parties to extend time, hereby ORDERS

3   that the deadline for Plaintiff to respond to Defendants' Motions to Dismiss, Motions to Strike,

4   and Requests for Judicial Notice, (ECF Nos. [19], [20], [21], [22], [24]), is on or before July 13,

5   2020; and the hearing date is reset for August 10, 2020.

6
IT IS SO ORDERED.

Dated:   **June 22, 2020**                    **/s/ Jennifer L. Thurston**
                                        UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23                                    4