

**PRO HAC VICE APPLICATION, ECF REGISTRATION AND CONSENT TO ELECTRONIC SERVICE, PROPOSED ORDER**

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

Apothio, LLC.            Plaintiff(s),

v.

Kern County, et al.            Defendant(s).

Case No. 1:20-cv-00522-NONE-JLT

I, Richard R. Cipolla

attorney for Apothio, LLC                                            ,

hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 180(b)(2).  I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $225.00 to the Clerk, U.S. District Court.  In support of this petition, I state under penalty of perjury that:

My business address is:

Firm Name:        Roche Cyrulnik Freedman LLP

Address:          99 Park Avenue

                  Suite 1910

City:             New York

State:            NY              ZIP Code: 10016

Voice Phone:      (646) 791-6881

FAX Phone:

Internet E-mail:  rcipolla@rcfllp.com

Additional E-mail:

I reside in City:  New York                          State:  NY

I was admitted to practice in the <u>Appellate Division of the Supreme Court of New York</u>

<u>Second Judicial Department</u> (court) on <u>  September 18, 2017  </u> date).  I am presently

in good standing and eligible to practice in said court.  A certificate of good standing from the

court in my state of primary practice is attached to this application. I am not currently suspended

or disbarred in any other court.

       I  have ☐ / have not ☑    concurrently or within the year preceding this application made

a pro hac vice application to this court.  (If you have made a pro hac vice application to this

court within the last year, list the name and case number of each matter in which an

application was made, the date of application and whether granted or denied.)

       I hereby designate the following member of the Bar of this Court who is registered for

ECF with whom the Court and opposing counsel may readily communicate regarding the

conduct of the case and upon whom electronic notice shall also be served via the court's ECF

system:

Name:      <u>Katherine Eskovitz</u>

Firm Name:   <u>Roche Cyrulnik Freedman LLP</u>

Address:    <u>1158 26th Street, No. 175</u>

City:       <u>Santa Monica</u>

State:     <u>  CA  </u>    ZIP Code: <u>90403</u>

Voice Phone: <u>(646) 791-6883</u>

FAX Phone:  <u>(646) 392-8842</u>

E-mail:    <u>keskovitz@rcfllp.com</u>

Dated: <u> July 9, 2020  </u>      Petitioner: <u>/s/ Katherine Eskovitz</u>

**ORDER**

IT IS SO ORDERED.

Dated:   **July 9, 2020**                              **/s/ Jennifer L. Thurston**
                                            UNITED STATES MAGISTRATE JUDGE