# **EXHIBIT B**



**Superior Court of California**
**County of Kern**
**Bakersfield Department 10**

Date:   05/01/2020                                                                                          Time:   8:30 AM - 5:00 PM

BCV-20-100711

APOTHIO LLC VS KERN COUNTY SHERIFF'S OFFICE ET AL

*Courtroom Staff*

**Honorable:**   J. Eric Bradshaw                                        **Clerk:**   Linda K. Hall

**NATURE OF PROCEEDINGS:  RULING**

The above entitled cause came on regularly on this date and time with parties and/or counsel appearing as reflected above.

The Court reaches the following decision:

Petitioners Motion Requesting Judicial Notice - Denied.

Copy of ruling emailed to all parties as stated on the attached declaration.

Minute order notice.

**APOTHIO LLC VS KERN COUNTY SHERIFF'S OFFICE ET AL**
**BCV-20-100711**

**CERTIFICATE OF MAILING AND/OR EMAIL\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

The undersigned, of said Kern County, certify:  That I am a Deputy Clerk of the Superior Court of the State of California, in and for the County of Kern, that I am a citizen of the United States, over 18 years of age, I reside in or am employed in the County of Kern, and not a party to the within action, that I served the *Minutes dated  May 01, 2020*  attached hereto on all interested parties and any respective counsel of record in the within action by depositing true copies thereof, enclosed in a sealed envelope(s) with postage fully prepaid and placed for collection and mailing on this date, following standard Court practices, in the United States mail at  Bakersfield California addressed as indicated on the attached mailing list.

Date of Mailing:	May 01, 2020

Place of Mailing:	Bakersfield, CA

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

**Tamarah Harber-Pickens**
CLERK OF THE SUPERIOR COURT

Date:  May 01, 2020

By:	*Linda Hall*
	Linda Hall, Deputy Clerk
	Signed: 5/1/2020 08:08 AM

APOTHIO LLC VS KERN COUNTY SHERIFF'S OFFICE ET AL
BCV-20-100711

**MAILING LIST**

| | |
|---|---|
| KATHERINE A ESKOVITZ<br>ROCHE CYRULNIK FREEDMAN LLP<br>1158 26TH STREET NO 175<br>SANTA MONICA CA  90403<br>keskovitz@rcfllp.com | PHILLIP T JENKINS<br>OFFICE OF COUNTY COUNSEL COUNTY OF KERN<br>1115 TRUXTUN AVE FL 4<br>BAKERSFIELD CA  93301<br>pjenkins@kerncounty.com |