MARGO A. RAISON, COUNTY COUNSEL
By: Andrew C. Thomson, Chief Deputy (SBN 149057)
Kathleen Rivera, Deputy (SBN 211606)
Phillip T. Jenkins, Deputy (SBN 309523)
Kern County Administrative Center
1115 Truxtun Avenue, Fourth Floor
Bakersfield, CA 93301
Telephone 661-868-3800

Attorneys for Defendants County of Kern,
Donny Youngblood and Joshua Nicholson

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APOTHIO, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> KERN COUNTY; KERN COUNTY SHERIFF'S OFFICE; CALIFORNIA DEPARTMENT OF FISH AND WILDLIFE; DONNY YOUNGBLOOD; JOSHUA NICHOLSON; CHARLTON H. BONHAM; JOHN DOES #1 THROUGH #10, UNKNOWN AGENTS OF THE KERN COUNTY SHERIFF'S OFFICE; JOHN DOES #11 THROUGH #20, UNKNOWN AGENTS OF THE CALIFORNIA FISH AND WILDLIFE DEPARTMENT, <br><br> Defendants. | Case No.: 1:20-CV-00522-NONE-JLT <br><br> NOTICE OF JOINDER IN MOTION TO DISMISS THE COMPLAINT (ECF DOC 21) FILED BY DEFENDANT STATE OF CALIFORNIA, CALIFORNIA DEPARTMENT OF FISH AND WILDLIFE and CHARLTON H. BONHAM <br><br> Date: August 10, 2020 <br> Time: 8:30 a.m <br> Ctrm: 4 <br> Judge: NONE <br><br> Complaint filed: April 10, 2020 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD;

COME NOW Defendants County of Kern, on behalf of itself and its integral agency the Kern County Sheriff's Office, Sheriff Donny Youngblood and Sergeant Joshua Nicholson (hereinafter collectively "County defendants") and hereby provide **NOTICE OF JOINDER** in the Motion to Dismiss the Complaint and Strike Portions of the Complaint filed in this matter by California Department of Fish and Wildlife (ECF Doc. 21).

1

NOTICE OF JOINDER IN MOTION TO DISMISS THE COMPLAINT

In addition, County defendants respectfully request that any relief ordered by the Court relative to the California Department of Fish and Wildlife's Motion to Dismiss also be ordered in favor of County defendants.

Dated: July 28, 2020         MARGO A. RAISON, COUNTY COUNSEL

By:   /s/ Kathleen Rivera
Andrew C. Thomson, Chief Deputy
Kathleen Rivera, Deputy
Phillip T. Jenkins, Deputy
Attorneys for Defendants County
of Kern, Donny Youngblood and
Joshua Nicholson

#2511628