XAVIER BECERRA, State Bar No. 118517
Attorney General of California
BRUCE D. MCGAGIN, State Bar No. 170146
Supervising Deputy Attorney General
STACEY L. ROBERTS, State Bar No. 237998
Supervising Deputy Attorney General
ETHAN A. TURNER, State Bar No. 294891
KELLY T. SMITH, State Bar No. 196821
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-6465
 Fax: (916) 322-8288
 E-mail:  Kelly.Smith@doj.ca.gov
*Attorneys for Defendants, Department of Fish and Wildlife and Director Charlton H. Bonham*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CIVIL DIVISION

| | |
|---|---|
| **APOTHIO, LLC,**<br>　　　　　　　　　　　　　Plaintiff,<br>　　v.<br>**KERN COUNTY; KERN COUNTY SHERIFF'S OFFICE; CALIFORNIA DEPARTMENT OF FISH AND WILDLIFE; DONNY YOUNGBLOOD; JOSHUA NICHOLSON; CHARLTON H. BONHAM; JOHN DOES #1 THROUGH #10, UNKNOWN AGENTS OF THE KERN COUNTY SHERIFF'S OFFICE; JOHN DOES #11 THROUGH #20, UNKNOWN AGENTS OF THE CALIFORNIA FISH AND WILDLIFE DEPARTMENT,**<br>　　　　　　　　　　　　　Defendants. | Case No. 1:20-cv-00522-NONE-JLT<br><br>**STATE DEFENDANTS' JOINDER IN KERN COUNTY'S REPLY TO PLAINTIFF'S OPPOSITION TO REQUEST FOR JUDICIAL NOTICE**<br><br>Date:　　　　August 10, 2020<br>Time:　　　　8:30 a.m.<br>Dept:　　　　Courtroom 4<br>Judge:　　　NONE<br><br>Action Filed:　April 10, 2020 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendants California Department of Fish and Wildlife and Charlton H. Bonham hereby join defendant Kern County's reply to plaintiff's opposition to the County's request for judicial notice (ECF Doc. 20).

| | | |
|---|---|---|
| 1 | Dated: July 29, 2020 | Respectfully Submitted, |
| 2 | | XAVIER BECERRA<br>Attorney General of California |
| 3 | | BRUCE D. MCGAGIN<br>Supervising Deputy Attorney General |
| 4 | | |
| 5 | |   */s/ Kelly Smith*  |
| 6 | | KELLY T. SMITH<br>Deputy Attorney General |
| 7 | | *Attorneys for Defendants, Department of Fish and Wildlife and Director Charlton H. Bonham* |
| 8 | SA2020300599 | |
| 9 | 34277753.docx | |

# CERTIFICATE OF SERVICE

Case Name: **Apothio, LLC v. Kern County, et al.**  No. **1:20-cv-00522-NONE-JLT**

I hereby certify that on July 29, 2020, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STATE DEFENDANTS' JOINDER IN KERN COUNTY'S REPLY TO PLAINTIFF'S OPPOSITION TO REQUEST FOR JUDICIAL NOTICE**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on July 29, 2020, at Sacramento, California.

| Ngoc T. Huynh | */s/ Ngoc Huynh* |
|---|---|
| Declarant | Signature |

SA2020300599
34277781.docx