MARGO A. RAISON, COUNTY COUNSEL
By: Andrew C. Thomson, Chief Deputy (SBN 149057)
Kathleen Rivera, Deputy (SBN 211606)
Phillip T. Jenkins, Deputy (SBN 309523)
Kern County Administrative Center
1115 Truxtun Avenue, Fourth Floor
Bakersfield, CA 93301
Telephone 661-868-3800

Attorneys for Defendants County of Kern,
Donny Youngblood and Joshua Nicholson

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| APOTHIO, LLC, | Case No.: 1:20-CV-00522-NONE-JLT |
|---|---|
| Plaintiffs, | NOTICE OF JOINDER IN REPLY FILED BY DEFENDANT STATE OF CALIFORNIA, CALIFORNIA DEPARTMENT OF FISH AND WILDLIFE and CHARLTON H. BONHAM (ECF DOC 39) |
| v. | |
| KERN COUNTY; KERN COUNTY SHERIFF'S OFFICE; CALIFORNIA DEPARTMENT OF FISH AND WILDLIFE; DONNY YOUNGBLOOD; JOSHUA NICHOLSON; CHARLTON H. BONHAM; JOHN DOES #1 THROUGH #10, UNKNOWN AGENTS OF THE KERN COUNTY SHERIFF'S OFFICE; JOHN DOES #11 THROUGH #20, UNKNOWN AGENTS OF THE CALIFORNIA FISH AND WILDLIFE DEPARTMENT, | Date: August 10, 2020<br>Time: 8:30 a.m<br>Ctrm: 4<br>Judge: NONE<br><br>Complaint filed: April 10, 2020 |
| Defendants. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD;

    COME NOW Defendants County of Kern, on behalf of itself and its integral agency the Kern County Sheriff's Office, Sheriff Donny Youngblood and Sergeant Joshua Nicholson (hereinafter collectively "County defendants") and hereby provide **NOTICE OF JOINDER** in the Reply Brief filed by the California Dept. of Fish and Wildlife Defendants (ECF Doc. 39).

1

1  In addition, County defendants respectfully request that any relief ordered by the Court
2  relative to the California Department of Fish and Wildlife's Motion to Dismiss also be ordered
3  in favor of County defendants.

Dated: July 31, 2020                           MARGO A. RAISON, COUNTY COUNSEL

                                               By:   /s/ Kathleen Rivera
                                                  Andrew C. Thomson, Chief Deputy
                                                  Kathleen Rivera, Deputy
                                                  Phillip T. Jenkins, Deputy
                                                  Attorneys for Defendants County
                                                  of Kern, Donny Youngblood and
                                                  Joshua Nicholson

#2517356