Katherine Eskovitz
ROCHE CYRULNIK FREEDMAN LLP
1158 26th Street, No. 175
Santa Monica, CA 90403
keskovitz@rcfllp.com

Kyle Roche
Joseph M. Delich
Richard R. Cipolla
ROCHE CYRULNIK FREEDMAN LLP
99 Park Avenue, 19th Floor
New York, NY 10016
kyle@rcfllp.com
jdelich@rcfllp.com
rcipolla@rcfllp.com

Sean Eskovitz
ESKOVITZ LAW
1217 Wilshire Boulevard,
No. 3683
Santa Monica, CA 90402
seane@eskovitz.com

BRANT W. BISHOP, P.C.
2000 Pennsylvania Avenue, NW
Suite 7000
Washington, DC 20006
brant@bishop.us

*Counsel for Apothio LLC*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APOTHIO, LLC,<br><br>Plaintiff,<br><br>v.<br><br>KERN COUNTY; KERN COUNTY SHERIFF'S OFFICE; CALIFORNIA DEPARTMENT OF FISH AND WILDLIFE; DONNY YOUNGBLOOD; JOSHUA NICHOLSON; CHARLTON H. BONHAM; JOHN DOES #1 THROUGH #10, UNKNOWN AGENTS OF THE KERN COUNTY SHERIFF'S OFFICE; JOHN DOES #11 THROUGH #20, UNKNOWN AGENTS OF THE CALIFORNIA FISH AND WILDLIFE DEPARTMENT,<br><br>Defendants. | No. 1:20-CV-00522-NONE-JLT<br><br>**OPPOSITION TO NOTICES OF JOINDER BY DEFENDANTS KERN COUNTY, KERN COUNTY SHERIFF'S OFFICE, DONNY YOUNGBLOOD AND JOSHUA NICHOLSON (ECF NOS. 36, 42)** |

# INTRODUCTION

Two weeks after Apothio already responded to the thirty-three pages of Kern County's motion to dismiss and strike filings, the Kern County Defendants[1] filed a "Notice of Joinder," and sought to also join in the motion and arguments submitted by the Fish and Wildlife Defendants.[2] The Court should decline to grant this request as untimely and improper.

**I.  The Kern County Defendants' "Notice of Joinder" is Untimely.**

The Kern County Defendants' "Notice of Joinder" is untimely because it was filed six weeks after the deadline for motions to dismiss, and two weeks after the deadline for Apothio's responses to those motions.

| Timeline of Relevant Events | |
|---|---|
| June 12 | • The Kern Defendants filed a 15-page motion to dismiss, as well as an 18-page motion to strike, both notice for hearing on July 15. ECF Nos. [18], [19]. The F&W Defendants filed a separate joint motion to dismiss and strike. ECF No. 21. |
| June 12–July 12 | • One-month period when Kern Defendants could have notified Apothio of any intent to join in the F&W's motion but said nothing. |
| July 13 | • Apothio timely filed responses to the Kern Defendants' motions to dismiss and strike. ECF Nos. [32], [34]. Apothio filed separate responses to the F&W's motions. ECF Nos. 32, 34, 35. |
| July 28 | • The day before reply briefs were due, the Kern Defendants filed a "Notice of Joinder" that sought to join F&W's June 12 motion and retroactively incorporate its arguments. ECF No. 36. |

Because the Kern Defendants seek to join in a second motion to dismiss after

---

[1] Kern County, Kern County Sheriff's Office, Donny Youngblood, and Joshua Nicholson.

[2] Defendants California Department of Fish and Wildlife and Charlton H. Bonham.

oppositions were due, it is untimely. *See, e.g.*, *See Pension Tr. Fund for Operating Engineers Local 3 v. McMorgan & Co.*, No. 06 Civ.S904, 2006 WL 2788340, at *3 (E.D. Cal. Sept. 26, 2006) (refusing to consider joinder in motion to dismiss where Defendant served its motion two days before deadline for opposition); *Florence v. Nangalama*, No. 11 Civ. 3119, 2014 WL 3689362, at *1 (E.D. Cal. July 22, 2014), *report and recommendation adopted*, 2014 WL 4098150 (E.D. Cal. Aug. 18, 2014) (denying motion for joinder as untimely and not sufficiently explanatory for how arguments applied to movant).

## II.  The Kern Defendants' Notice Fails to Satisfy Joinder Requirements

The Kern Defendants' Notice of Joinder is also improper because it fails to satisfy basic joinder requirements. Joinder may be permitted if: (1) the parties are so similarly situated that filing an independent motion would be redundant; or (2) the party seeking joinder specifically points out which parts of the motion apply to the joining party, the joining party's basis for standing, and the factual similarities between the joining party and moving party that give rise to a similar claim or defense. *See Tatung Co., Ltd. v. Shu Tze Hsu*, 217 F. Supp. 3d 1138, 1151–52 (C.D. Cal. 2016).

Neither of these conditions is satisfied here. *First*, far from joining a motion to avoid the filing of "an independent motion [which] would be redundant," *id.* at 1151, the Kern Defendants have already filed thirty-three pages of briefing seeking to dismiss Plaintiff's complaint.

*Second*, the Kern Defendants' blanket joinder notice fails to identify the specific arguments it seeks to join and why those arguments apply to them. *Id.* at 1151–52; *see also Gottesman v. Santana*, No. 16 Civ. 2902, 2017 WL 2882214, at *4 (S.D. Cal. July 6, 2017) ("motions of joinder must at the very least point the Court to those specific

portions of the other motion to which the Defendants join").

The Kern Defendants' failure to meet this requirement is problematic, especially because they contradict the F&W Defendants on several important issues. For example, the Kern Defendants conceded that Apothio's research status as an Established Agricultural Research Institution is a fact question that should be deferred until summary judgment. ECF No. 18 at 5. The F&W Defendants, on the other hand, have explicitly contested Apothio's research status under California law. ECF No. 21-2 at 11–12. There are similarly difficult issues that arise if material is unique to one motion. For instance, the Kern Defendants' never mentioned Counts 8–10, but the F&W Defendants' made at least one passing reference. (ECF No. 21-2 at 4).

Apothio therefore respectfully requests that the Court deny the Kern Defendants' attempt to join in the F&W Defendants' motion to dismiss (ECF No. 36).[3]

Dated: August 7, 2020

*/s/ Katherine Eskovitz*
ROCHE CYRULNIK
 FREEDMAN LLP
Katherine Eskovitz
1158 26th Street, No. 175
Santa Monica, CA 90403
keskovitz@rcfllp.com
(646) 791-6883

Kyle W. Roche (*pro hac vice*)
Joseph M. Delich (*pro hac vice*)
Richard R. Cipolla (*pro hac vice*)
99 Park Avenue, 19th Floor
New York, NY 10016

---

[3] For the same reasons as set forth above, Apothio also respectfully requests that the Court deny Kern Defendants' Notice of Joinder in the F&W Defendants' Reply in Support of Motion to Dismiss. (ECF No. 42).

kyle@rcfllp.com
jdelich@rcfllp.com
rcipolla@rcfllp.com

*/s/ Sean Eskovitz*
ESKOVITZ LAW LLP
Sean Eskovitz
1217 Wilshire Boulevard, No. 3683
Santa Monica, CA 90402
seane@eskovitz.com

*/s/ Brant W. Bishop, P.C.*
BRANT W. BISHOP, P.C. (*pro hac vice*)
Brant W. Bishop
2000 Pennsylvania Avenue, NW
Suite 7000
Washington, DC 20006
brant@bishop.us

*Counsel for Apothio LLC*