MARGO A. RAISON, COUNTY COUNSEL
By: Andrew C. Thomson, Chief Deputy (SBN 149057)
Kathleen Rivera, Deputy (SBN 211606)
Phillip T. Jenkins, Deputy (SBN 309523)
Kern County Administrative Center
1115 Truxtun Avenue, Fourth Floor
Bakersfield, CA 93301
Telephone 661-868-3800

Attorneys for Defendants County of Kern,
Donny Youngblood and Joshua Nicholson

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APOTHIO, LLC, | Case No.: 1:20-cv-00522-NONE-JLT |
| Plaintiff, | DEFENDANT COUNTY'S OPPOSITION TO APOTHIO LLC'S MOTION FOR LEAVE TO FILE AND NOTICE OF SUPPLEMENTAL AUTHORITY (DOC 44) |
| v. | |
| KERN COUNTY; KERN COUNTY SHERIFF'S OFFICE; CALIFORNIA DEPARTMENT OF FISH AND WILDLIFE; DONNY YOUNGBLOOD; JOSHUA NICHOLSON; CHARLTON H. BONHAM; JOHN DOES #1 THROUGH #10, UNKNOWN AGENTS OF THE KERN COUNTY SHERIFF'S OFFICE; JOHN DOES #11 THROUGH #20, UNKNOWN AGENTS OF THE CALIFORNIA FISH AND WILDLIFE DEPARTMENT | |
| Defendants. | |

TO PLAINTIFF AND ATTORNEYS OF RECORD;

   **COME NOW** Defendants County of Kern, on behalf of itself and its integral agency the Kern County Sheriff's Office (hereafter jointly "County"), Kern County Sheriff Donny Youngblood (hereinafter "Youngblood") and Sergeant Joshua Nicholson (hereafter Nicholson")(hereinafter collectively "County Defendants") and Reply to Plaintiff Apothio LLC's Motion for Leave to File and Notice of Supplemental Authority.

1

I.

**ARGUMENT**

Apothio, LLC (hereinafter "Apothio") requests that the court grant leave to supplement its Opposition to Kern County's Motion to Dismiss. Plaintiff contends that "new" law has emerged that is relevant to the determination of the pending motion. However, the new authority cited by Apothio is unpersuasive and irrelevant to the underlying factual and legal questions at issue in the matter pending before the court. Further, Apothio's attempt to supplement its opposition is improper. Apothio's attempt to offer "new" law is improper as it is not provided for in either Federal Rules of Civil Procedure or the local rules. Even if Apothio's submission complied with the requisite rules, the supplemental authority does not provide any insight to the issues presently before the court.

The "new" law cited by Apothio, *Granny Purps Inc. v. County of Santa Cruz,* No. H045387, 2020 WL 4504904 (Cal. Ct. App. Aug 5, 2020.) (hereinafter "Granny Purps"), involves the seizure of medical marijuana plants pursuant to a Santa Cruz County land use ordinance. That decision explores the status of medical marijuana as contraband under California law. The decision is silent on the substance's status under federal law. Despite this deficiency, Apothio contends that the "new" law provides direct contradiction to Kern Defendants' argument that marijuana is not "contraband per se."  As noted in our motion, this could not be further from the truth. (MTD 3:18-27, 4.)

Apothio's attempt to extend the reasoning in Granny Purps, regarding state law regarding medical marijuana, to the application of federal law defining marijuana as a controlled substance is improper. Further, the case is silent on the issue of an established research institute or "EARI", a status Apothio has self proclaimed in its complaint. A status which, even if correct, still would not afford Apothio protection under federal law. As a result, the reasoning of Granny Purps is of no value in determining the legal application of state or federal law regulating marijuana and/or hemp.

///

///

## II.

## CONCLUSION

For the reasons stated in this Opposition the court should deny this motion as it is not relevant and does not provide any insight to the issues raised here. Should the court find this matter is relevant, the Kern County Defendants request leave to file supplemental argument.

Dated:  July 29, 2020                    MARGO A. RAISON, COUNTY COUNSEL

By:   /s/ Kathleen S. Rivera
    Andrew C. Thomson, Chief Deputy
    Kathleen Rivera, Deputy
    Phillip T. Jenkins, Deputy
    Attorneys for Defendants
    County of Kern,
    Donny Youngblood and
    Joshua Nicholson

2530724