Katherine Eskovitz
ROCHE CYRULNIK FREEDMAN LLP
1158 26th Street, No. 175
Santa Monica, CA 90403
keskovitz@rcfllp.com

Kyle Roche
Joseph M. Delich
Richard R. Cipolla
ROCHE CYRULNIK FREEDMAN LLP
99 Park Avenue, 19th Floor
New York, NY 10016
kyle@rcfllp.com
jdelich@rcfllp.com
rcipolla@rcfllp.com

Sean Eskovitz
ESKOVITZ LAW
1217 Wilshire Boulevard,
No. 3683
Santa Monica, CA 90402
seane@eskovitz.com

Brant W. Bishop
BRANT W. BISHOP, P.C.
2000 Pennsylvania Avenue, NW
Suite 7000
Washington, DC 20006
brant@bishop.us

*Counsel for Apothio LLC*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APOTHIO, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>KERN COUNTY; KERN COUNTY SHERIFF'S OFFICE; CALIFORNIA DEPARTMENT OF FISH AND WILDLIFE; DONNY YOUNGBLOOD; JOSHUA NICHOLSON; CHARLTON H. BONHAM; JOHN DOES #1 THROUGH #10, UNKNOWN AGENTS OF THE KERN COUNTY SHERIFF'S OFFICE; JOHN DOES #11 THROUGH #20, UNKNOWN AGENTS OF THE CALIFORNIA FISH AND WILDLIFE DEPARTMENT,<br><br>    Defendants. | No. 1:20-CV-00522-NONE-JLT<br><br>**APOTHIO'S NOTICE OF MOTION TO SET A DEADLINE FOR INITIAL DISCLOSURES**<br><br>Date: October 7, 2020<br>Time: 8:30 AM<br>Dept: Courtroom 4<br>Judge: THURSTON |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on October 7, 2020, or as soon as the matter may be heard before the United States District Court of the Eastern District of California, located at Courtroom 4 on the Seventh Floor at 2500 Tulare Street in Fresno, California, Plaintiff, in accordance with Civil Local Rule 251, hereby moves to set a deadline for initial disclosures of no later than October 7, 2020.

**MEET AND CONFER CERTIFICATION**

The undersigned counsel certifies that between August 18 and September 15, she and her co-counsel held a telephone conference and exchanged several follow up emails with counsel for Defendants concerning the grounds for Apothio's motion to set a deadline for initial disclosures. Meet and confer efforts have been exhausted without resolving the dispute.

Dated: September 16, 2020

/s/ Katherine Eskovitz
ROCHE CYRULNIK FREEDMAN LLP
Katherine Eskovitz
1158 26th Street, No. 175
Santa Monica, CA 90403
keskovitz@rcfllp.com
(646) 791-6883

Kyle W. Roche
Joseph M. Delich
Richard R. Cipolla
99 Park Avenue, 19th Floor
New York, NY 10016
kyle@rcfllp.com
jdelich@rcfllp.com
rcipolla@rcfllp.com

/s/ Sean Eskovitz
ESKOVITZ LAW
Sean Eskovitz
1217 Wilshire Boulevard, No. 3683
Santa Monica, CA 90402
seane@eskovitz.com

1

2

3

4

5

                                <u>*/s/ Brant W. Bishop*</u>
                                BRANT W. BISHOP, P.C.
                                Brant W. Bishop
                                2000 Pennsylvania Avenue, NW
                                Suite 7000
                                Washington, DC 20006
                                brant@bishop.us

                                *Counsel for Apothio LLC*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

**APOTHIO'S NOTICE MOTION TO SET A DEADLINE FOR INITIAL DISCLOSURES
CASE NO. 1:20-CV-00522-NONE-JLT**