Katherine Eskovitz
ROCHE CYRULNIK FREEDMAN LLP
1158 26th Street, No. 175
Santa Monica, CA 90403
keskovitz@rcfllp.com

Kyle Roche
Joseph M. Delich
Richard R. Cipolla
ROCHE CYRULNIK FREEDMAN LLP
99 Park Avenue, 19th Floor
New York, NY 10016
kyle@rcfllp.com
jdelich@rcfllp.com
rcipolla@rcfllp.com

Sean Eskovitz
ESKOVITZ LAW
1217 Wilshire Boulevard,
No. 3683
Santa Monica, CA 90402
seane@eskovitz.com

Brant W. Bishop
BRANT W. BISHOP, P.C.
2000 Pennsylvania Avenue, NW
Suite 7000
Washington, DC 20006
brant@bishop.us

*Counsel for Apothio LLC*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APOTHIO, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>KERN COUNTY; KERN COUNTY SHERIFF'S OFFICE; CALIFORNIA DEPARTMENT OF FISH AND WILDLIFE; DONNY YOUNGBLOOD; JOSHUA NICHOLSON; CHARLTON H. BONHAM; JOHN DOES #1 THROUGH #10, UNKNOWN AGENTS OF THE KERN COUNTY SHERIFF'S OFFICE; JOHN DOES #11 THROUGH #20, UNKNOWN AGENTS OF THE CALIFORNIA FISH AND WILDLIFE DEPARTMENT,<br><br>    Defendants. | No. 1:20-CV-00522-NONE-JLT<br><br>**DECLARATION OF KATHERINE ESKOVITZ IN SUPPORT OF MOTION TO SET DEADLINE FOR INITIAL DISCLOSURES**<br><br>Date: October 7, 2020<br>Time: 8:30 AM<br>Dept: Courtroom 4<br>Judge: THURSTON |

## DECLARATION OF KATHERINE ESKOVITZ

I, Katherine Eskovitz, declare:

1.      I am attorney admitted to practice before this Court and counsel of record for Apothio, LLC in this matter. The matters stated in this declaration are true of my own personal knowledge except as matters stated as to information and belief.

2.      On August 18, I participated in the parties' telephonic Rule 26(f) conference. During the Rule 26(f) conference, the parties agreed to exchange drafts of their positions for the joint report by September 1, and to speak again on September 3 to finalize the report. During the Rule 26(f) conference, Mr. Eskovitz asked if we needed to schedule another call before the Rule 26(f) conference deadline, and counsel for Defendants responded that this call was our Rule 26(f) conference and no additional call was needed before the deadline. Based on this representation, we agreed to proceed by exchanging drafts of the joint report with a final call on September 3 before the report was due. This agreement was reflected in emails exchanged by the parties. *See* Exhibit A, at 7.

3.      On August 27, counsel for the Fish and Wildlife Defendants[1] proposed rescheduling the September 3 call for the first week of November given the Court's continuance of the scheduling conference. *Id.* at 6. I responded the next day, agreed to reschedule the call, but requested confirmation that discovery had commenced and that initial disclosures would be exchanged. *Id.* at 5.

4.      The Kern Defendants[2] responded that they would "be following the direction of the court, which indicates a scheduling conference of December 7, 2020, after which time we will make our initial disclosure, pursuant to the order of the court." *Id.*

5.      Between September 11 and September 15, the parties continued to meet and

---

[1] Charlton H. Bonham and California Department of Fish and Wildlife.

[2] Kern County, Kern County Sheriff's Office, Donny Youngblood, and Joshua Nicholson.

confer, but remained at an impasse over whether the continuance required the parties to defer exchanging disclosures until the next scheduling conference. Exhibit B, at 12 (additional meet and confer correspondence); *see also* Exhibit A, at 1–4.

Dated: September 16, 2020

                                       */s/Katherine Eskovitz*
                                       Katherine Eskovitz
                                       ROCHE CYRULNIK FREEDMAN LLP
                                       1158 26th Street, No. 175
                                       Santa Monica, CA 90403
                                       keskovitz@rcfllp.com

                                       *Counsel for Apothio LLC*

**Subject:** Re: Apothio, LLC v. DFW et al.; Rule 26(f) Conference
**Date:** Friday, August 28, 2020 at 3:27:26 PM Eastern Daylight Time
**From:** Kathleen Rivera
**To:** Katherine Eskovitz, Kelly Smith
**CC:** Richard Cipolla, Phillip T. Jenkins, Harinder Kapur, Bruce McGagin, Stacey L. Roberts, Ethan Turner, Sean Eskovitz, RCF Apothio, Andrew C. Thomson

Counsel, in response to your e mail, as far as the Kern County defendants, we will be following the direction of the court, which indicates a scheduling conference of December 7, 2020, after which time we will make our initial disclosure, pursuant to the order of the court.


