UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APOTHIO, LLC, | No. 1:20-CV-00522-NONE-JLT |
| Plaintiff, | |
| v. | [Proposed] Order |
| KERN COUNTY; KERN COUNTY SHERIFF'S OFFICE; CALIFORNIA DEPARTMENT OF FISH AND WILDLIFE; DONNY YOUNGBLOOD; JOSHUA NICHOLSON; CHARLTON H. BONHAM; JOHN DOES #1 THROUGH #10, UNKNOWN AGENTS OF THE KERN COUNTY SHERIFF'S OFFICE; JOHN DOES #11 THROUGH #20, UNKNOWN AGENTS OF THE CALIFORNIA FISH AND WILDLIFE DEPARTMENT, | |
| Defendants. | |

**[PROPOSED] ORDER**

The court, having considered the Apothio's motion to set a deadline for initial disclosures, hereby ORDERS that the parties shall exchange initial disclosures on or before October 7, 2020.

Dated:_____

_____      _____.\_\_\_\_
                                                                                                     United States Magistrate Judge