1   XAVIER BECERRA, State Bar No. 118517
Attorney General of California
2   BRUCE D. MCGAGIN, State Bar No. 170146
Supervising Deputy Attorney General
3   STACEY L. ROBERTS, State Bar No. 237998
Supervising Deputy Attorney General
4   ETHAN A. TURNER, State Bar No. 294891
KELLY T. SMITH, State Bar No. 196821
5   Deputy Attorneys General
  1300 I Street, Suite 125
6   P.O. Box 944255
  Sacramento, CA 94244-2550
7   Telephone: (916) 210-6465
  Fax: (916) 322-8288
8   E-mail:  Kelly.Smith@doj.ca.gov
*Attorneys for Defendants, Department of Fish and*
9   *Wildlife and Director Charlton H. Bonham*

10

11              IN THE UNITED STATES DISTRICT COURT

12            FOR THE EASTERN DISTRICT OF CALIFORNIA

13                       CIVIL DIVISION

14

15   **APOTHIO, LLC,**                          Case No. 1:20-cv-00522-NONE-JLT

16                            Plaintiff,

17        v.                                     **DECLARATION OF KELLY T. SMITH
                                                 IN SUPPORT OF STATE DEFENDANTS'
18                                               OPPOSITION TO MOTION TO SET A
                                                 DEADLINE ON INITIAL DISCLOSURES**
19   **KERN COUNTY; KERN COUNTY
     SHERIFF'S OFFICE; CALIFORNIA**
20   **DEPARTMENT OF FISH AND**                   Date:        October 7, 2020
     **WILDLIFE; DONNY YOUNGBLOOD;**              Time:        8:30 a.m.
21   **JOSHUA NICHOLSON; CHARLTON H.**            Dept:        Courtroom 4
     **BONHAM; JOHN DOES #1 THROUGH**             Judge:       Hon. Jennifer L. Thurston
22   **#10, UNKNOWN AGENTS OF THE KERN
     COUNTY SHERIFF'S OFFICE; JOHN**
23   **DOES #11 THROUGH #20, UNKNOWN
     AGENTS OF THE CALIFORNIA FISH**
24   **AND WILDLIFE DEPARTMENT,**                 Trial Date:   TBD
                                                 Action Filed: April 10, 2020
25                            Defendants.

26

27

28
                                      1

1

**DECLARATION**

2

I, KELLY T. SMITH, declare:

3

1.      I am an attorney licensed to practice in California before state and federal courts. I

4

am one of the attorneys for California Department of Fish and Wildlife and Charlton H. Bonham

5

(State Defendants) in the above matter. The declarations herein are true and based upon my

6

personal knowledge, except for those stated upon information and belief, and as to those matters I

7

believe them to be true. If called to testify, I could and would competently so testify.

8

2.      Counsel for the State Defendants participated on August 18, 2020 in a tele-

9

conference with counsel for all parties to discuss the preparation of a Joint Scheduling Report as

10

required in the court's standing order. ECF 2.

11

3.      At no time during the conference was it stated that the State Defendants refused to

12

provide a date for initial disclosures. Rather, the State Defendants' insisted the mandated Joint

13

Scheduling Report should reflect the State Defendants' position that any discovery deadlines

14

should be set far enough in the future to allow disposition of the motions to dismiss and motion to

15

strike that defendants had filed against the complaint, then, and now, awaiting decision.

16

4.      The State Defendants were also concerned that the vaguely alleged civil rights

17

allegations against unnamed "doe" law enforcement agents would expose agents with the right to

18

raise immunities to unnecessary and possibly improper discovery. State Defendants also believed

19

that enforcement records were under seal due to the ongoing criminal investigation of Apothio.

20

5.      Regarding the initial disclosures and any other discovery deadlines, Apothio's

21

attorneys were not amenable to any postponement due to the unsettled status of the complaint.

22

6.      The conference participants decided that the form of the Joint Scheduling Report

23

would be provided by Apothio to the other parties. Each party would draft their own versions of

24

the Report sections. The parties would exchange the draft language by September 1, and would

25

meet to confer further on September 3, to resolve disputes where possible. Apothio would then

26

prepare the Report for filing by September 8, a week before the September 15 Scheduling

27

Conference. This understanding is reflected in the email to the parties from Richard Cippola,

28

found in Exhibit A of the Declaration of Katherine Eskovitz in support of the motion.

Declaration of Smith in Support of Opposition to Motion to Set Initial Disclosure  (1:20-cv-00522-NONE-JLT)

1    7.    On August 28, 2020, the day after the court continued the September 15, 2020

2  Mandatory Scheduling Conference to December 7, 2020, Apothio emailed that defendants to

3  "advise" whether they would agree "to (1) commence discovery and/or (2) jointly request a

4  scheduling conference at the Court's earliest convenience." Eskovitz declaration, Exh. A.

5    8.    This request did not make sense because the court had just set a scheduling

6  conference for its earliest convenience, and because the court's Mandatory Scheduling

7  Conference order clearly laid out that discovery would commence according to the plan ordered

8  at that time. Apothio also knew the State Defendants' position at the Scheduling Conference

9  would be that discovery should be set with time for the court to decide the motions to dismiss and

10  motion to strike.

11    9.    State Defendants and Kern County therefore conveyed this position to Apothio's

12  counsel. Eskovitz declaration, Exh. A, emails of August 28, 2020. The same message was

13  conveyed two weeks later when Apothio emailed that it intended to file a motion for the court to

14  set the initial disclosure deadline.

15  I declare under penalty of perjury under the laws of the State of California that the

16  foregoing is true and correct. This declaration is made in Sacramento, California.

17  Dated:  September 30, 2020                    Respectfully Submitted,

18                                               XAVIER BECERRA
                                                 Attorney General of California
19                                               BRUCE D. MCGAGIN
                                                 Supervising Deputy Attorney General
20

21

22

23                                               KELLY T. SMITH
                                                 Deputy Attorney General
24                                               *Attorneys for Defendants*
                                                 *Department of Fish and Wildlife and*
25                                               *Director Charlton H. Bonham*

26  SA2020300599

27

28
                                          3

# CERTIFICATE OF SERVICE

Case Name:   **Apothio, LLC v. Kern County, et al.**          No.   **1:20-cv-00522-NONE-JLT**

I hereby certify that on <u>September 30, 2020</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DECLARATION OF KELLY T. SMITH**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>September 30, 2020</u>, at Sacramento, California.

Joseph M. Delich
ROCHE CYRULNIK FREEDMAN LLP
99 Park Avenue, 19th Floor
New York, NY 10016
Counsel for Plaintiff

Katherine Eskovitz
ROCHE CYRULNIK FREEDMAN LLP
1158 26th Street, No. 175
Santa Monica, CA 90403
Counsel for Plaintiff

S. Claiborne
Declarant

*Sharon Claiborne*
Signature

SA2020300599
Opposition POS 2.docx