**MARGO A. RAISON, KERN COUNTY COUNSEL**
**Andrew C. Thomson, Chief Deputy (SBN 149057)**
**Kathleen Rivera, Deputy (SBN 211606)**
**Phillip T. Jenkins, Deputy (SBN 309523)**
**Office of the County Counsel, County of Kern**
**1115 Truxtun Avenue, Fourth Floor**
**Bakersfield, CA 93301**
**Telephone: (661) 868-3800**
**Facsimile: (661) 868-3805**

**Attorneys for Defendants, County of Kern, Joshua Nicholson and Sheriff Donny Youngblood**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **APOTHIO, LLC** <br>                    **Plaintiff,** <br><br> **vs.** <br><br> **KERN COUNTY; KERN COUNTY SHERIFF'S OFFICE; CALIFORNIA DEPARTMENT OF FISH AND WILDLIFE; DONNY YOUNGBLOOD; JOSHUA NICHOLSON; CHARLTON H. BONHAM; JOHN DOES #1 THROUGH #10, UNKNOWN AGENTS OF THE KERN COUNTY SHERIFF'S OFFICE; JOHN DOES #11 THROUGH #20, UNKNOWN AGENTS OF THE CALIFORNIA FISH AND WILDLIFE DEPARTMENT,** <br>                    **Defendants.** | Case No. 1:20-cv-00522-NONE-JLT <br><br> **DECLARATION OF KATHLEEN S. RIVERA IN SUPPORT OF OPPOSITION TO MOTION TO SET A DEADLINE FOR INITIAL DISCLOSURES; EXHIBIT 1** <br><br><br> Date: October 7, 2020 <br> Time: 8:30 a.m. <br> Location: Bakersfield Courthouse <br> Judge: Hon. Jennifer L Thurston, Magistrate |

I, KATHLEEN RIVERA, declare:

1.      I am an attorney with the office of the Kern County Counsel, duly licensed to practice before all courts in the State of California and in the United States District Court for the Eastern District of California.

2.      I am one of the attorneys of record for the defendant County of Kern.

3.      The following facts are of my personal knowledge and if called as a witness, I could competently testify thereto.

///

1

1    4.    On August 19, 2020, Plaintiff attorney Richard Cipolla e-mailed stating he was

2 attaching a proposed skeleton document for the Joint Scheduling Report.  Attached as Exhibit 1 is a

3 true and correct copy of such e mail and the attachment thereto.

4    I declare under penalty of perjury under the laws of the State of California and the United

5 States of America that the foregoing is true and correct.

6

7 Executed this 30th day of September 2020, at Bakersfield, California.

8

9                                   By:    /s/ Kathleen Rivera
                                          Kathleen Rivera, Declarant
10                                         Attorney for Defendant County of Kern
   #2551239
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF KATHLEEN RIVERA IN SUPPORT OF OPPOSITION        1:20-cv-00522-NONE JLT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT   1**

*Apothio LLC v. County of Kern, et al.*

**USDC(e) Case No.: 1:20-cv-00522-NONE-JLT**

**EXHIBIT "1"**

## RE: Apothio, LLC v. DFW et al.; Rule 26(f) Conference

Richard Cipolla <rcipolla@rcfllp.com>

Wed 8/19/2020 10:59 AM

To: Ethan Turner <Ethan.Turner@doj.ca.gov>; Katherine Eskovitz <keskovitz@rcfllp.com>; Kathleen Rivera
<krivera@kerncounty.com>; Harinder Kapur <Harinder.Kapur@Doj.Ca.Gov>
Cc: Kelly Smith <Kelly.Smith@doj.ca.gov>; Phillip T. Jenkins <pjenkins@kerncounty.com>; RCF Apothio
<RCF_Apothio@rcfllp.com>

📎 1 attachments (40 KB)

8-19-20 Joint Status Report Skeleton.docx;

---

**CAUTION:** This email originated from outside of the organization. Do not click links, open attachments, or provide
information unless you recognize the sender and know the content is safe.

---

Counsel,

Attached is a proposed skeleton document for the Joint Scheduling Report.

Please let us know if you have any questions about the format.

Best,
**Richard Cipolla**
Associate
_____
Roche Cyrulnik Freedman LLP
99 Park Avenue, 19th Floor
New York, NY 10016
(t)  (646) 791-6881
(m) (617) 755-3612
(@) rcipolla@rcfllp.com

**From:** Ethan Turner <Ethan.Turner@doj.ca.gov>
**Sent:** Monday, August 17, 2020 4:14 PM
**To:** Katherine Eskovitz <keskovitz@rcfllp.com>; Kathleen Rivera <krivera@kerncounty.com>; Harinder Kapur
<Harinder.Kapur@Doj.Ca.Gov>
**Cc:** Kelly Smith <Kelly.Smith@doj.ca.gov>; Phillip T. Jenkins <pjenkins@kerncounty.com>; RCF Apothio
<RCF_Apothio@rcfllp.com>
**Subject:** RE: Apothio, LLC v. DFW et al.; Rule 26(f) Conference

Katherine,

I'm out starting tomorrow for a couple of weeks. Would you please include my supervisor Harinder Kapur on
correspondence regarding this meeting?  Her email is Harinder.Kapur@Doj.Ca.Gov

Thanks.

