XAVIER BECERRA
Attorney General of California
BRUCE D. MCGAGIN
Supervising Deputy Attorney General
STACEY L. ROBERTS
Supervising Deputy Attorney General
KELLY T. SMITH
Deputy Attorney General
State Bar No. 196821
  Telephone: (916) 210-6465
  E-mail: Kelly.Smith@doj.ca.gov
ETHAN A. TURNER
Deputy Attorney General
State Bar No. 294891
  Telephone: (916) 210-7898
  E-mail: Ethan.Turner@doj.ca.gov
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
*Attorneys for Defendants State of California, by and through California Department of Fish and Wildlife, and Charlton H. Bonham, Director*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CIVIL DIVISION

| | |
|---|---|
| **APOTHIO, LLC,**<br>Plaintiff,<br>v.<br>**KERN COUNTY; KERN COUNTY SHERIFF'S OFFICE; CALIFORNIA DEPARTMENT OF FISH AND WILDLIFE; DONNY YOUNGBLOOD; JOSHUA NICHOLSON; CHARLTON H. BONHAM; JOHN DOES #1 THROUGH #10, UNKNOWN AGENTS OF THE KERN COUNTY SHERIFF'S OFFICE; JOHN DOES #11 THROUGH #20, UNKNOWN AGENTS OF THE CALIFORNIA FISH AND WILDLIFE DEPARTMENT,**<br>Defendants. | 1:20-cv-00522-NONE-JLT<br><br>**NOTICE OF DEFENDANTS' JOINT MOTION FOR DISCOVERY STAY**<br><br>[Fed. R. Civ. P. 26, (c)(1) and (d)(1)]<br><br>Date: December 7, 2020<br>Time: 8:30 a.m.<br>Dept: Courtroom 4<br>Judge: Hon. Jennifer L. Thurston<br><br>Trial Date: TBD<br>Action Filed: April 10, 2020 |

1   PLEASE TAKE NOTICE that on December 7, 2020, at 8:30 a.m., or as soon thereafter as
2   the matter may be heard before the United States District Court of the Eastern District of
3   California, located at Courtroom 4 on the Seventh Floor at 2500 Tulare Street in Fresno,
4   California, Department of Fish and Wildlife and Charlton Bonham (collectively State
5   Defendants) and Kern County and Kern County Sheriff's Department (County Defendants), in
6   accordance with Civil Local Rule 230, hereby move for a limited stay of discovery.

## MOTION

8   The State Defendants and the County Defendants pursuant to Fed. R. Civ. P. 26 (c)(1) and
9   (d)(1), and in accordance with Civil Local Rules 251 and 230, hereby jointly move to stay
10  discovery in this matter.

11  Defendants seek to stay discovery on the grounds that discovery cannot proceed without
12  prejudice to Defendants to obtain discovery from plaintiff's Chief Executive Officer, Trent Jones,
13  while the criminal charges proceed against Jones and investigation continues. Besides the
14  prejudice to Defendants posed by Jones exercising Fifth Amendment privilege against self-
15  incrimination, the criminal investigation files under seal by the Kern County Superior Court are
16  not under Defendants control, or privileged. Apothio has filed a petition to the Kern County
17  Superior Court in Case No. BCV-20-100711 to unseal the records sought in Apothio's first set of
18  Request for Production of Documents. Defendants also move on the grounds that motions to
19  dismiss and strike filed by defendants will dispose the entire complaint without further discovery.

## MEET AND CONFER CERTIFICATION

21  The undersigned counsel certifies that on November 5, 2020, the parties held a telephone
22  conference concerning the grounds for defendants' joint motion to stay discovery, as more fully
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

described in the Declaration of Deputy Attorney General Kelly T. Smith in support of the motion here. Meet and confer efforts have been exhausted without resolving the dispute.

Dated:  November 12, 2020

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
BRUCE D. MCGAGIN
Supervising Deputy Attorney General

*/s/ Kelly T. Smith*

KELLY T. SMITH
Deputy Attorney General

*Attorneys for Defendants State of California, by and through California Department of Fish and Wildlife, and Charlton H. Bonham, Director*