XAVIER BECERRA, State Bar No. 118517
Attorney General of California
BRUCE D. MCGAGIN, State Bar No. 170146
Supervising Deputy Attorney General
KELLY T. SMITH, State Bar No. 196821
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-6465
 Fax: (916) 322-8288
 E-mail: Kelly.Smith@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **APOTHIO, LLC,** | 1:20-cv-00522-NONE-JLT |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| **KERN COUNTY; KERN COUNTY SHERIFF'S OFFICE; CALIFORNIA DEPARTMENT OF FISH AND WILDLIFE; DONNY YOUNGBLOOD; JOSHUA NICHOLSON; CHARLTON H. BONHAM; JOHN DOES #1 THROUGH #10, UNKNOWN AGENTS OF THE KERN COUNTY SHERIFF'S OFFICE; JOHN DOES #11 THROUGH #20, UNKNOWN AGENTS OF THE CALIFORNIA FISH AND WILDLIFE DEPARTMENT,** | |
| Defendants. | |

**DECLARATION OF SERVICE** 1 (1:20-cv-00522-NONE-JLT)

# CERTIFICATE OF SERVICE

Case Name:  **Apothio, LLC v. Kern County, et al.**   No.   **1:20-cv-00522-NONE-JLT**

I hereby certify that on <u>November 12, 2020</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**1) NOTICE OF DEFENDANTS' JOINT MOTION FOR DISCOVERY STAY**

**2) MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' JOINT MOTION TO STAY DISCOVERY**

**3) DECLARATION OF DEPUTY ATTORNEY GENERAL KELLY T. SMITH IN SUPPORT OF DEFENDANTS' JOINT NOTICE OF MOTION TO STAY DISCOVERY**

**4) CERTIFICATION OF SERVICE**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>November 12, 2020</u>, at Sacramento, California.

S. Claiborne
Declarant

*S. Claiborne*
Signature

SA2020300599
COS.docx