**DECLARATION OF KATHERINE ESKOVITZ**

I, Katherine Eskovitz, declare:

1. I am an attorney admitted to practice before this Court and counsel of record for Apothio, LLC in this matter. The matters stated in this declaration are true of my own personal knowledge except as to matters stated on information and belief.

2. On March 10, 2020, Apothio filed a writ of mandate in Kern County Superior Court, seeking an order to command the Kern County Sherriff's Office to return the warrant materials. *See Apothio LLC v. Kern County Sheriff's Office et al*, BCV-20-100711; Compl. ¶ 151. Through that litigation Apothio has also sought to authenticate, release, and/or unseal certain search warrant materials in state court. Apothio CEO Dr. Trent Jones is not a party to this action.

3. During the mandamus litigation Apothio has served requests for production on the Kern County Sheriff's Office ("KCSO"), one of which asked for the production of "any public communication involving any Defendant . . . relating to the search/and or destruction of the plants and other property located at the Agricultural Parcels in October 2019."  KCSO produced communications of two employees, Angela Monroe and Matt Alvarez, speaking to the media.

4. KCSO employees have spoken to the press publicly. Angela Monroe was interviewed for a local television segment by KGET NBC 17 about the destruction.  In addition, KCSO Commander Ian Chandler was interviewed by a website called "The Growth Op." During that interview Commander Chandler spoke extensively about the search, including about purported test results of Apothio's hemp. A true and correct copy of that interview is attached as Exhibit A. The interview also contains a copy of the press release KCSO issued after destroying Apothio's crops. Unfortunately, it appears that Commander Chandler passed away in late

November 2019, weeks after the destruction. *See* Amber Frias, *A Final Farewell to Commander Ian Chandler*, KGET (Nov. 26, 2019) https://www.kget.com/news/local-news/final-farewell-to-commander-ian-chandler/.

5. On October 14, 2020, Apothio served a request for admission on KCSO seeking an admission that it possessed "one or more audio or video recordings that contain statements made by Apothio CEO Trent Jones on October 25, 2019." In response to that request, KCSO stated it "admits that it has in its possession and custody the item(s) described in this request." A true and correct copy of KCSO's admission is attached as Exhibit B.

6. On September 22, 2020, the Kern County District Attorney's office filed three misdemeanor charges against a Trent Jones with a birth year differing from Apothio CEO Dr. Trent Jones.[1] Attached as Exhibit C is a true and correct copy of the information sheet for those charges as available on the Kern County Superior Court website and retrieved on November 19, 2020. Separate counsel, H.A. Sala, has appeared on behalf of Dr. Jones in the matter.

7. On October 14, 2020, Apothio served initial discovery requests on the Kern County Sheriff's Office and the California Department of Fish Wildlife.

8. On October 29, 2020, Kelly Smith, counsel for the California Department of Fish and Wildlife, contacted me and my colleagues about a meet and confer for a stay in discovery in this matter.

9. The parties met and conferred on November 5, 2020. During that meet and confer, I reiterated Apothio's position that it would not agree to any delay, including because of the serious harms Apothio suffers from delays in the case, particularly discovery. In addition, I

---

[1] The search warrant in this case listed the incorrect birthday, social security number, and license number for Trent Jones. *See* Compl. ¶¶ 103-04.

explained the position, consistent with the state court filings and prior conversations, that none of the requested documents is sealed or privileged.

10. During the meet and confer, counsel for Defendants raised Dr. Jones's Fifth Amendment rights as the primary reason for a stay of discovery. They stated that they could not proceed with discovery if he planned on "hiding" behind the Fifth Amendment. They asked that we inform Dr. Jones of his Fifth Amendment rights and that he provide a written waiver of his rights. Defendants also raised the supposedly privileged or sealed status of various documents and the pending motion to dismiss as grounds for a stay.

11. At that point, I explained that neither my firm nor I represent Dr. Jones in his misdemeanor case. But that we would be willing to confer with Dr. Jones and his counsel to discuss a possible waiver. I also explained that none of the documents were privileged and the pending motions to dismiss were not grounds for a stay in this matter.

12. Shortly after the call ended, I emailed Defendants' counsel to clarify "from our call before I discuss with Mr. Jones and his counsel, is it all defendants' position that if Mr. Jones agrees not to assert his Fifth Amendment rights in this case that defendants will all agree not to seek any stay of civil discovery?" A true and correct copy of the email chain containing this email is attached as Exhibit D.

13. At this point, Defendants' evasiveness as to the purpose and utility of Dr. Jones's waiver began. Rather than respond to the question, Defendants wanted Dr. Jones first to represent that "such a waiver is possible." Ex. D at 1. Despite reiterating my request later that day, Defendants refused to answer. As indicated in the letters attached to the Declaration of Kelly Smith, because Defendants still had not answered my specific inquiries or explained why Dr. Jones should agree to waive a right if it would not facilitate discovery in this case, I continued

3

DECLARATION OF KATHERINE ESKOVITZ

to wait for Defendants' reply before seeking any waiver. *See* ECF No. 58-2 Exs. D, E.

14. On November 20, 2020, Mr. Sala received several documents as discovery from the Kern County Superior Court clerk. This included what appears to be the purported search warrant affidavit and search warrant return that Defendants previously claimed was under seal and refused to produce.

Dated: November 24, 2020

>                         */s/ Katherine Eskovitz*
>                         Katherine Eskovitz
>                         ROCHE CYRULNIK FREEDMAN LLP
>                         1158 26th Street, No. 175
>                         Santa Monica, CA 90403
>                         keskovitz@rcfllp.com
>
>                         *Counsel for Apothio LLC*

DECLARATION OF KATHERINE ESKOVITZ