# Exhibit A

Sections   Search   Sign In

News   Reviews   Life   Wellness   Videos   Cannabis Post

News / Legalization

# How did California police destroy 10 million cannabis plants?

*Cmdr. Ian Chandler from the Kent County Sheriff's Office said the 40 million pounds of plants would've taken about 20,000 truckloads to move from the site, so they had to get creative*

**Bobby Hristova**
Nov 06, 2019 • Last Updated 1 year ago • 3 minute read



An image of the 10 million pot plants found in California  PHOTO BY KERN COUNTY SHERIFF'S OFFICE

**TRENDING**

The FBI took part in a joint investigation with California police to find and destroy 10 million marijuana plants that were thought to be hemp fields.

Detectives from the Kern County Sheriff's Office (KCSO) along with the FBI, think the 11 fields of plants in Arvin, roughly 200 km north of Los Angeles, are worth more than $1 billion on the black market.



Can I promote cannabis products if it's educational? | Is It Legal?

"These illicit marijuana gardens were grown under the guise of legitimate hemp production," read a KCSO release.

## MORE ON THIS TOPIC



New York police left red-faced after 106 pounds of seized cannabis turns out to be legal hemp

While the release noted the plants were cannabis and testing "well over" the legal 0.3 per cent THC content limit for industrial hemp, KCSO Cmdr. Ian Chandler said in a phone interview that the plants actually were hemp being grown by a research company that became marijuana, which was problematic because the firm was selling the product.

"Most of the plants were at 7 per cent, that's 200 times the level acceptable by the law," he said. "They tried to get the best out of the plant by using hybrids… I'm not a scientist but it was basically 1990s grade weed."

# 40 million pounds and four and a half days

Derek Pedro, a former illicit grower turned WeedMD's chief cannabis officer, said the officers probably didn't have many options in trying to destroy the crops.

> "I'm assuming they are going to cut it as close to the ground as they can, and the plants above the soil they're probably going to incinerate that … I'd love to be downwind of that," he joked. "And the rootstock for good measure, they'll plow it."

Though, burning the crops would come in the wake of wildfires that have decimated California, including the fatal blaze in the town of Paradise that killed 85 people and flames that continue to burn in Kincade and other cities towards the southern part of the state.

Pedro says that leaves one more alternative.

"They'll put a giant hole in the ground and fill it in like they used to 10 or 15 years ago. The only problem with that is there will be cannabinoids released into the environment … it will get into the

water," he said.



Cmdr. Chandler said the 40 million pounds of plants would've taken about 20,000 truckloads to move from the site, so they had to get creative.

"We used a rototiller to grind all the plants and put them back in the soil. It won't grow again because of

how the plant decomposes, it had no buds," he said, adding that they were still calculating exactly how much it cost to wipe out the weed.

"It took four and a half days and we're talking numerous pieces of equipment and lots of help from farmers to get this stuff down."

STORY CONTINUES BELOW

Cmd. Chandler did not confirm if officers laid any charges and said the investigation is ongoing.

## U.S. is the 'wild west'

Pedro called the U.S. the "wild west" and thinks a case of cannabis grow operations like this will be one of many.

Burning the crops would come in the wake of wildfires that have decimated California, including the fatal blaze in the town of Paradise that killed 85 people and flames that continue to burn in Kincade and other cities towards the southern part of the state.

He wasn't surprised police didn't initially spot the cannabis because it is near impossible to tell the difference between hemp and marijuana.

*Pedro also thinks it "for sure" cost the police millions of dollars to destroy the pot, but added there's a solid chance the plant will regrow in the*

same area due to surviving seeds.

"The further south you go, there's a chance if you cut a plant and leave a branch, enough for photosynthesis, it'll regenerate in the spring again when the rain comes," he said.

"I will not be surprised if next year, in the very same spot where there's no cannabis at all, cannabis plants show up. 'Move along, nothing to see here,' he's probably going to plant corn all around that and leave the middle."

• Email: bhristova@postmedia.com | Twitter: bobbyhristova

Want to keep up to date on what's happening in the world of cannabis? Subscribe to the Cannabis Post newsletter for weekly insights into the industry, what insiders will be talking about and content from across the Postmedia Network.

   

## Cannabis Post

Sign-up to receive Cannabis Post your one-stop summary of all of the news and analysis you need to make informed decisions about your investments and your business.

**Email Address**

youremail@email.com

**Sign Up**

By clicking on the sign up button you consent to receive the above newsletter from Postmedia Network Inc. You may unsubscribe any time by clicking on the unsubscribe link at the bottom of our emails. Postmedia Network Inc. | 365 Bloor Street East, Toronto, Ontario, M4W 3L4 | 416-383-2300

## TRENDING

# THIS WEEK IN FLYERS



Tap for Flyer



Tap for Flyer



Tap for Flyer

Powered by

News Reviews Life Wellness Videos Cannabis Post

Follow the The GrowthOp




Advertise With Us  Digital Ad Registry  Site Map  Contact  Privacy - Updated  Terms of Use  Copyright

365 Bloor Street East, Toronto, Ontario, M4W 3L4

© 2020 The GrowthOp, a division of Postmedia Network Inc. All rights reserved. Unauthorized distribution, transmission or republication strictly prohibited.