# Exhibit B

MARGO A. RAISON, KERN COUNTY COUNSEL
Andrew C. Thomson, Chief Deputy (SBN 149057)
Kathleen Rivera, Deputy (SBN 211606)
Phillip T. Jenkins, Deputy (SBN 309523)
Office of the County Counsel, County of Kern
1115 Truxtun Avenue, Fourth Floor
Bakersfield, CA 93301
Telephone: (661) 868-3800
Facsimile: (661) 868-3805

Attorneys for Defendants County of Kern, Joshua Nicholson and Sheriff Donny Youngblood

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APOTHIO, LLC<br><br>           Plaintiff,<br><br>vs.<br><br>KERN COUNTY; KERN COUNTY SHERIFF'S OFFICE; CALIFORNIA DEPARTMENT OF FISH AND WILDLIFE; DONNY YOUNGBLOOD; JOSHUA NICHOLSON; CHARLTON H. BONHAM; JOHN DOES #1 THROUGH #10, UNKNOWN AGENTS OF THE KERN COUNTY SHERIFF'S OFFICE; JOHN DOES #11 THROUGH #20, UNKNOWN AGENTS OF THE CALIFORNIA FISH AND WILDLIFE DEPARTMENT,<br><br>           Defendants. | Case No. 1:20-cv-00522-NONE-JLT<br><br>**RESPONSES TO PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS TO DEFENDANT KERN COUNTY SHERIFF'S OFFICE** |

PROPOUNDING PARTY:   APOTHIO, LLC

RESPONDING PARTY:   KERN COUNTY SHERIFF'S OFFICE

SET NUMBER:   SET ONE

    **COMES NOW** Defendant KERN COUNTY SHERIFF'S OFFICE, (hereinafter "Defendant" and/or this "Responding Party"), and responds to the Request for Admission, Set One (1), propounded by Plaintiff APOTHIO, LLC (hereinafter "Plaintiff," and/or the Propounding Party") to KERN COUNTY SHERIFF'S OFFICE, as follows:

1

**REQUEST FOR ADMISSION NO. 1:**

Admit that Defendant has in its possession, custody, or control one or more audio or video recordings that contain statements made by Apothio CEO trent Jones on October 25, 2019.

**RESPONSE TO REQUEST FOR ADMISSION NO. 1:**

Responding party admits that it has in its possession and custody the item(s) described in this request, however, responding party denies that it is in control of such item(s) to the extent that it may produce such item(s) in this litigation.  To the extent the item(s) requested are subject to an ongoing criminal investigation of Trent Jones, CEO of plaintiff Apothio, LLC, such item(s) are protected from discovery in this civil matter. (*See Evi. Code § 1040*; *County of Orange v Superior Court* (2000) 79 CA4th 759, 764–770; *People v Landry* (2016) 2 C5th 52, 73; *People v Suff* (2014) 58 C4th 1013, 1059; *Caldecott v Superior Court* (2015) 243 CA4th 212, 226–227; *People v. Bradley* (2017) 212 Cal.Rptr.3d 772.)

DATED: November 12, 2020

Respectfully Submitted,

MARGO A. RAISON, KERN COUNTY COUNSEL

By: _____
Andrew C. Thomson, Chief Deputy
Kathleen Rivera, Deputy
Phillip T. Jenkins, Deputy
Attorneys for Defendants County of Kern, Donny Youngblood and Joshua Nicholson

#254604102

2

RESPONSES TO PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS TO DEFENDANT KERN COUNTY SHERIFF'S OFFICE

## PROOF OF SERVICE

I am over the age of eighteen years and not a party to the within action; my business address is 1115 Truxtun Avenue, Fourth Floor, Bakersfield, CA 93301.

On the date last written below, I served the attached **RESPONSES TO PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS TO DEFENDANT KERN COUNTY SHERIFF'S OFFICE** on the party(ies) listed below, through their attorneys of record, if any, by facsimile transmission, by personal delivery or by placing true copies/originals thereof in sealed envelope(s) addressed/designated as shown below:

**A.    BY MAIL** - I enclosed such document in sealed envelope(s) with the name(s) and address(es) of the person(s) served as shown on the envelope(s) and caused such envelope(s) to be deposited in the mail at Bakersfield, California. The envelope(s) was/were mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**B.    BY OVERNIGHT SERVICE** - I caused each such envelope to be delivered by overnight service to the addressee(s) noted below.

**C.    BY FACSIMILE SERVICE** - I placed such document in a facsimile machine (pursuant to California Rules of Court, Rule 2.301(3)) with the fax number of (661) 868-3805. Upon facsimile transmission of the document, I obtained a report from the transmitting facsimile machine stating that the facsimile transmission was complete and without error. A copy of the transmission report is attached to this Proof of Service pursuant to California Rules of Court, Rule 2.306(g).

**D.    BY PERSONAL SERVICE** - I caused such envelope(s) to be delivered by hand to the addressee(s) listed below.

**E.    BY ELECTRONIC MAIL** - I caused a copy of such document to be transmitted via electronic mail in Portable Document Format ("PDF") Adobe Acrobat from the electronic address: rjones@kerncounty.com.

| Type of Service | Addressee |
|---|---|
| E | SEE ATTACHED |

☐ (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (FEDERAL) I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on **November 12, 2020**, at Bakersfield, California.

_Rita Jones_
Rita Jones

Apothio, LLC et al. v. County et al. – Proof of Service

## SERVICE LIST/MAILING LIST

| ADDRESSEE | TYPE OF SERVICE |
|---|---|
| KATHERINE ESKOVITZ, ESQ.<br>ROCHE CYRULNIK FREEDMAN LLP<br>1158 26TH STREET, NO. 175<br>SANTA MONICA, CA 90403<br><br>*As To* PLAINTIFF APOTHIO LLC | E<br><br>Email: keskovitz@rcfllp.com |
| JOSEPH M. DELICH ESQ<br>KYLE W. ROCHE ESQ<br>RICHARD R. CIPOLLA ESQ<br>ROCHE CYRULNIK FREEDMAN LLP<br>99 PARK AVENUE, 19TH FLOOR<br>NEW YORK, NY 10016<br><br>*As To* PLAINTIFF APOTHIO LLC | E<br><br>Email: jdelich@rcfllp.com<br>kyle@rcfllp.com<br>rcipolla@rcfllp.com |
| SEAN ESKOVITZ ESQ<br>ESKOVITZ LAW LLP<br>1217 WILSHIRE BOULEVARD, NO. 3683<br>SANTA MONICA, CA 90403<br><br>*As To* PLAINTIFF APOTHIO LLC | E<br><br>Email: seane@eskovitz.com |
| BRANT W. BISHOP ESQ<br>2000 PENNSYLVANIA AVENUE, NW<br>SUITE 7000<br>WASHINGTON, DC 20006<br><br>*As To* PLAINTIFF APOTHIO LLC | E<br><br>Email: brant@bishop.us |
| KELLY T. SMITH ESQ<br>ETHAN A. TURNER ESQ<br>OFFICE OF THE ATTORNEY GENERAL<br>PO BOX 944255<br>SACRAMENTO, CA 94244-2550<br><br>*As To* DEFENDANTS CALIFORNIA DEPARTMENT OF FISH AND WILDLIFE AND DIRECTOR CHARLTON H. BONHAM | E<br><br>Email: kelly.smith@doj.ca.gov<br>ethan.turner@doj.ca.gov<br>Bruce.McGagin@doj.ca.gov<br>Stacey.Roberts@doj.ca.gov<br>Kelly.Smith@doj.ca.gov |

#24W5036

Apothio, LLC et al. v. County et al. – Proof of Service