# Exhibit C

| Defendant Information: | Name: | JONES, TRENT | | Birth Year: | 1963 |
|---|---|---|---|---|---|
| Case Information: | Court Case #: | BM952715A | Filing Date: 09/22/20 | Related Case #: | NONE |
| | Arrest Date: | N/A | | | |
| | Bail Amount: | $10000.00 | Bail Status: ACTIVE | Bail Type: | SURETY BOND |

### Charges/Dispositions

| Count | Type | Code | Section | Charge Description | Charge Disposition | Disposition Date |
|---|---|---|---|---|---|---|
| 001 | M | HS | 11358(C) | PLANT MORE THAN 6 MARIJUANA PLANTS | | |
| 002 | M | HS | 11359(B)>MISD | POSSESS MARIJUANA FOR SALE | | |
| 003 | M | CO | 19.08.055(B) | SELL CANNABIS IN UNINCORPORATED AREA | | |

### Sentence Information

** n/a - no convicted charges **

### Scheduled Hearings

Notes:
1. For Metropolitan Division cases: If the Div/Dept is 1-17, A-K or T then the Div/Dept is your courtroom number. If the Div/Dept is other than those listed in the previous sentence see the information desk near the escalator for your courtroom number.
2. If a defendant has more than one hearing scheduled for the same date and time, he or she should appear on the felony case first.
3. Calendars for each court may periodically change as court schedules are modified by court personnel. Persons viewing the court calendar assume full responsibility for appearing at the proper date and time and at the proper court irrespective of the information contained herein.

| Hearing Date/Time | Hearing Location | Div/Dept | Hearing Type |
|---|---|---|---|
| 10/30/2020, 08:30AM | Metro Division Justice - 1215 Truxtun | G | MISDEMEANOR ARRAIGNMENT |
| 11/13/2020, 08:30AM | Metro Division Justice - 1215 Truxtun | IP | PRETRIAL CONFERENCE |
| 02/05/2021, 08:30AM | Metro Division Justice - 1215 Truxtun | IP | PRETRIAL CONFERENCE |

### Aliases

| Defendant name | JONES, TRENT |
|---|---|
| Aliases | ** None ** |

If you need more case information than what is listed above, please contact the specific court location.

Back to Top