# Exhibit D

| | |
|---|---|
| **From:** | Katherine Eskovitz |
| **To:** | Kelly Smith |
| **Cc:** | Rivera Kathleen; Richard Cipolla; Sean Eskovitz; Ethan Turner; Stacey L. Roberts; Bruce McGagin |
| **Subject:** | Re: Follow up |
| **Date:** | Thursday, November 5, 2020 4:35:20 PM |

You may have misunderstood or I was not clear, we will not be providing you any information on this unless all defendants are agreeing that you will not seek a stay with such a representation. Otherwise we see no purpose in any representation.

> On Nov 5, 2020, at 1:26 PM, Kelly Smith <Kelly.Smith@doj.ca.gov> wrote:
>
> Counsel: Please let us know if you have any authority to make a representation after conferring with Jones' criminal attorney.
>
> Kelly T. Smith, Deputy Attorney General
> Office of the Attorney General
> 1300 I Street, 12th Floor
> Sacramento, CA  95814
> (916) 210-6465
> Kelly.Smith@doj.ca.gov
>
> -----Original Message-----
> From: Katherine Eskovitz <keskovitz@rcfllp.com>
> Sent: Thursday, November 5, 2020 1:23 PM
> To: Kelly Smith <Kelly.Smith@doj.ca.gov>
> Cc: Rivera Kathleen <krivera@kerncounty.com>; Richard Cipolla <rcipolla@rcfllp.com>; Sean Eskovitz <seane@eskovitz.com>; Ethan Turner <Ethan.Turner@doj.ca.gov>; Stacey L. Roberts <Stacey.Roberts@doj.ca.gov>; Bruce McGagin <Bruce.McGagin@doj.ca.gov>
> Subject: Re: Follow up
>
> We have no agreement from our call this morning, and I am happy to confer with Mr. Jones's counsel as I mentioned, but I will not be making any representation unless all defendants are agreeing that you would not be seeking a stay if our client so agrees.
>
>> On Nov 5, 2020, at 1:03 PM, Kelly Smith <Kelly.Smith@doj.ca.gov> wrote:
>>
>> Counsel: This was not discussed in conference this morning. Can you first represent that such waiver is possible by conferring with Jones' criminal attorney, as we did discuss.
>>
>> Kelly T. Smith, Deputy Attorney General Office of the Attorney General
>> 1300 I Street, 12th Floor
>> Sacramento, CA  95814
>> (916) 210-6465
>> Kelly.Smith@doj.ca.gov
>>
>> -----Original Message-----
>> From: Katherine Eskovitz <keskovitz@rcfllp.com>
>> Sent: Thursday, November 5, 2020 11:20 AM
>> To: Kelly Smith <Kelly.Smith@doj.ca.gov>; Rivera Kathleen
>> <krivera@kerncounty.com>; Richard Cipolla <rcipolla@rcfllp.com>; Sean
>> Eskovitz <seane@eskovitz.com>
>> Subject: Follow up
>>
>> Just to clarify from our call before I discuss with Mr. Jones and his counsel, is it all defendants' position that if

Mr. Jones agrees not to assert his Fifth Amendment rights in this case that defendants will all agree not to seek any stay of civil discovery?

>> NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.
>>
>>
>> CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.
> NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.
>
>
> CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.