# DECLARATION OF JOHN TEAGUE

I, John Teague, declare:

1. I am a partner at Apothio, LLC, a limited liability company organized under the laws of the state of Indiana and headquartered in the State of Indiana. The matters stated in this declaration are true of my own personal knowledge, except for those matters stated in information and belief, which matters I believe to be true.

2. In late October 2019, Apothio was preparing to harvest its 500 acres of hemp being cultivated in several largely contiguous fields in Kern County, California.

3. These 500 acres of crops represented a substantial investment and percentage of all of Apothio's assets.

4. As described in the Complaint filed in this action, on October 25, 2019, Sergeant Joshua Nicholson of the Kern County Sheriff's Office, along with other officers from the Kern County Sheriff's Office and the California Department of Fish and Wildlife destroyed Apothio's crops.

5. Days after the destruction, the Kern County Sheriff's Office issued a press release about the destruction, claiming to have destroyed "approximately 10 million marijuana plants" grown "under the guise of a legitimate hemp production." A true and correct copy of that press release is attached as Exhibit A.

6. That destruction and the subsequent press release have severely hampered Apothio's operations and continued existence.

7. The expected proceeds from harvesting and researching the 500 acres also represented the overwhelming majority of Apothio's expected profits in 2020, 2021. Apothio was depending on those proceeds to fund its operations, pay employees, conduct research, and grow its business.

8. Without those proceeds, Apothio has had to look for funds from other sources.

9. However, because of the press release and allegations that Apothio is not a legitimate business and is growing marijuana, it has been extremely difficult to raise funds. In my experience, regardless of local or state law surrounding marijuana, banks do not do business with companies that grow marijuana because federal law prohibits it.

10. Before Defendants' destruction, Apothio was in the process of opening an account with a local Bakersfield bank. After the destruction, the bank chose not to continue proceeding.

11. The allegations that Apothio is growing marijuana, not hemp, have harmed relationships with its current business partners.

12. As described in the Complaint, Apothio has several business partners that are key to Apothio's business and survival.

13. Defendants' allegations that Apothio is growing marijuana, not hemp, have made it extremely difficult for Apothio to partner with new research institutions, municipalities, and production partners. And these allegations have harmed Apothio's relationships with existing partners.

14. Were it not for the continued stigma of Defendants' allegations, Apothio would have more partnerships and they would be further along in research and business with these partnerships than the existing ones are currently.

15. Were it not for the fear of future enforcement by any of the Defendants, Apothio would have additional fields in Kern County and throughout California.

16. Conducting discovery, and resolving this case without further delay, would allow Apothio to clear its name and to show its existing business partners, potential busines partners,

DECLARATION OF JOHN TEAGUE

banks and other potential funding institutions that its research and business is legitimate, that the government's press release was false and that it had no legal basis to destroy its legal hemp crops.

Dated: November 22, 2020

*John Teague*
John Teague (Nov 23, 2020 14:03 AST)

John Teague
Partner, Apothio LLC
341 1/2 Rose Avenue
Venice, CA 90291