# DECLARATION OF JILL BOARD

I, Jill Board, declare:

1. From July 1, 2010 I was President of Cerro Coso Community College, a public community college in Ridgecrest, California. I retired from the college August 2020, and am currently the Executive Director/CFO for Noah's Arc Foundation. The matters stated in this declaration are true of my own personal knowledge, except for those matters stated in information and belief, which matters I believe to be true.

2. Since the summer of 2017, Cerro Coso Community College has had a working, research relationship with Apothio, LLC.

3. California officially began the Industrial Hemp Established Agricultural Research Institution (EARI) program beginning January 1, 2017 via California's Proposition 64 Referendum and the 2014 USDA Farm Bill/Industrial Hemp Federal Guidelines. Under these rules, Apothio is an EARI throughout the State of California.

4. Apothio brought to the college an opportunity for our students to learn firsthand and participate in the research, development and commercialization of the emerging industry of industrial hemp.

5. This began with the college entering into its first partnership with Apothio, LLC establishing a Research and Internship Agreement which defined that the college degree programs could be academically enhanced by practical experience outside of the traditional classroom setting through offering internship opportunities to college students pursuing various disciplines.

6. This five-year agreement defined the college's, the intern's and Apothio's duties and responsibilities with an agreed upon process for recruitment through the college's Economic and Workforce Development College and Career Placement Office.

7. Cerro Coso Community College and Apothio next entered into a land lease agreement, whereas Apothio leased approximately 21.6 acres of land in California City, CA owned by Kern Community College/Cerro Coso Community College to eventually establish the first National Industrial Hemp Research, Development and Commercialization Center.

8. The Research Center would enlist the many applications of local, state and federally legal Industrial Hemp via water conservation, clean water, desert agronomy, natural plant medicines, product standardization, patient outcomes, block chain predictive algorithms and much more. In this agreement Apothio agrees to distribute the license fees and net revenue to an 'Apothio Foundation' (AKA Noah's Arc Foundation) for the exclusive benefit of Cerro Coso Community College with the intention that those funds will be used for any educational or research purposes.

9. Unfortunately, due to disgruntled leadership and chronic, internal politics within the California City Hall and City Council leadership, Apothio and the college decided to move from California City to Arvin, CA, establishing the internship program and a Research Center in Arvin, while also utilizing the college's Tehachapi campus. The launch date was to be Spring 2020, with funding created by the acreage planted in Arvin which was destroyed by the Kern County Sheriff's Office (KCSO) in October 2019.

10. The obliteration of Apothio's 500 acres of industrial hemp completely stopped the college's recruitment for students to participate in the Internship and Research Program, which had begun during the fall 2019 semester.

11. The crop destruction also stopped the development of a unique Agriculture program that had been researched over the previous months by the Dean of Economic and Workforce Development. Statewide, all eyes are now on Kern County and the outcome of this

DECLARATION OF JILL BOARD

action.

12. Community Colleges are the largest workforce engine in the State, however due to the action of KCSO, Board of Trustees throughout the state are hesitant to allow their college districts, and students, to embark in contributing to important research and studies surrounding the emerging industry of Industrial Hemp, especially questioning the integrity of Apothio; even though, Apothio is and was an EARI with all the rights afforded them to plant industrial hemp for this defined purpose.

13. This now comes before the court in an effort to clear Apothio's reputation, while restoring what was financially taken from Apothio. This case needs to be advance through the courts as quickly as possible. Without this closure it impedes the implementation of the said agreements, it is hurting students' opportunities to participate in such important research, it is delaying the increased access to higher education through lack of funding being made available to Cerro Coso, and possibly other community colleges' participation in the research agenda who may be interested in a similar partnership.

Dated: November 23, 2020

Jill Board
Former President,
Cerro Coso Community College

DECLARATION OF JILL BOARD