XAVIER BECERRA
Attorney General of California
BRUCE D. MCGAGIN
Supervising Deputy Attorney General
STACEY L. ROBERTS
Supervising Deputy Attorney General
KELLY T. SMITH
Deputy Attorney General
State Bar No. 196821
  Telephone: (916) 210-6465
  E-mail: Kelly.Smith@doj.ca.gov
ETHAN A. TURNER
Deputy Attorney General
State Bar No. 294891
  Telephone: (916) 210-7898
  E-mail: Ethan.Turner@doj.ca.gov
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
*Attorneys for Defendants State of California, by and through California Department of Fish and Wildlife, and Charlton H. Bonham, Director*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CIVIL DIVISION

| | |
|---|---|
| APOTHIO, LLC,<br><br>            Plaintiff,<br><br>   v.<br><br>KERN COUNTY; KERN COUNTY SHERIFF'S OFFICE; CALIFORNIA DEPARTMENT OF FISH AND WILDLIFE; DONNY YOUNGBLOOD; JOSHUA NICHOLSON; CHARLTON H. BONHAM; JOHN DOES #1 THROUGH #10, UNKNOWN AGENTS OF THE KERN COUNTY SHERIFF'S OFFICE; JOHN DOES #11 THROUGH #20, UNKNOWN AGENTS OF THE CALIFORNIA FISH AND WILDLIFE DEPARTMENT,<br><br>            Defendants. | 1:20-cv-00522-NONE-JLT<br><br>DECLARATION OF WILDLIFE OFFICER CAPT. ANDREW HALVERSON IN SUPPORT OF DEFENDANTS' JOINT NOTICE OF MOTION TO STAY DISCOVERY<br><br>Date:       December 7, 2020<br>Time:      8:30 a.m.<br>Dept:       Courtroom 4<br>Judge:     Hon. Jennifer L. Thurston<br><br>Trial Date:      TBD<br>Action Filed:   April 10, 2020 |

I, Captain Andrew Halverson, declare as follows, and if called to testify in the above entitled action, I can and will testify as follows:

1

1. I am employed by the California Department of Fish and Wildlife. I have been so employed since 2010. During my tenure as a peace officer, I attended the Basic Law Enforcement Academy for the California Department of Fish and Wildlife. As part of my academy instruction, I received training in a variety of subject areas such as search warrants, powers of arrest, criminal law and procedure, narcotics, including the poisoning of state waters caused by herbicides and pesticides as well as other law enforcement related topics.

2. I have a Bachelor of Arts degree in Sociology with an emphasis in Criminal Justice. I also received a Masters of Forensic Science specializing in Investigations from National University in 2007. As part of my coursework for my masters degree, I completed courses on Law and Criminal Procedure and Major Case Investigation. I also taught courses on criminal justice at Biola University for two semesters in 2009. I am a current member of the California Narcotics Officers Association.

3. I am currently a Supervisor within the California Department of Fish and Wildlife's Cannabis Enforcement Program. I supervise three teams of officers who work exclusively on cannabis related issues throughout the state of California. During my time as supervisor, I have approved, participated, served and or searched in well over 100 cannabis related search warrants.

4. In connection with my duties as a Peace Officer, I have become acquainted with various methods used by suspects who manufacture, cultivate, possess, transport, sell, and use contraband. I have participated in the investigation and eradication of many clandestine outdoor marijuana gardens on public land and private property.

5. I was the lead investigator for the California Department of Fish and Wildlife in responding to reports that plaintiff Apothio, LLC, (Apothio) was cultivating hundreds of acres of *cannabis sativa L.* plants that had tetrahydrocannabinol (THC) concentrations in excess of what is permitted under California law for industrial hemp. Plants with a THC concentration in excess of .3 percent are not "industrial hemp" as the term is defined in the California Health and Safety Code (Health and Safety Code section 11018.5 subd.(a).) Federal law contains the same threshold (see 7 U.S.C §1639*o* (1) "The term 'hemp' means the plant Cannabis sativa L. and any part of

that plant . . . with a delta-9 tetrahydrocannabinol concentration of not more than .3 percent on a dry weight basis.")

6. The information obtained indicated probable cause to believe that Apothio's activities involved cultivation of *Cannabis sativa L.* plants with a THC concentration significantly above 0.3 percent. Under California law, commercial cultivation of cannabis requires a license from the California Department of Agriculture. Under federal law cannabis in excess of .3 percent THC is a Schedule I controlled substance (marijuana) which cannot be legally possessed, propagated, or produced under federal law except by manufacturers registered with the Drug Enforcement Agency. 21 U.S.C. § 822. I found that neither Apothio nor Trent Jones had obtained a state license or the necessary federal permits for commercial cultivation of cannabis. Therefore, there was probable cause to believe that the cultivation activity was criminal in nature.

7. My statement of probable cause supporting the application for a search warrant of Apothio's plants included information from witnesses who requested confidentiality. Subsequently, information has come to my attention causing concerns about witness tampering by Apothio and its Chief Executive Officer, Trent Jones.

I declare under penalty of perjury under the laws of the State of California that the forgoing is true and correct and was executed on the 6th day of November 2020 at KERN COUNTY, California.

Andrew Halverson

# CERTIFICATE OF SERVICE

Case Name: **Apothio, LLC v. Kern County, et al.**　　　No.　**1:20-cv-00522-NONE-JLT**

I hereby certify that on <u>December 3, 2020,</u> I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DECLARATION OF ANDREW HALVERSON IN SUPPORT OF MOTION TO STAY DISCOVERY**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>December 3, 2020,</u> at Sacramento, California.

| SHELBY FULLER | /s/ Shelby Fuller |
|---|---|
| Declarant | Signature |

SA2020300599
34636677.docx