| | |
|---|---|
| Katherine Eskovitz<br>ROCHE CYRULNIK FREEDMAN LLP<br>1158 26th Street, No. 175<br>Santa Monica, CA 90403<br>keskovitz@rcfllp.com | Sean Eskovitz<br>ESKOVITZ LAW<br>1217 Wilshire Boulevard,<br>No. 3683<br>Santa Monica, CA 90402<br>seane@eskovitz.com |
| Jordana Haviv<br>Richard R. Cipolla<br>ROCHE CYRULNIK FREEDMAN LLP<br>99 Park Avenue, 19th Floor<br>New York, NY 10016<br>jhaviv@rcfllp.com<br>rcipolla@rcfllp.com | Brant W. Bishop<br>BRANT W. BISHOP, P.C.<br>2000 Pennsylvania Avenue, NW<br>Suite 7000<br>Washington, DC 20006<br>brant@bishop.us |

*Counsel for Apothio LLC*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APOTHIO, LLC,<br><br>           Plaintiff,<br><br>      v.<br><br>KERN COUNTY; KERN COUNTY SHERIFF'S OFFICE; CALIFORNIA DEPARTMENT OF FISH AND WILDLIFE; DONNY YOUNGBLOOD; JOSHUA NICHOLSON; CHARLTON H. BONHAM; JOHN DOES #1 THROUGH #10, UNKNOWN AGENTS OF THE KERN COUNTY SHERIFF'S OFFICE; JOHN DOES #11 THROUGH #20, UNKNOWN AGENTS OF THE CALIFORNIA FISH AND WILDLIFE DEPARTMENT,<br><br>           Defendants. | No. 1:20-CV-00522-NONE-JLT<br><br>**APOTHIO'S NOTICE OF MOTION TO STRIKE IMPROPER CONTENT, OR IN THE ALTERNATIVE, FOR LEAVE TO FILE A SUR-REPLY IN OPPOSITION TO DEFENDANTS' MOTION TO STAY DISCOVERY**<br><br>Date: December 10, 2020<br>Time: 8:30 AM<br>Dept: Courtroom 4<br>Judge: Hon. Jennifer L. Thurston |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on December 10, 2020, or as soon as the matter may be heard before the United States District Court of the Eastern District of California, located at Courtroom 4 on the Seventh Floor at 2500 Tulare Street in Fresno, California, Plaintiff, in accordance with Civil Local Rule 251, hereby moves to strike improper content, or in the alternative, for leave to file a sur-reply in opposition to Defendants' Motion to Stay Discovery (ECF No. 66).

Dated: December 4, 2020

*/s/ Katherine Eskovitz*
ROCHE CYRULNIK FREEDMAN LLP
Katherine Eskovitz
1158 26th Street, No. 175
Santa Monica, CA 90403
keskovitz@rcfllp.com
(646) 791-6883

Jordana Haviv
Richard R. Cipolla
99 Park Avenue, 19th Floor
New York, NY 10016
jhaviv@rcfllp.com
rcipolla@rcfllp.com

*/s/ Sean Eskovitz*
ESKOVITZ LAW
Sean Eskovitz
1217 Wilshire Boulevard, No. 3683
Santa Monica, CA 90402
seane@eskovitz.com

BRANT W. BISHOP, P.C.
Brant W. Bishop
2000 Pennsylvania Avenue, NW
Suite 7000
Washington, DC 20006
brant@bishop.us

*Counsel for Apothio LLC*

**APOTHIO'S NOTICE MOTION TO STRIKE IMPROPER CONTENT, OR IN THE ALTERNATIVE, FOR LEAVE TO FILE A SUR-REPLY IN OPPOSITION TO DEFENDANTS' MOTION TO STAY DISCOVERY**
**CASE NO. 1:20-CV-00522-NONE-JLT**