| | |
|---|---|
| Katherine Eskovitz (SBN 255105)<br>ROCHE CYRULNIK FREEDMAN LLP<br>1158 26th Street, No. 175<br>Santa Monica, CA 90403<br>keskovitz@rcfllp.com<br><br>Jordana Haviv<br>Richard R. Cipolla<br>ROCHE CYRULNIK FREEDMAN LLP<br>99 Park Avenue, 19th Floor<br>New York, NY 10016<br>jhaviv@rcfllp.com<br>rcipolla@rcfllp.com | Sean Eskovitz (SBN 241877)<br>ESKOVITZ LAW<br>1217 Wilshire Boulevard,<br>No. 3683<br>Santa Monica, CA 90402<br>seane@eskovitz.com<br><br>Brant W. Bishop<br>BRANT W. BISHOP, P.C.<br>2000 Pennsylvania Avenue, NW<br>Suite 7000<br>Washington, DC 20006<br>brant@bishop.us |

*Counsel for Plaintiff Apothio LLC*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APOTHIO, LLC,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>KERN COUNTY; KERN COUNTY SHERIFF'S OFFICE; CALIFORNIA DEPARTMENT OF FISH AND WILDLIFE; DONNY YOUNGBLOOD; JOSHUA NICHOLSON; CHARLTON H. BONHAM; JOHN DOES #1 THROUGH #10, UNKNOWN AGENTS OF THE KERN COUNTY SHERIFF'S OFFICE; JOHN DOES #11 THROUGH #20, UNKNOWN AGENTS OF THE CALIFORNIA FISH AND WILDLIFE DEPARTMENT,<br><br>　　　　　Defendants. | No. 1:20-CV-00522-NONE-JLT<br><br>**DECLARATION OF KATHERINE ESKOVITZ IN FURTHER OPPOSITION TO DEFENDANTS' MOTION TO STAY** |

DECLARATION OF KATHERINE ESKOVITZ

## DECLARATION OF KATHERINE ESKOVITZ

I, Katherine Eskovitz, declare:

1. I am an attorney admitted to practice before this Court and counsel of record for Apothio, LLC in this matter.

2. Attached as Exhibit A is a true and correct copy of the September 12, 2019 settlement offer from Apothio to Newbridge Global Ventures Inc. ("NBGV"), referenced in the October 24, 2019 probable cause affidavit signed by Defendant Joshua Nicholson. See ECF No. 66-2, Ex. O at 10. Nicholson claims that Apothio CEO Trent Jones "states" that "Apothio conspired with NBGV to ship 3300lbs of marijuana from Medford, Oregon to Apothio's site in Arvin California." *Id.* But the settlement offer makes clear that "via the shipment of 3,300 pounds of marijuana from NBGV's Medford, OR location to Apothio's Los Oso site in Arvin, CA, NBGV *unilaterally engaged in illegal and unacceptable* behavior that would have implicated Apothio. For responsible actions on Apothio's part, Apothio paused the AB business activity related to extraction equipment to prevent further damage to all our entities." Ex. A at 2 (emphasis added). The letter further explains with respect to NBGV's shipment that it was "NBGV's illegal behavior that jeopardized every entity and individual involved with NBGV, Inc., a publicly traded company federally regulated by the Securities and Exchange Commission (SEC)." *Id*.

Dated: December 11, 2020

                                         */s/ Katherine Eskovitz*
                                         Katherine Eskovitz
                                         ROCHE CYRULNIK FREEDMAN LLP
                                         1158 26th Street, No. 175
                                         Santa Monica, CA 90403
                                         keskovitz@rcfllp.com

                                         *Counsel for Apothio LLC*