# EXHIBIT A

September 12, 2019

Re: Apothio, LLC Settlement Agreement with Newbridge Global Ventures, Inc. (NBGV)

THIS CONFIDENTIAL COMMUNICATION IS TRANSMITTED FOR SETTLEMENT PURPOSES ONLY

Mr. Bench:

This confidential communication is being provided for discussion of settlement purposes only.

As you know, NBGV has breached the Apothio Bakersfield, LLC (AB) Operating Agreement and engaged in illegal activity that jeopardized AB and all of Apothio's business activity. To cap it off, NBGV attempted to take equipment from Apothio-leased property without providing any notice or communication to Apothio or AB and has now lost their preliminary *ex Parte* motion in court.  Without reservation, if we do not come to a settlement agreement by the end of business day (5 pm PST) Monday, September 16, 2019, Apothio, LLC will file in local and federal court against AFAB, NBGV, Inc. and all of its affiliates for the suit it filed this week, seeking damages from the businesses and the individuals related to NBGV and all of other affiliates. Furthermore, because of NBGV's breaches, illegal actions, general failure to perform, and unwillingness to communicate with their partners in AB, Apothio is proposing a settlement in this letter. The terms of the settlement follow the summary of relevant information.

- Newbridge marketed EcoXtraction's patented technology to Apothio, LLC and its Leadership as industry ready and capable of extracting and refining cannabinoids at industrial scale.  As of today, Newbridge's statement of "industrial scale use" remains grossly overstated.
  - After NBGV had several months of work on the technology in Medford, OR and Bakersfield, CA, we do NOT have usable technology beyond the original "tabletop" status.  This patented technology remains in the research and development phase, further demonstrating that NBGV's original technology claims were grossly overstated to Apothio, LLC.
    - Extraction via the patented "controlled cavitation", at even the lowest industrial scale flow rates, is not yet attainable.
    - The ability to separate extracted cannabis oil from the solvent, especially water as the solvent, is currently not attainable.
    - The ability to consistently remove the unwanted herbicides, pesticides and heavy metals is not yet understood.
    - Without significant funding, many months of work via a team of qualified research scientists, EcoXtraction's patent will never realize adequate income streams.
    - The reviewing scientists of this technology unanimously believe that without the supportive patented cannabis technology owned by Hydrodynamics, LLC, it is likely that EcoXtraction's controlled cavitation

> technology will be overtaken by other technology; making the current patent irrelevant.
>    - Time is of the essence as the large profit margins for early entrants in the hemp and CBD markets will disappear within the next 12 – 24 months, as CBD becomes a commodity.

- NBGV claimed that their Chief Science Officer, Dr. John MacKay, would be able to perfect the technology.  We agree that Dr. MacKay is qualified professionally.  However, at no time did it ever appear that NBGV gave Dr. MacKay a financially funded, stable working environment that would adequately support his ability to perfect the patent.  Dr. MacKay resigned from his position of CSO of NBGV, Inc., and Managing Partner of AB.
    - Without Dr. MacKay, NBGV has little to no chance of perfecting the use of controlled cavitation technology on cannabis.
    - NBGV has left AB without representation of a Managing Partner, leaving Dr. Trent Jones as the only remaining Managing Partner of AB.
        - To date, NBGV has not offered a replacement as a Managing Partner; thus, per the Operating Agreement, this makes AB handicapped in its ability to operate.
- Per the mutually executed AB Operating Agreement, NGBV agreed to pay for all overhead and expenses related to the physical installation, operation, personnel, facility costs, freight, testing laboratory equipment, lab personnel, and ALL other costs related to the extraction of Apothio's biomass.  To date, NBGV has not paid any money towards these costs; thus, Apothio, LLC has been held responsible for all of these costs. This is one of multiple breaches of the AB Operating Agreement by NBGV.
    - In writing, Apothio, LLC asked NBGV, Inc. to provide copies of all current NBGV, Inc. financials, cash on hand and income projections in order to demonstrate that NBGV is not insolvent.  NBGV did not respond to the request and did not provide any financial documents to Apothio.
    - Until demonstrated otherwise, and without a very large capital infusion, Apothio, LLC believes that NBGV, Inc. is insolvent.
- NBGV's illegal behavior that jeopardized every entity and individual involved with NBGV, Inc., a publicly traded company federally regulated by the Securities and Exchange Commission (SEC):
    - Via the shipment of 3,300 pounds of marijuana from NBGV's Medford, OR location to Apothio's Los Osos site in Arvin, CA, NBGV unilaterally engaged in illegal and unacceptable behavior that would have implicated Apothio.  For responsible actions on Apothio's part, Apothio paused the AB business activity related to the extraction equipment to prevent further damage to all of our entities.

- According to witnesses on the Los Osos site, NBGV stole extracted hemp samples, biomass, intellectual property and related items that should had not been have removed from the Los Osos site as well as Apothio campuses and hemp farms.
- Because NBGV engaged in illegal and unacceptable behavior, Apothio issued the currently active "No Trespass" order against NBGV, Inc., and all of its agents, consultants, employees and/or personnel.

