| | |
|---|---|
| Katherine Eskovitz<br>ROCHE CYRULNIK FREEDMAN LLP<br>1158 26th Street, No. 175<br>Santa Monica, CA 90403<br>keskovitz@rcfllp.com | Sean Eskovitz<br>ESKOVITZ LAW<br>1217 Wilshire Boulevard,<br>No. 3683<br>Santa Monica, CA 90402<br>seane@eskovitz.com |
| Jordana Haviv<br>Richard R. Cipolla<br>ROCHE CYRULNIK FREEDMAN LLP<br>99 Park Avenue, 19th Floor<br>New York, NY 10016<br>jhaviv@rcfllp.com<br>rcipolla@rcfllp.com | Brant W. Bishop<br>BRANT W. BISHOP, P.C.<br>2000 Pennsylvania Avenue, NW<br>Suite 7000<br>Washington, DC 20006<br>brant@bishop.us |

*Counsel for Apothio LLC*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APOTHIO, LLC,<br><br>            Plaintiff,<br><br>    v.<br><br>KERN COUNTY; KERN COUNTY SHERIFF'S OFFICE; CALIFORNIA DEPARTMENT OF FISH AND WILDLIFE; DONNY YOUNGBLOOD; JOSHUA NICHOLSON; CHARLTON H. BONHAM; JOHN DOES #1 THROUGH #10, UNKNOWN AGENTS OF THE KERN COUNTY SHERIFF'S OFFICE; JOHN DOES #11 THROUGH #20, UNKNOWN AGENTS OF THE CALIFORNIA FISH AND WILDLIFE DEPARTMENT,<br><br>            Defendants. | No. 1:20-CV-00522-NONE-JLT<br><br>**NOTICE OF WITHDRAWAL OF CO-COUNSEL BRANT W. BISHOP AND [PROPOSED] ORDER** |

**NOTICE OF WITHDRAWAL OF CO-COUNSEL BRANT W. BISHOP AND [PROPOSED] ORDER
CASE NO. 1:20-CV-00522-NONE-JLT**

PLEASE TAKE NOTICE that pursuant to Local Rule 182(d) of the United States District Court for the Eastern District of California, Brant W. Bishop, P.C., co-counsel for Apothio, LLC, is withdrawing from further representation of Apothio, LLC in this matter.  Mr. Bishop has accepted a full-time position as in-house Chief Legal Officer for a company and, as a result of this position, will no longer represent Apothio, LLC in this matter.  Apothio, LLC has consented to Mr. Bishop's withdrawal.  Attorneys at Roche Cyrulnik Freedman LLP and Eskovitz Law will continue to represent Apothio, LLC.  Mr. Bishop respectfully requests that this Court approve this withdrawal and remove him from the Court's service list with respect to this action.

Dated: December 17, 2020.

*/s/ Katherine Eskovitz*
ROCHE CYRULNIK FREEDMAN LLP
Katherine Eskovitz
1158 26th Street, No. 175
Santa Monica, CA 90403
keskovitz@rcfllp.com

Jordana Haviv
Richard R. Cipolla
99 Park Avenue, 19th Floor
New York, NY 10016
jhaviv@rcfllp.com
rcipolla@rcfllp.com

*/s/ Sean Eskovitz*
ESKOVITZ LAW
Sean Eskovitz
1217 Wilshire Boulevard, No. 3683
Santa Monica, CA 90402
seane@eskovitz.com

*/s/ Brant W. Bishop*
BRANT W. BISHOP, P.C.
Brant W. Bishop
2000 Pennsylvania Avenue, NW, Suite 7000
Washington, DC 20006
brant@bishop.us

*Counsel for Apothio LLC*

**NOTICE OF WITHDRAWAL OF CO-COUNSEL BRANT W. BISHOP AND [PROPOSED] ORDER**
**CASE NO. 1:20-CV-00522-NONE-JLT**

## [PROPOSED] ORDER

The above withdrawal of counsel is approved.

    IT IS SO ORDERED.

Dated: _____

                                        Hon. Jennifer L. Thurston
                                        Chief United States Magistrate Judge