| | |
|---|---|
| Katherine Eskovitz<br>ROCHE CYRULNIK FREEDMAN LLP<br>1158 26th Street, No. 175<br>Santa Monica, CA 90403<br>keskovitz@rcfllp.com | Sean Eskovitz<br>ESKOVITZ LAW<br>1217 Wilshire Boulevard,<br>No. 3683<br>Santa Monica, CA 90402<br>seane@eskovitz.com |
| Jordana Haviv<br>Richard R. Cipolla<br>ROCHE CYRULNIK FREEDMAN LLP<br>99 Park Avenue, 19th Floor<br>New York, NY 10016<br>jhaviv@rcfllp.com<br>rcipolla@rcfllp.com | Brant W. Bishop<br>BRANT W. BISHOP, P.C.<br>2000 Pennsylvania Avenue, NW<br>Suite 7000<br>Washington, DC 20006<br>brant@bishop.us |

*Counsel for Apothio LLC*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APOTHIO, LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>KERN COUNTY; KERN COUNTY SHERIFF'S OFFICE; CALIFORNIA DEPARTMENT OF FISH AND WILDLIFE; DONNY YOUNGBLOOD; JOSHUA NICHOLSON; CHARLTON H. BONHAM; JOHN DOES #1 THROUGH #10, UNKNOWN AGENTS OF THE KERN COUNTY SHERIFF'S OFFICE; JOHN DOES #11 THROUGH #20, UNKNOWN AGENTS OF THE CALIFORNIA FISH AND WILDLIFE DEPARTMENT,<br><br>          Defendants. | No. 1:20-CV-00522-NONE-JLT<br><br>**NOTICE OF WITHDRAWAL OF CO-COUNSEL BRANT W. BISHOP AND [PROPOSED] ORDER**<br><br>**(Doc. 70)** |

**NOTICE OF WITHDRAWAL OF CO-COUNSEL BRANT W. BISHOP AND [PROPOSED] ORDER
CASE NO. 1:20-CV-00522-NONE-JLT**

1    PLEASE TAKE NOTICE that pursuant to Local Rule 182(d) of the United States District
2 Court for the Eastern District of California, Brant W. Bishop, P.C., co-counsel for Apothio, LLC,
3 is withdrawing from further representation of Apothio, LLC in this matter.  Mr. Bishop has
4 accepted a full-time position as in-house Chief Legal Officer for a company and, as a result of this
5 position, will no longer represent Apothio, LLC in this matter.  Apothio, LLC has consented to
6 Mr. Bishop's withdrawal.  Attorneys at Roche Cyrulnik Freedman LLP and Eskovitz Law will
7 continue to represent Apothio, LLC.  Mr. Bishop respectfully requests that this Court approve this
8 withdrawal and remove him from the Court's service list with respect to this action.
9 Dated: December 17, 2020.

*/s/ Katherine Eskovitz*
ROCHE CYRULNIK FREEDMAN LLP
Katherine Eskovitz
1158 26th Street, No. 175
Santa Monica, CA 90403
keskovitz@rcfllp.com

Jordana Haviv
Richard R. Cipolla
99 Park Avenue, 19th Floor
New York, NY 10016
jhaviv@rcfllp.com
rcipolla@rcfllp.com

*/s/ Sean Eskovitz*
ESKOVITZ LAW
Sean Eskovitz
1217 Wilshire Boulevard, No. 3683
Santa Monica, CA 90402
seane@eskovitz.com

*/s/ Brant W. Bishop*
BRANT W. BISHOP, P.C.
Brant W. Bishop
2000 Pennsylvania Avenue, NW, Suite 7000
Washington, DC 20006
brant@bishop.us

*Counsel for Apothio LLC*

**NOTICE OF WITHDRAWAL OF CO-COUNSEL BRANT W. BISHOP AND [PROPOSED] ORDER
CASE NO. 1:20-CV-00522-NONE-JLT**

**[PROPOSED] ORDER**

The above withdrawal of counsel is approved.

IT IS SO ORDERED.

Dated: **December 17, 2020**          **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE