XAVIER BECERRA, State Bar No. 118517
Attorney General of California
BRUCE D. MCGAGIN, State Bar No. 170146
Supervising Deputy Attorney General
ETHAN A. TURNER, State Bar No. 294891
KELLY T. SMITH, State Bar No. 196821
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-6465
  Fax: (916) 322-8288
  E-mail:  Kelly.Smith@doj.ca.gov
*Attorneys for Defendants, Department of Fish and
Wildlife and Director Charlton H. Bonham*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CIVIL DIVISION

| | |
|---|---|
| **APOTHIO, LLC,**<br>　　　　　　　　　　　　Plaintiff,<br>v.<br>**KERN COUNTY; KERN COUNTY SHERIFF'S OFFICE; CALIFORNIA DEPARTMENT OF FISH AND WILDLIFE; DONNY YOUNGBLOOD; JOSHUA NICHOLSON; CHARLTON H. BONHAM; JOHN DOES #1 THROUGH #10, UNKNOWN AGENTS OF THE KERN COUNTY SHERIFF'S OFFICE; JOHN DOES #11 THROUGH #20, UNKNOWN AGENTS OF THE CALIFORNIA FISH AND WILDLIFE DEPARTMENT,**<br>　　　　　　　　　　　　Defendants. | Case No. 1:20-cv-00522-NONE-JLT<br><br>**STATE DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE AND NOTICE OF SUPPLEMENTAL INFORMATION REGARDING DEFENDANTS' DISCLOSURE OF PROBABLE CAUSE AFFIDAVIT**<br><br>Dept:　　Courtroom 4<br>Judge:　　NONE<br><br>Action Filed:  April 10, 2020 |

### INTRODUCTION

Plaintiff Apothio, LLC, (Apothio) seeks "leave to file and notice of supplemental information regarding defendants' disclosure of probable cause affidavit." Department of Fish and Wildlife and Charlton H. Bonham (State Defendants) oppose this latest "supplemental"

1

State Defendants' Opposition to Plaintiff's Motion for Leave to File and Notice of Supplemental Information
(Case No. 1:20-cv-00522-NONE-JLT)

briefing request by Apothio as an improper attempt to sur-reply its opposition to defendants' motion to dismiss.

## DISCUSSION

Apothio's motion for leave appears to be an attempt to augment its briefing in opposition to defendants' motions to dismiss and strike the complaint. That briefing has long ago closed. Fed. R. Civ. P. 78, L. R. 230. As such it is improper.

Moreover, the motion fails to request notice of the probable cause affidavit, apparently assuming notice was taken with defendants' motion to stay discovery, which was granted by the court January 8, 2021. ECF 72. The motion lacks reference to any authority supporting the motion. Finally, the motion makes multiple unsubstantiated assertions and legal and factual conclusions about the affidavit of probable cause. Accordingly, the State Defendants oppose granting leave to Apothio to supplement its briefing in opposition to the motions to dismiss and strike.

## CONCLUSION

State Defendants request the court deny Apothio's motion for "leave to file and notice of supplemental information regarding defendants' disclosure of probable cause affidavit." If the court is inclined to grant leave, State Defendants request leave to file supplemental argument addressing the notice, the affidavit of probable cause, and Apothio's arguments.

Dated:  January 19, 2021                         Respectfully Submitted,

XAVIER BECERRA
Attorney General of California
BRUCE D. MCGAGIN
Supervising Deputy Attorney General

  /s/ Kelly Smith

KELLY T. SMITH
Deputy Attorney General
*Attorneys for Defendants, Department of Fish and Wildlife and Director Charlton H. Bonham*

2

# CERTIFICATE OF SERVICE

Case Name:   **Apothio, LLC. v. CDFW, et. al.**        No.    **1:20-CV-00522**

I hereby certify that on January 19, 2021, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STATE DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE AND NOTICE OF SUPPLEMENTAL INFORMATION REGARDING DEFENDANTS' DISCLOSURE OF PROBABLE CAUSE AFFIDAVIT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on January 19, 2021, at Sacramento, California.

|  |  |
|---|---|
| S. Claiborne | *Sharon Claiborne* |
| Declarant | Signature |

SD2020800079
34749737.docx