MARGO A. RAISON, COUNTY COUNSEL
Kathleen Rivera, Deputy (SBN 211606)
Phillip T. Jenkins, Deputy (SBN 309523)
Kern County Administrative Center
1115 Truxtun Avenue, Fourth Floor
Bakersfield, CA 93301
Telephone 661-868-3800

Attorneys for Defendants County of Kern,
Donny Youngblood and Joshua Nicholson

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| APOTHIO, LLC, | ) Case No.: 1:20-CV-00522-NONE-JLT |
|---|---|
| Plaintiffs, | ) COUNTY DEFENDANTS' NOTICE OF |
| | ) JOINDER IN OPPOSITION TO |
| v. | ) PLAINTIFF'S MOTION FOR LEAVE TO |
| | ) FILE AND NOTICE OF |
| KERN COUNTY; KERN COUNTY | ) SUPPLEMENTAL INFORMATION |
| SHERIFF'S OFFICE; CALIFORNIA | ) REGARDING DEFENDANTS' |
| DEPARTMENT OF FISH AND | ) DISCLOSURE OF PROBABLE CAUSE |
| WILDLIFE; DONNY YOUNGBLOOD; | ) AFFIDAVIT |
| JOSHUA NICHOLSON; CHARLTON H. | ) FILED BY DEFENDANT STATE OF |
| BONHAM; JOHN DOES #1 THROUGH | ) CALIFORNIA, CALIFORNIA |
| #10, UNKNOWN AGENTS OF THE | ) DEPARTMENT OF FISH AND |
| KERN COUNTY SHERIFF'S OFFICE; | ) WILDLIFE and CHARLTON H. |
| JOHN DOES #11 THROUGH #20, | ) BONHAM (ECF DOC 75) |
| UNKNOWN AGENTS OF THE | ) |
| CALIFORNIA FISH AND WILDLIFE | ) Ctrm: 4 |
| DEPARTMENT, | ) Judge: NONE |
| | ) |
| Defendants. | ) Complaint filed: April 10, 2020 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD;

    COME NOW Defendants County of Kern, on behalf of itself and its integral agency the Kern County Sheriff's Office, Sheriff Donny Youngblood and Sergeant Joshua Nicholson (hereinafter collectively "County defendants") and hereby provide **NOTICE OF JOINDER** in the Opposition Brief filed by the California Dept. of Fish and Wildlife and Charlton H. Bonham ("State Defendants") (ECF Doc. 75).

1 In addition, County defendants respectfully request that any relief ordered by the Court relative to the State Defendants' Opposition to Motion for Leave to File and Notice of Supplemental Information Regarding Defendants' Disclosure of Probable Cause Affidavit also be ordered in favor of County defendants.

Dated: January 21, 2021              MARGO A. RAISON, COUNTY COUNSEL

By: /s/ Kathleen Rivera
Kathleen Rivera, Deputy
Phillip T. Jenkins, Deputy
Attorneys for Defendants County
of Kern, Donny Youngblood and
Joshua Nicholson

#25B2039