Kathleen Rivera, Deputy County Counsel
1115 Truxtun Avenue, Fourth Floor
Bakersfield, CA 93301
Direct Line: (661) 868-3820
krivera@kerncounty.com

---

**From:** Katherine Eskovitz <keskovitz@rcfllp.com>
**Sent:** Friday, August 28, 2020 8:01 AM
**To:** Kelly Smith <Kelly.Smith@doj.ca.gov>
**Cc:** Richard Cipolla <rcipolla@rcfllp.com>; Kathleen Rivera <krivera@kerncounty.com>; Phillip T. Jenkins <pjenkins@kerncounty.com>; Harinder Kapur <Harinder.Kapur@doj.ca.gov>; Bruce McGagin <Bruce.McGagin@doj.ca.gov>; Stacey L. Roberts <Stacey.Roberts@doj.ca.gov>; Ethan Turner <Ethan.Turner@doj.ca.gov>; Sean Eskovitz <seane@eskovitz.com>; RCF Apothio <RCF_Apothio@rcfllp.com>
**Subject:** Re: Apothio, LLC v. DFW et al.; Rule 26(f) Conference

> **CAUTION:** This email originated from outside of the organization. Do not click links, open attachments, or provide information unless you recognize the sender and know the content is safe.

We will take our previously scheduled call off the calendar. In the meantime, please advise if defendants will agree to (1) commence discovery and/or (2) jointly request a scheduling conference at the Court's earliest convenience. Can you also please let us know that a hold notice has gone out? Thank you.

**Katherine Eskovitz**
Roche Cyrulnik Freedman LLP
1158 26th Street, Suite 175
Santa Monica, CA 90403
(t) (646) 791-6883
(@) keskovitz@rcfllp.com


> On Aug 27, 2020, at 3:29 PM, Kelly Smith <Kelly.Smith@doj.ca.gov> wrote:
>
> Counsel: In light of the court's continuance of the scheduling conference to December 7, we propose a further meet and confer on the joint statement during the first week of November.

Declaration of Katherine Eskovitz Exhibit A–Page 1

We can discuss our exchange of proposed statement language at that time.

Kelly T. Smith, Deputy Attorney General
Office of the Attorney General
1300 I Street, 12th Floor
Sacramento, CA  95814
(916) 210-6465
Kelly.Smith@doj.ca.gov

**From:** Kelly Smith
**Sent:** Thursday, August 27, 2020 9:39 AM
**To:** 'Richard Cipolla' <rcipolla@rcfllp.com>; Katherine Eskovitz <keskovitz@rcfllp.com>; Kathleen Rivera <krivera@kerncounty.com>
**Cc:** Phillip T. Jenkins <pjenkins@kerncounty.com>; Harinder Kapur <Harinder.Kapur@Doj.Ca.Gov>; Bruce McGagin <Bruce.McGagin@doj.ca.gov>; Stacey L. Roberts <Stacey.Roberts@doj.ca.gov>; Ethan Turner <Ethan.Turner@doj.ca.gov>
**Subject:** RE: Apothio, LLC v. DFW et al.; Rule 26(f) Conference

Counsel: The times proposed for Sept. 1 exchange and the Sept. 3 conference are acceptable. The other matters will be addressed in the proposed joint statement.

Kelly T. Smith, Deputy Attorney General
Office of the Attorney General
1300 I Street, 12th Floor
Sacramento, CA  95814
(916) 210-6465
Kelly.Smith@doj.ca.gov

**From:** Richard Cipolla <rcipolla@rcfllp.com>
**Sent:** Wednesday, August 26, 2020 9:00 PM
**To:** Ethan Turner <Ethan.Turner@doj.ca.gov>; Katherine Eskovitz <keskovitz@rcfllp.com>; Kathleen Rivera <krivera@kerncounty.com>; Harinder Kapur <Harinder.Kapur@Doj.Ca.Gov>
**Cc:** Kelly Smith <Kelly.Smith@doj.ca.gov>; Phillip T. Jenkins <pjenkins@kerncounty.com>; RCF Apothio <RCF_Apothio@rcfllp.com>
**Subject:** RE: Apothio, LLC v. DFW et al.; Rule 26(f) Conference

Counsel,

We wanted to check in on the items below so we are all on the same page for next steps.