**From:** Katherine Eskovitz <keskovitz@rcfllp.com>
**Sent:** Monday, August 17, 2020 1:05 PM
**To:** Kathleen Rivera <krivera@kerncounty.com>
**Cc:** Kelly Smith <Kelly.Smith@doj.ca.gov>; Ethan Turner <Ethan.Turner@doj.ca.gov>; Phillip T. Jenkins

<pjenkins@kerncounty.com>; RCF Apothio <RCF_Apothio@rcfllp.com>

**Subject:** Re: Apothio, LLC v. DFW et al.; Rule 26(f) Conference

We will circulate a worksheet tomorrow morning, and a draft joint report after we discuss more detail on the call.

> On Aug 17, 2020, at 11:57 AM, Kathleen Rivera <krivera@kerncounty.com> wrote:

> Counsel are you going to be preparing a proposed joint scheduling report to use at tomorrow's phone conference?

> Kathleen Rivera, Deputy County Counsel
> 1115 Truxtun Avenue, Fourth Floor
> Bakersfield, CA 93301
> Direct Line: (661) 868-3820
> krivera@kerncounty.com

---

**From:** Katherine Eskovitz <keskovitz@rcfllp.com>
**Sent:** Friday, August 14, 2020 8:39 AM
**To:** Kelly Smith <Kelly.Smith@doj.ca.gov>; Ethan Turner <Ethan.Turner@doj.ca.gov>; Phillip T. Jenkins <pjenkins@kerncounty.com>; Kathleen Rivera <krivera@kerncounty.com>
**Cc:** RCF Apothio <RCF_Apothio@rcfllp.com>
**Subject:** Re: Apothio, LLC v. DFW et al.; Rule 26(f) Conference

> **CAUTION:** This email originated from outside of the organization. Do not click links, open attachments, or provide information unless you recognize the sender and know the content is safe.

As we are approaching our deadline for the Rule 26(f) conference, and we will need to prepare our joint scheduling report, we should schedule a conference for next week. We could circulate a dial-in for 9:00 am PST on Tuesday, August 18, or please suggest some additional times if that does not work for the group.

Thank you,

**Katherine Eskovitz**
Roche Cyrulnik Freedman LLP
1158 26th Street, Suite 175
Santa Monica, CA 90403
(t) (646) 791-6883
(@) keskovitz@rcfllp.com

PRIVILEGED & CONFIDENTIAL
ATTORNEY-CLIENT PRIVILEGE
ATTORNEY WORK PRODUCT

On Apr 28, 2020, at 10:20 AM, Katherine Eskovitz <keskovitz@rcfllp.com>
wrote:

Hello Kelly,

We are available at 2pm today to discuss your extension request. You can call
the below number.

Thank you,

**Katherine Eskovitz**
Roche Cyrulnik Freedman LLP
1158 26th Street, Suite 175
Santa Monica, CA 90403
(t) (646) 791-6883
(@) keskovitz@rcfllp.com

•

On Apr 28, 2020, at 9:17 AM, Kelly Smith
<Kelly.Smith@doj.ca.gov> wrote:

Ms. Eskovitz:

Ethan Turner and I are the assigned deputy attorneys general defending
the state Department of Fish and Wildlife (DFW) and its director, Charlton
H. Bonham, in the matter of *Apothio, LLC v. DFW et al.*, Case No. 1:20-cv-
00522, in the Eastern District of California (Bakersfield).

We would like to discuss with you a stipulation to extend time to respond
to the complaint. Are you available today, 4/28? We can call you.

We will also suggest that an amended complaint might be an alternative
to first responding. The fundamental defect is the complaint's failure to
specify the defendants, whether DFW or the County, the entities
themselves or their employees, in their official capacities or as
individuals. Vicarious liability under state Government Code 815.2 cannot

satisfy pleading of the section 1983 actions, for example. (*Barren v. Harrington* (9th Cir. 1998) 152 F.3d 1193, 1194.)

A similar lack-of-specificity bars the Bane Act causes of action. (*Sandoval v. County of Sonoma* (9th Cir. 2018) 912 F.3d 509, 520.)