Given NBGV's actions summarized above, the following terms are proposed as a settlement:

- Reputations matter. The court documents filed by AFAB, Everett Farr AND NGBV, Inc. are filled with willful misrepresentations, lies, malicious claims and are terribly damaging to all entities named, Apothio, LLC, Lehr Bros., Inc. Dr. John MacKay, Dr. Trent Jones, Mr. Pete Belluomini, Mr. Joshua Renfro and others. Therefore, AFAB, NBGV, Inc., and all of its agents, employees, consultants and affiliates included but not limited to Bob Bench, Lance Dalton, Everett Farr, Jesse Magallanes, Dick Dyer, Sam Mac, all NBGV Board of Directors, Officers and Corporate Partners, including the Officers, Directors and Board Members of EcoXtraction will agree and sign a clear, open, public document withdrawing any and all of these false claims made against Apothio, LLC, Lehr Bros., Inc., John MacKay, PhD, Trent Jones, DC, Mr. Pete Belluomini, Mr. Joshua Renfro and all others that were slandered through the Everett Farr/NBGV. Inc. *ex Parte* Filing on Tuesday, September 10, 2019.
  - These same entities and individuals (NBGV, Inc. et al) also agree to:
    - Immediately cease and desist any and all calls, letters and communication to any local, state or federal agencies regarding any subject related to Apothio, LLC, Lehr Bros. Inc. and Dr. John MacKay, Dr. Trent Jones, Mr. Pete Belluomini, Mr. Joshua Renfro and all other Apothio-related individuals in all personal, professional and business matters.
    - A "gag order" going forward to never discuss in writing or verbally any part of this transaction now and forever in the future.
    - Sign corporate and personal guarantees to never breach this clause of the Settlement Agreement.
- In order for Apothio, LLC to maintain the ability to use the controlled cavitation on cannabis, AB will continue Joint Venture between Apothio, LLC and NBGV, with modifications to the Operating Agreement to reflect substantial changes in the relationship with NBGV.
- Before the signature of a settlement agreement, NBGV agrees to pay all historical and current bills (exceeds $250,000.00) owed to AB, Apothio, LLC, and Lehr Bros, Inc.
- In order to protect Apothio's proprietary genetics and monies owed to AB and Apothio, LLC, a supplementary contract will be issued and personally guaranteed by Leadership of NBGV, Inc. and King Family to Apothio, LLC, with the King Family New Mexico Hemp

Farm personally guaranteeing that Apothio is paid, from the proceeds of the plants harvested, for its six (6) million hemp seeds, and receives all of the new seeds grown on this farm from this crop.  The known and current market value of these seeds is approximately $6 million.

- NBGV will no longer be required to provide any capital, equipment or personnel in the development and use of cannabis controlled cavitation going forward.  Apothio will self-fund the development of the controlled cavitation that it uses, driving it to the level of cavitation needed for Apothio.
- Any Intellectual Property developed from this venture will belong to AB, EcoXtraction and/or Hydrodynamics based upon existing agreements.  NBGV, Inc. waives its rights to any future Intellectual Property that is related to cavitation or cannabis developed by Apothio, LLC and/or AB.
- NBGV, Inc. will vacate its position in the management of the AB Company.  Apothio will exclusively manage AB, while ensuring that all financial documents are available for NBGV, Inc., et al's review and audit.
- Apothio will own 100% of AB, while NBGV, Inc. and EcoXtraction will be entitled to their net revenue sharing per below.
- Apothio, LLC maintains its right to use all of the licenses and patents assigned to NBGV, Inc. via Hydrodynamics.  NBGV, Inc. is required to continue paying all license fees, agreements and revenue shares to and with Hydrodynamics.  This Settlement Agreement does not change those agreements between NBGV, Inc. and Hydrodynamics.
- NBGV, Inc. et al agree that Apothio, LLC is unrestricted and free to work with any company or individual as well as any form of cavitation without restriction form NBGV, Inc., et al.
- For any reason, if NBGV, Inc. defaults on any of its agreements with Hydrodynamics, the Apothio, LLC has sole and exclusive rights to take NBGV's position in the contract with Hydrodynamics.  Apothio, LLC has the first rights to then assume NBGV's position within all other existing agreements with Hydrodynamics.
- Apothio will not be restricted in using any form of cavitation, controlled cavitation, ultrasonic cavitation, microwave cavitation and more for the purposes of extracting, refining, or processing cannabis, whether hemp or marijuana.
- Apothio will not be restricted in using controlled cavitation on any other material; such as, but not limited to natural plants, substances, chemicals and more; i.e., NBGV, Inc. agrees that it has no ability to restrict Apothio in its ability to use any form of cavitation on any substance.
- Apothio will maintain exclusive rights to the NBGV, Inc. license to use EcoXtraction cannabis cavitation extraction in the State of California and other key states or regions of cannabis extraction; such as, Indiana, Florida, Oregon, Colorado, Kentucky, Virginia, Texas, Oklahoma, Ohio, Illinois and West Virginia based on mutually agreed benchmarks.

- NBGV will receive a 10% share on the **net** proceeds of all cannabis extracted via AB and EcoXtraction controlled cavitation extraction methodology.  This 10% net profit share is the total amount of monies AB pays for the use of this technology on cannabis, whether water is the solvent or there is another co-solvent used.
- NBGV will then share their 10% net profit share with the EcoXtraction Family per their agreements.
- If accepted, this agreement will take effect immediately upon mutual signatures from authorized personnel from Apothio, LLC and NBGV, Inc.

If NBGV, Inc. and Apothio, LLC cannot complete a signed settlement agreement by the end of business day (5 pm PST) on Monday, September 16, 2019, Apothio, LLC will have no choice but to take immediate, broad, veracious legal action against NBGV, Inc, et al, until Apothio, LLC is fully and legally satisfied.

Apothio has been waiting patiently for real substantive communication from NBGV representatives and has not received any. Apothio remains open to discussion with NBGV to conclude this matter and complete a signed agreement.

Thank you for your consideration and we look forward to your reply and moving forward.

Sincerely yours,

Trent Jones, DC
CEO, Apothio, LLC