Best,
Richard

**Richard Cipolla**
Associate
Roche Cyrulnik Freedman LLP
99 Park Avenue, 19th Floor
New York, NY 10016
(t)  (646) 791-6881
(m) (617) 755-3612
(@) rcipolla@rcfllp.com

**From:** Richard Cipolla

**Sent:** Monday, August 24, 2020 10:48 PM
**To:** Ethan Turner <Ethan.Turner@doj.ca.gov>; Katherine Eskovitz <keskovitz@rcfllp.com>; Kathleen Rivera <krivera@kerncounty.com>; Harinder Kapur <Harinder.Kapur@Doj.Ca.Gov>
**Cc:** Kelly Smith <Kelly.Smith@doj.ca.gov>; Phillip T. Jenkins <pjenkins@kerncounty.com>; RCF Apothio <RCF_Apothio@rcfllp.com>
**Subject:** RE: Apothio, LLC v. DFW et al.; Rule 26(f) Conference

Counsel,

We wanted to reach out to confirm that the format of our skeleton document was acceptable. Please let us know if you have any comments or concerns.

In addition, following up on our agreement to exchange drafts by September 1st, we wanted to propose that we do so by 3pm PST. That should give both sides time to review the drafts ahead of our call on September 3rd. Similarly, we wanted to propose a time for our call on the 3rd. Our preference would be for earlier in the day in order to give us as much time as possible to work through any issues that arise. Is 10am PST acceptable to everyone? If so we can circulate a dial in.

Finally, there was some uncertainty regarding whether litigation hold notices went out on CDFW's side. When you have a moment, please confirm when those notices went out. We note that one of the items on the joint status report is to confer about the recovery for deleted information, which may become more relevant if hold notices did not go out in a timely fashion.

Best,
**Richard Cipolla**
Associate
Roche Cyrulnik Freedman LLP
99 Park Avenue, 19th Floor
New York, NY 10016
(t) (646) 791-6881
(m) (617) 755-3612
(@) rcipolla@rcfllp.com

**From:** Richard Cipolla
**Sent:** Wednesday, August 19, 2020 1:59 PM
**To:** 'Ethan Turner' <Ethan.Turner@doj.ca.gov>; Katherine Eskovitz <keskovitz@rcfllp.com>; Kathleen Rivera <krivera@kerncounty.com>; Harinder Kapur <Harinder.Kapur@Doj.Ca.Gov>
**Cc:** Kelly Smith <Kelly.Smith@doj.ca.gov>; Phillip T. Jenkins <pjenkins@kerncounty.com>; RCF Apothio <RCF_Apothio@rcfllp.com>
**Subject:** RE: Apothio, LLC v. DFW et al.; Rule 26(f) Conference

Counsel,

Attached is a proposed skeleton document for the Joint Scheduling Report.

Please let us know if you have any questions about the format.

Best,
**Richard Cipolla**
Associate

Roche Cyrulnik Freedman LLP
99 Park Avenue, 19th Floor
New York, NY 10016
(t)  (646) 791-6881
(m) (617) 755-3612
(@) rcipolla@rcfllp.com

---

**From:** Ethan Turner <Ethan.Turner@doj.ca.gov>
**Sent:** Monday, August 17, 2020 4:14 PM
**To:** Katherine Eskovitz <keskovitz@rcfllp.com>; Kathleen Rivera <krivera@kerncounty.com>; Harinder Kapur <Harinder.Kapur@Doj.Ca.Gov>
**Cc:** Kelly Smith <Kelly.Smith@doj.ca.gov>; Phillip T. Jenkins <pjenkins@kerncounty.com>; RCF Apothio <RCF_Apothio@rcfllp.com>
**Subject:** RE: Apothio, LLC v. DFW et al.; Rule 26(f) Conference

Katherine,

I'm out starting tomorrow for a couple of weeks. Would you please include my supervisor Harinder Kapur on correspondence regarding this meeting?  Her email is Harinder.Kapur@Doj.Ca.Gov

Thanks.

---

**From:** Katherine Eskovitz <keskovitz@rcfllp.com>
**Sent:** Monday, August 17, 2020 1:05 PM
**To:** Kathleen Rivera <krivera@kerncounty.com>
**Cc:** Kelly Smith <Kelly.Smith@doj.ca.gov>; Ethan Turner <Ethan.Turner@doj.ca.gov>; Phillip T. Jenkins <pjenkins@kerncounty.com>; RCF Apothio <RCF_Apothio@rcfllp.com>
**Subject:** Re: Apothio, LLC v. DFW et al.; Rule 26(f) Conference

We will circulate a worksheet tomorrow morning, and a draft joint report after we discuss more detail on the call.