Finally, the conclusion of Kern County's criminal investigation of your client may soon unseal information relevant to both claims and defenses.

We can discuss this further if you're available.

Thanks.

Kelly T. Smith
Deputy Attorney General
Office of the Attorney General
Torts and Condemnation Section
1300 I Street, 12th Floor
Sacramento, CA  95814
(916) 210-6465
(916) 607-1998
Kelly.Smith@doj.ca.gov

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

NOTICE: This e-mail message is for the sole use of the intended recipient(s) and may contain confidential and legally privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. To contact our e-mail administrator directly, send to cocohelpdesk@kerncounty.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**DRAFT**

Katherine Eskovitz (SBN 255105)
ROCHE CYRULNIK FREEDMAN LLP
1158 26th Street, No. 175
Santa Monica, CA 90403
keskovitz@rcfllp.com
(646) 791-6883

*Counsel for Apothio LLC*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APOTHIO, LLC,<br><br>    Plaintiff,<br><br>   v.<br><br>KERN COUNTY; KERN COUNTY SHERIFF'S OFFICE; CALIFORNIA DEPARTMENT OF FISH AND WILDLIFE; DONNY YOUNGBLOOD; JOSHUA NICHOLSON; CHARLTON H. BONHAM; JOHN DOES #1 THROUGH #10, UNKNOWN AGENTS OF THE KERN COUNTY SHERIFF'S OFFICE; JOHN DOES #11 THROUGH #20, UNKNOWN AGENTS OF THE CALIFORNIA FISH AND WILDLIFE DEPARTMENT,<br><br>    Defendants. | No. 1:20-CV-00522-NONE-JLT<br><br>**JOINT SCHEDULING REPORT**<br><br>Date: September 15, 2020<br>Time: 8:30 AM<br>Dept: Courtroom 4<br>Judge: NONE/THURSTON<br><br>**DRAFT** |

<u>**JOINT SCHEDULING REPORT**</u>

   COME NOW the parties to this action jointly, through their respective attorneys of record, and state as follows regarding the Joint Scheduling Report:

   **1.**  **Summary of the factual and legal contentions and relief sought**

     <u>Plaintiffs' Position</u>

     [Insert Plaintiff's Position Here]

1

**DRAFT**

Defendants'[1] Position

[Insert Defendants' Position Here]

2.   **Amendment of Pleadings**

Plaintiffs' Position

[Insert Plaintiff's Position Here]

Defendants' Position

[Insert Defendants' Position Here]

3.   **Summary of uncontested and contested facts**

Plaintiffs' Position

[Insert Plaintiff's Position Here]

Defendants' Position

[Insert Defendants' Position Here]

4.   **Summary of legal issues as to which there is no dispute.**

Plaintiffs' Position

[Insert Plaintiff's Position Here]

Defendants' Position

[Insert Defendants' Position Here]

5.   **Status of all matters presently set before the Court.**

Plaintiffs' Position

[Insert Plaintiff's Position Here]

Defendants' Position

---

[1] For the purposes of this Joint Scheduling Report, Defendants Kern County, Kern County Sheriff's Office, Donny Youngblood, Joshua Nicholson, California Department of Fish & Wildlife, and Charlton H. Bonham submit a single position on each of the respective items.

[Insert Defendants' Position Here]

6. **Discovery Plan**

    a. Exchange of Initial Disclosure Deadline

        <u>Plaintiffs' Position</u>

        [Insert Plaintiff's Position Here]

        <u>Defendants' Position</u>

        [Insert Defendants' Position Here]

    b. Non-Expert Discovery Deadline

        <u>Plaintiffs' Position</u>

        [Insert Plaintiff's Position Here]

        <u>Defendants' Position</u>

        [Insert Defendants' Position Here]

    c. Disclosure of Expert Witnesses Deadline

        <u>Plaintiffs' Position</u>

        [Insert Plaintiff's Position Here]

        <u>Defendants' Position</u>

        [Insert Defendants' Position Here]

    d. Expert Discovery Deadline

        <u>Plaintiffs' Position</u>

        [Insert Plaintiff's Position Here]

        <u>Defendants' Position</u>

        [Insert Defendants' Position Here]

3

**DRAFT**

e.  Proposed Changes to Limits of Discovery Imposed by FRCP 26(b); 30(a)(2)(A), (B), or (C), 30(d); or 33(a).

> Plaintiffs' Position
>
> [Insert Plaintiff's Position Here]
>
> Defendants' Position
>
> [Insert Defendants' Position Here]

f.  Expected need for a protective order

> Plaintiffs' Position
>
> [Insert Plaintiff's Position Here]
>
> Defendants' Position
>
> [Insert Defendants' Position Here]

g.  Any issues or proposals relating to the timing; sequencing, phasing or scheduling of discovery

> Plaintiffs' Position
>
> [Insert Plaintiff's Position Here]
>
> Defendants' Position
>
> [Insert Defendants' Position Here]

h.  Expected need for extraterritorial discovery outside the United States.