> On Aug 17, 2020, at 11:57 AM, Kathleen Rivera <krivera@kerncounty.com> wrote:
>
> Counsel are you going to be preparing a proposed joint scheduling report to use at tomorrow's phone conference?
>
> Kathleen Rivera, Deputy County Counsel
> 1115 Truxtun Avenue, Fourth Floor
> Bakersfield, CA 93301
> Direct Line: (661) 868-3820
> krivera@kerncounty.com
>
> ---
>
> **From:** Katherine Eskovitz <keskovitz@rcfllp.com>

**Sent:** Friday, August 14, 2020 8:39 AM
**To:** Kelly Smith <Kelly.Smith@doj.ca.gov>; Ethan Turner <Ethan.Turner@doj.ca.gov>; Phillip T. Jenkins <pjenkins@kerncounty.com>; Kathleen Rivera <krivera@kerncounty.com>
**Cc:** RCF Apothio <RCF_Apothio@rcfllp.com>
**Subject:** Re: Apothio, LLC v. DFW et al.; Rule 26(f) Conference

> **CAUTION:** This email originated from outside of the organization. Do not click links, open attachments, or provide information unless you recognize the sender and know the content is safe.

As we are approaching our deadline for the Rule 26(f) conference, and we will need to prepare our joint scheduling report, we should schedule a conference for next week. We could circulate a dial-in for 9:00 am PST on Tuesday, August 18, or please suggest some additional times if that does not work for the group.

Thank you,

**Katherine Eskovitz**
Roche Cyrulnik Freedman LLP
1158 26th Street, Suite 175
Santa Monica, CA 90403
(t) (646) 791-6883
(@) keskovitz@rcfllp.com

PRIVILEGED & CONFIDENTIAL
ATTORNEY-CLIENT PRIVILEGE
ATTORNEY WORK PRODUCT

Begin forwarded message:

**From:** Kelly Smith <Kelly.Smith@doj.ca.gov>
**Subject: FW: Meet & Confer times**
**Date:** September 15, 2020 at 11:43:38 AM PDT
**To:** Katherine Eskovitz <keskovitz@rcfllp.com>
**Cc:** Kathleen Rivera <krivera@kerncounty.com>, Harinder Kapur <Harinder.Kapur@Doj.Ca.Gov>, "Stacey L. Roberts" <Stacey.Roberts@doj.ca.gov>, Bruce McGagin <Bruce.McGagin@doj.ca.gov>, Pamela Holmes <Pamela.Holmes@doj.ca.gov>, "Phillip T. Jenkins" <pjenkins@kerncounty.com>, Ethan Turner <Ethan.Turner@doj.ca.gov>

Counsel: The State Defendants concur with the County.

Kelly T. Smith, Deputy Attorney General
Office of the Attorney General
1300 I Street, 12th Floor
Sacramento, CA  95814
(916) 210-6465
Kelly.Smith@doj.ca.gov

**From:** Kathleen Rivera <krivera@kerncounty.com>
**Sent:** Tuesday, September 15, 2020 11:38 AM
**To:** Richard Cipolla <rcipolla@rcfllp.com>; Katherine Eskovitz <keskovitz@rcfllp.com>

**Cc:** Kelly Smith <Kelly.Smith@doj.ca.gov>; Harinder Kapur <Harinder.Kapur@Doj.Ca.Gov>; Bruce McGagin <Bruce.McGagin@doj.ca.gov>; Stacey L. Roberts <Stacey.Roberts@doj.ca.gov>; Ethan Turner <Ethan.Turner@doj.ca.gov>; Phillip T. Jenkins <pjenkins@kerncounty.com>; RCF Apothio <RCF_Apothio@rcfllp.com>; Sean Eskovitz <seane@eskovitz.com>; Kristen L. Foster <kfoster@kerncounty.com>
**Subject:** Re: Meet & Confer times

Counsel:  I was under the impression that a meet and confer process *by phone* was required prior to filing a discovery motion.  However, I just looked at our standing order in this case (Doc. 2-2), regarding meeting and conferring prior to filing a motion, and it does not  state the necessity of a phone conference.  I believe all sides have thoroughly set forth our positions on this issue of when initial disclosures are due in our e mails over the last several days.  Therefore, I don't believe a phone conference is necessary, and I apologize for creating more work in suggesting that a phone conference was in order.  From the County's standpoint, the meet and confer process on this issue has been exhausted.
Thank you--


Kathleen Rivera, Deputy County Counsel
1115 Truxtun Avenue, Fourth Floor
Bakersfield, CA 93301
Direct Line: (661) 868-3820
krivera@kerncounty.com