> Plaintiffs' Position
>
> [Insert Plaintiff's Position Here]
>
> Defendants' Position
>
> [Insert Defendants' Position Here]

4

**DRAFT**

    i.   Whether any party anticipates video and/or sound recording of depositions

        <u>Plaintiffs' Position</u>

        [Insert Plaintiff's Position Here]

        <u>Defendants' Position</u>

        [Insert Defendants' Position Here]

    j.   A proposed date for a Mid–Discovery Status Report and Conference

        <u>Plaintiffs' Position</u>

        [Insert Plaintiff's Position Here]

        <u>Defendants' Position</u>

        [Insert Defendants' Position Here]

**7.  Summary of Parties' conference regarding discovery related to electronic, digital and/or magnetic data**

        <u>Plaintiffs' Position</u>

        [Insert Plaintiff's Position Here]

        <u>Defendants' Position</u>

        [Insert Defendants' Position Here]

**8.  Hearing and Trial Dates**

    a.   Deadline for dispositive motions.

        <u>Plaintiffs' Position</u>

        [Insert Plaintiff's Position Here]

        <u>Defendants' Position</u>

        [Insert Defendants' Position Here]

**DRAFT**

    b.  Deadline for non-dispositive motions.

        <u>Plaintiffs' Position</u>

        [Insert Plaintiff's Position Here]

        <u>Defendants' Position</u>

        [Insert Defendants' Position Here]

    c.  Pre-trial conference date.

        <u>Plaintiffs' Position</u>

        [Insert Plaintiff's Position Here]

        <u>Defendants' Position</u>

        [Insert Defendants' Position Here]

    d.  Trial date.

        <u>Plaintiffs' Position</u>

        [Insert Plaintiff's Position Here]

        <u>Defendants' Position</u>

        [Insert Defendants' Position Here]

**9.   Statement regarding possibility of settlement.**

        <u>Plaintiffs' Position</u>

        [Insert Plaintiff's Position Here]

        <u>Defendants' Position</u>

        [Insert Defendants' Position Here]

**10.  Statement regarding whether the case is a jury or non-jury case.**

        <u>Plaintiffs' Position</u>

        [Insert Plaintiff's Position Here]

**DRAFT**

<u>Defendants' Position</u>

[Insert Defendants' Position Here]

**11. An estimate of the number of trial dates required.**

<u>Plaintiffs' Position</u>

[Insert Plaintiff's Position Here]

<u>Defendants' Position</u>

[Insert Defendants' Position Here]

**12. Whether the parties are willing to consent to the jurisdiction of a U.S. Magistrate Judge.**

<u>Plaintiffs' Position</u>

[Insert Plaintiff's Position Here]

<u>Defendants' Position</u>

[Insert Defendants' Position Here]

**13. Whether any party requests bifurcation of phasing trial.**

<u>Plaintiffs' Position</u>

[Insert Plaintiff's Position Here]

<u>Defendants' Position</u>

[Insert Defendants' Position Here]

**14. Whether this matter is related to any matter pending in this Court or any other court.**

<u>Plaintiffs' Position</u>

[Insert Plaintiff's Position Here]

<u>Defendants' Position</u>

7

**DRAFT**

[Insert Defendants' Position Here]

*///*

*///*

*///*

*///*

*///*

*///*

*///*

8

Dated: XXX, 2020                              ROCHE CYRULNIK FREEDMAN LLP
                                             By: /s/ _____
                                             ROCHE CYRULNIK FREEDMAN LLP
                                             Katherine Eskovitz
                                             *Counsel for Apothio LLC*

Dated: XXX, 2020                              MARGO A. RAISON, COUNTY COUNSEL
                                             By: /s/ _____
                                             Andrew C. Thomson, Chief Deputy
                                             Kathleen Rivera, Deputy
                                             Phillip T. Jenkins, Deputy
                                             Attorneys for Defendants County
                                             of Kern, Kern County Sheriff's Department, Donny
                                             Youngblood and Joshua Nicholson *LLC*

Dated: XXX, 2020                              XAVIER BECERRA
                                             *Attorney General of the State of California*

                                             Bruce McGagin
                                             Supervising Deputy Attorney General

                                             By: /s/ _____
                                             Kelly Smith, Deputy Attorney General
                                             Attorneys for Defendants California Department of
                                             Fish And Wildlife And Charlton H. Bonham

•

As the filer of this document, I, Katherine Eskovitz, attest that all counsel have authorized me to attach their electronic signature to this document on XXXX.

9