| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*: Viviano E. Aguilar, SBN 306029<br>Daniel M. Root, SBN 311840  Dan Raytis, SBN 218374<br>Belden Blaine Raytis LLP<br>5016 California Ave., Ste. 3, Bakersfield, CA 93309<br>ATTORNEY FOR LIEN CLAIMANT: Lehr Brothers, Inc., a California corporation | TELEPHONE NO.: 6618647827 | FOR COURT USE ONLY |
|---|---|---|
| NAME OF COURT: United States District Court Eastern District California<br>STREET ADDRESS: 510 19th Street<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: Bakersfield, California 93301<br>BRANCH NAME: Eastern District | | |
| PLAINTIFF: Apothio, LLC, a Colorado limited liability company<br><br>DEFENDANT: Kern County, a California public entity; et al. | | |
| **NOTICE OF LIEN**<br>(Attachment—Enforcement of Judgment) | CASE NUMBER:<br>1:20-cv-00522-NONE-JLT | |

ALL PARTIES IN THIS ACTION ARE NOTIFIED THAT

1. A lien is created by this notice under
   a. ☐ Article 3 (commencing with section 491.410) of Chapter 11 of Title 6.5 of Part 2 of the Code of Civil Procedure.
   b. ☑ Article 5 (commencing with section 708.410) of Chapter 6 of Title 9 of Part 2 of the Code of Civil Procedure.

2. The lien is based on a
   a. ☐ right to attach order and an order permitting the creation of a lien (copies attached).
   b. ☑ money judgment.

3. The right to attach order or the money judgment is entered in the following action:
   a. Title of court *(specify)*: Superior Court of California, County of Kern
   b. Name of case *(specify)*: Lehr Brothers, Inc. v. Apothio, LLC
   c. Number of case *(specify)*: BCV-20-100293
   d. ☑ Date of entry of judgment *(specify)*: December 2, 2020 (See Attachments A and B)
   e. ☐ Dates of renewal of judgment *(specify)*:

4. The name and address of the judgment creditor or person who obtained the right to attach order are *(specify)*:
Lehr Brothers, Inc., a California corporation, 12901 Packing House Road, Bakersfield, California 93307

5. The name and last known address of the judgment debtor or person whose property is subject to the right to attach order are *(specify)*:
Apothio, LLC, a Colorado limited liability company, 74 S. Bellerive Drive, Peru, Indiana 46970

6. The amount required to satisfy the judgment creditor's money judgment or to secure the amount to be secured by the attachment at the time this notice of lien is filed is
$ 61,475.60

7. The lien created by this notice attaches to any cause of action of the person named in item 5 that is the subject of this action or proceeding and to that person's rights to money or property under any judgment subsequently procured in this action or proceeding.

8. No compromise, dismissal, settlement, or satisfaction of this action or proceeding or any of the rights of the person named in item 5 to money or property under any judgment procured in this action or proceeding may be entered into by or on behalf of that person, and that person may not enforce any rights to money or property under any judgment procured in this action or proceeding by a writ or otherwise, unless one of the following requirements is satisfied:

   a. the prior approval by order of the court in this action or proceeding has been obtained;
   b. the written consent of the person named in item 4 has been obtained or that person has released the lien; or
   c. the money judgment of the person named in item 4 has been satisfied.

> **NOTICE**  The person named in item 5 may claim an exemption for all or any portion of the money or property within 30 days after receiving notice of the creation of the lien. The exemption is waived if it is not claimed in time.

Date: May 7, 2021

Daniel M. Root                                                            ▶ *Daniel Root*
*(TYPE OR PRINT NAME)*                                                            *(SIGNATURE OF LIEN CLAIMANT OR ATTORNEY)*

# Attachment A

UD-110

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Daniel N. Raytis, Bar No. 218374<br>Daniel M. Root, Bar No. 311840<br>5016 California Avenue, Suite 3<br>TELEPHONE NO.: 6618647827   FAX NO. (Optional): 6619789797<br>E-MAIL ADDRESS (Optional): dan@bbr.law / droot@bbr.law<br>ATTORNEY FOR (Name): Lehr Brother, Inc., a California corporation | FILED<br>KERN COUNTY SUPERIOR COURT<br>12/02/2020<br>BY Dickey, Leslie<br>DEPUTY |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Kern
STREET ADDRESS: 1415 Truxtun Avenue
MAILING ADDRESS: Same
CITY AND ZIP CODE: Bakersfield, 93301
BRANCH NAME: Metropolitan

PLAINTIFF: Lehr Brothers, Inc., a California corporation

DEFENDANT: Apothio, LLC, a Coloardo limited liability company

| JUDGMENT—UNLAWFUL DETAINER | CASE NUMBER: |
|---|---|
| ☐ By Clerk    ☑ By Default    ☐ After Court Trial<br>☑ By Court   ☐ Possession Only   ☐ Defendant Did Not Appear at Trial | BCV-20-100293 |

## JUDGMENT

1. ☑ **BY DEFAULT**
   a. Defendant was properly served with a copy of the summons and complaint.
   b. Defendant failed to answer the complaint or appear and defend the action within the time allowed by law.
   c. Defendant's default was entered by the clerk upon plaintiff's application.
   d. ☐ **Clerk's Judgment** (Code Civ. Proc., § 1169). For possession only of the premises described on page 2 (item 4).
   e. ☑ **Court Judgment** (Code Civ. Proc., § 585(b)). The court considered
      (1) ☐ plaintiff's testimony and other evidence.
      (2) ☑ plaintiff's or others' written declaration and evidence (Code Civ. Proc., § 585(d)).

2. ☐ **AFTER COURT TRIAL.** The jury was waived. The court considered the evidence.
   a. The case was tried on (date and time):
      before (name of judicial officer):
   b. Appearances by:
      ☐ Plaintiff (name each):
      ☐ Plaintiff's attorney (name each):
         (1)
         (2)
      ☐ Continued on *Attachment* 2b (form MC-025).
      ☐ Defendant (name each):
      ☐ Defendant's attorney (name each):
         (1)
         (2)
      ☐ Continued on *Attachment* 2b (form MC-025).
   c. ☐ Defendant did not appear at trial. Defendant was properly served with notice of trial.
   d. ☐ A statement of decision (Code Civ. Proc., § 632)   ☐ was not   ☐ was   requested.

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
UD-110 [New January 1, 2003]

**JUDGMENT—UNLAWFUL DETAINER**

Code of Civil Procedure, §§ 415.46,
585(d), 664.6, 1169

| PLAINTIFF: Lehr Brothers, Inc., a California corporation | CASE NUMBER: |
|---|---|
| DEFENDANT: Apothio, LLC, a Coloardo limited liability company | BCV-20-100293 |

JUDGMENT IS ENTERED AS FOLLOWS BY: [✓] THE COURT   [ ] THE CLERK

3. **Parties.** Judgment is
   a. [✓] for plaintiff (name each): Lehr Brothers, Inc., a California corporation

   and against defendant (name each): Apothio, LLC, a Colorado limited liability company

   [ ] Continued on Attachment 3a (form MC-025).
   b. [ ] for defendant (name each):

4. [ ] Plaintiff  [ ] Defendant  is entitled to possession of the premises located at (street address, apartment, city, and county):

5. [ ] Judgment applies to all occupants of the premises including tenants, subtenants if any, and named claimants if any (Code Civ. Proc., §§ 715.010, 1169, and 1174.3).

6. **Amount and terms of judgment**
   a. [✓] Defendant named in item 3a above must pay plaintiff on the complaint:

   | (1) | [✓] Past-due rent | $ 48,000.00 |
   |---|---|---|
   | (2) | [ ] Holdover damages | $ |
   | (3) | [✓] Attorney fees | $ 13,110.00 |
   | (4) | [✓] Costs | $ 365.60 |
   | (5) | [ ] Other (specify): | $ |
   | (6) | **TOTAL JUDGMENT** | $ 61,475.60 |

   b. [ ] Plaintiff is to receive nothing from defendant named in item 3b.
   [ ] Defendant named in item 3b is to recover costs: $
   [ ] and attorney fees: $   .

   c. [ ] The rental agreement is canceled.   [✓] The lease is forfeited.

7. [ ] **Conditional judgment.** Plaintiff has breached the agreement to provide habitable premises to defendant as stated in Judgment—Unlawful Detainer Attachment (form UD–110S), which is attached.

8. [ ] **Other** (specify):

   Signed: 12/2/2020 03:27 PM

   [ ] Continued on Attachment 8 (form MC-025).

Date: 12/02/2020     X _____
                         JUDICIAL OFFICER

Date: _____     [ ] Clerk, by _____, Deputy

(SEAL)

**CLERK'S CERTIFICATE** (Optional)

I certify that this is a true copy of the original judgment on file in the court.

Date:

Clerk, by _____, Deputy

UD-110 [New January 1, 2003]     **JUDGMENT—UNLAWFUL DETAINER**     Page 2 of 2

Case No. BCV-20-100293

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF KERN

  I am employed in the County of Kern, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 5016 California Ave., Suite 3, Bakersfield, CA 93309. My email address is cherrijo@bbr.law.

  On **August 25, 2020**, I served the following document(s) described as

**JUDGMENT**

on the interested parties in this action by placing a copy thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| MICHAEL OKAYO, ESQ.<br>1515 HAWTHORNE BLVD., SUITE 200<br>TORRANCE, CA 90503 | Attorney for Defendant |
| MIHCAEL D. GRAHN- AGENT FOR SERVICE FOR APOTHIO, LLC<br>A COLORADO LIMITED LIABILITY COMPANY<br>1801 CENTURY PARK EAST, 24TH FLOOR<br>LOS ANGELES, CA 90067 | Agent for Service of Process for Apothio, LLC a Colorado limited liability company |
| APOTHIO, LLC<br>A COLORADO LIMITED LIABILITY COMPANY<br>74 S. BELLERIVE DRIVE<br>PERU, INDIANA 46970 | Defendant |
| REGISTERED AGENT, INC.<br>2477 COMMERCE BLVD., UNIT E<br>GRAND JUNCTION, CO 81505 | Agent for Service of Process for Apothio, LLC a Colorado limited liability company |

[X]  **BY MAIL** I enclosed such document in sealed envelope(s) with the name(s) and address(s) of the person(s) served as shown on the envelope(s) and caused such envelope(s) to be deposited in the mail at Bakersfield, California. The envelope(s) was/were mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

  Executed on **August 25, 2020**, at Bakersfield, California.

  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

                    */s/ Cherri Jo Bassler*
                     Cherri Jo Bassler

# Attachment B

EJ-001

**ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, address, and State Bar number):*
After recording, return to:
Dan N. Ratyis, SBN 218374
Daniel M. Root, SBN 311840
Belden Blaine Raytis LLP
5016 California Avenue, Ste. 3
Bakersfield, CA 93309
TEL NO.: (661) 865-7827   FAX NO. (optional): (661) 978-9797
E-MAIL ADDRESS *(Optional)*: dan@bbr.law / droot@bbr.law

[X] ATTORNEY FOR  [X] JUDGMENT CREDITOR  [ ] ASSIGNEE OF RECORD

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** KERN
STREET ADDRESS: 1415 Truxtun Avenue
MAILING ADDRESS:
CITY AND ZIP CODE: Bakersfield, CA 93301
BRANCH NAME: Metropolitan

PLAINTIFF: Lehr Brothers, Inc., a California corporation
DEFENDANT: Apothio, LLC, a Colorado limited liability company

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**   [ ] Amended

CASE NUMBER: BCV-20-100293

FOR COURT USE ONLY

Pursuant to California Government Code § 68150(f), the Clerk of the Court hereby certifies this document as a correct copy of the official court record. This official certified court record shall have the same validity and legal force and effect as an original paper document. California Government Code § 68150(g).

1. The [X] judgment creditor [ ] assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address
      Apothio, LLC, a Colorado limited liability company
      74 S. Bellerive Drive
      Peru, Indiana 46970
   b. Driver's license no. [last 4 digits] and state:  [X] Unknown
   c. Social security no. [last 4 digits]:  [X] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address)*:
      Apothio, LLC, a Colorado limited liability company - Michael D. Grahn (Agent for Service) - 1801 Centry Park East, 24th Floor Los Angeles, California 90067

2. [ ] Information on additional judgment debtors is shown on page 2.
3. Judgment creditor *(name and address)*:
   Lehr Brothers, Inc., a California corporation
   12901 Packing House Road
   Bakersfield, California 93307

4. [ ] Information on additional judgment creditors is shown on page 2.
5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

Date: March 17, 2021
Daniel M. Root
(TYPE OR PRINT NAME)

▶ *Daniel Root*
(SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed: $61,475.60
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on *(date)*: December 2, 2020
   b. Renewal entered on *(date)*:
9. [ ] This judgment is an installment judgment.

10. [ ] An [ ] execution lien [ ] attachment lien is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of *(name and address)*:

11. A stay of enforcement has
    a. [X] not been ordered by the court.
    b. [ ] been ordered by the court effective until *(date)*:

12. a. [X] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [X] A certified copy of the judgment is attached.

[SEAL]

TAMARAH HARBER-PICKENS
This abstract issued on *(date)*: 3/18/2021

Clerk, by _____, Deputy

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**

ELECTRONICALLY FILED   Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190

| | |
|---|---|
| PLAINTIFF: Lehr Brothers, Inc., a California corporation<br>DEFENDANT: Apothio, LLC, a Colorado limited liability company | COURT CASE NO.:<br>BCV-20-100293 |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*

14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16. Name and last known address

Driver's license no. [last 4 digits] and state:   ☐ Unknown
Social security no. [last 4 digits]:   ☐ Unknown
Summons was personally served at or mailed to *(address):*

17. Name and last known address

Driver's license no. [last 4 digits] and state:   ☐ Unknown
Social security no. [last 4 digits]:   ☐ Unknown
Summons was personally served at or mailed to *(address):*

18. Name and last known address

Driver's license no. [last 4 digits] and state:   ☐ Unknown
Social security no. [last 4 digits]:   ☐ Unknown
Summons was personally served at or mailed to *(address):*

19. Name and last known address

Driver's license no. [last 4 digits] and state:   ☐ Unknown
Social security no. [last 4 digits]:   ☐ Unknown
Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Daniel N. Raytis, Bar No. 218374<br>Daniel M. Root, Bar No. 311840<br>5016 California Avenue, Suite 3<br>TELEPHONE NO.: 6618647827  FAX NO. *(Optional)*: 6619789797<br>E-MAIL ADDRESS *(Optional)*: dan@bbr.law / droot@bbr.law<br>ATTORNEY FOR *(Name)*: Lehr Brother, Inc., a California corporation | FILED<br>KERN COUNTY SUPERIOR COURT<br>12/02/2020<br>BY Dickey, Leslie<br>DEPUTY |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Kern
STREET ADDRESS: 1415 Truxtun Avenue
MAILING ADDRESS: Same
CITY AND ZIP CODE: Bakersfield, 93301
BRANCH NAME: Metropolitan

PLAINTIFF: Lehr Brothers, Inc., a California corporation

DEFENDANT: Apothio, LLC, a Coloardo limited liability company

| JUDGMENT—UNLAWFUL DETAINER | CASE NUMBER: |
|---|---|
| ☐ By Clerk    ☑ By Default    ☐ After Court Trial<br>☑ By Court    ☐ Possession Only    ☐ Defendant Did Not Appear at Trial | BCV-20-100293 |

## JUDGMENT

1. ☑ **BY DEFAULT**
   a. Defendant was properly served with a copy of the summons and complaint.
   b. Defendant failed to answer the complaint or appear and defend the action within the time allowed by law.
   c. Defendant's default was entered by the clerk upon plaintiff's application.
   d. ☐ **Clerk's Judgment** (Code Civ. Proc., § 1169). For possession only of the premises described on page 2 (item 4).
   e. ☑ **Court Judgment** (Code Civ. Proc., § 585(b)). The court considered
      (1) ☐ plaintiff's testimony and other evidence.
      (2) ☑ plaintiff's or others' written declaration and evidence (Code Civ. Proc., § 585(d)).

2. ☐ **AFTER COURT TRIAL.** The jury was waived. The court considered the evidence.
   a. The case was tried on *(date and time)*:
      before *(name of judicial officer)*:
   b. Appearances by:
      ☐ Plaintiff *(name each)*:                    ☐ Plaintiff's attorney *(name each)*:
                                                     (1)
                                                     (2)

      ☐ Continued on *Attachment* 2b (form MC-025).

      ☐ Defendant *(name each)*:                    ☐ Defendant's attorney *(name each)*:
                                                     (1)
                                                     (2)

      ☐ Continued on *Attachment* 2b (form MC-025).

   c. ☐ Defendant did not appear at trial. Defendant was properly served with notice of trial.
   d. ☐ A statement of decision (Code Civ. Proc., § 632)  ☐ was not  ☐ was  requested.

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
UD-110 [New January 1, 2003]

**JUDGMENT—UNLAWFUL DETAINER**

Code of Civil Procedure, §§ 415.46,
585(d), 664.6, 1169

| PLAINTIFF: Lehr Brothers, Inc., a California corporation | CASE NUMBER: |
|---|---|
| DEFENDANT: Apothio, LLC, a Coloardo limited liability company | BCV-20-100293 |

**JUDGMENT IS ENTERED AS FOLLOWS BY:** [✓] **THE COURT**  [ ] **THE CLERK**

3. **Parties.** Judgment is
   a. [✓] for plaintiff (name each): Lehr Brothers, Inc., a California corporation

   and against defendant (name each): Apothio, LLC, a Colorado limited liability company

   [ ] Continued on *Attachment* 3a (form MC-025).
   b. [ ] for defendant (name each):

4. [ ] Plaintiff  [ ] Defendant  is entitled to possession of the premises located at *(street address, apartment, city, and county):*

5. [ ] Judgment applies to all occupants of the premises including tenants, subtenants if any, and named claimants if any (Code Civ. Proc., §§ 715.010, 1169, and 1174.3).

6. **Amount and terms of judgment**
   a. [✓] Defendant named in item 3a above must pay plaintiff on the complaint:

   | | | |
   |---|---|---|
   | (1) [✓] Past-due rent | $ 48,000.00 |
   | (2) [ ] Holdover damages | $ |
   | (3) [✓] Attorney fees | $ 13,110.00 |
   | (4) [✓] Costs | $ 365.60 |
   | (5) [ ] Other *(specify):* | $ |
   | (6) **TOTAL JUDGMENT** | $ 61,475.60 |

   b. [ ] Plaintiff is to receive nothing from defendant named in item 3b.
      [ ] Defendant named in item 3b is to recover costs: $
      [ ] and attorney fees: $        .

   c. [ ] The rental agreement is canceled.  [✓] The lease is forfeited.

7. [ ] **Conditional judgment.** Plaintiff has breached the agreement to provide habitable premises to defendant as stated in *Judgment—Unlawful Detainer Attachment* (form UD–110S), which is attached.

8. [ ] **Other** *(specify):*

   Signed: 12/2/2020 03:27 PM

   [ ] Continued on *Attachment* 8 (form MC-025).

Date: 12/02/2020       X _____
                          JUDICIAL OFFICER

Date: _____       [ ] Clerk, by _____, Deputy

(SEAL)

**CLERK'S CERTIFICATE** *(Optional)*
I certify that this is a true copy of the original judgment on file in the court.

Date:

Clerk, by _____, Deputy

UD-110 [New January 1, 2003]       **JUDGMENT—UNLAWFUL DETAINER**       Page 2 of 2

Case No. BCV-20-100293

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF KERN

  I am employed in the County of Kern, State of California.  I am over the age of eighteen years and not a party to the within action; my business address is 5016 California Ave., Suite 3, Bakersfield, CA 93309.  My email address is cherrijo@bbr.law.

  On **August 25, 2020**, I served the following document(s) described as

**JUDGMENT**

on the interested parties in this action by placing a copy thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| MICHAEL OKAYO, ESQ.<br>1515 HAWTHORNE BLVD., SUITE 200<br>TORRANCE, CA 90503 | Attorney for Defendant |
| MIHCAEL D. GRAHN- AGENT FOR SERVICE FOR APOTHIO, LLC<br>A COLORADO LIMITED LIABILITY COMPANY<br>1801 CENTURY PARK EAST, 24TH FLOOR<br>LOS ANGELES, CA 90067 | Agent for Service of Process for Apothio, LLC a Colorado limited liability company |
| APOTHIO, LLC<br>A COLORADO LIMITED LIABILITY COMPANY<br>74 S. BELLERIVE DRIVE<br>PERU, INDIANA 46970 | Defendant |
| REGISTERED AGENT, INC.<br>2477 COMMERCE BLVD., UNIT E<br>GRAND JUNCTION, CO 81505 | Agent for Service of Process for Apothio, LLC a Colorado limited liability company |

[X]  **BY MAIL** I enclosed such document in sealed envelope(s) with the name(s) and address(s) of the person(s) served as shown on the envelope(s) and caused such envelope(s) to be deposited in the mail at Bakersfield, California.  The envelope(s) was/were mailed with postage thereon fully prepaid.  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  It is deposited with the U.S. postal service on that same day in the ordinary course of business.  I am aware that on motion of party, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

  Executed on **August 25, 2020**, at Bakersfield, California.

  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

                   _____
                    Cherri Jo Bassler

Case No. 1:20-cv-00522-NONE-JLT

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF KERN

I am employed in the County of Kern, State of California.  I am over the age of eighteen years and not a party to the within action; my business address is 5016 California Ave., Suite 3, Bakersfield, CA 93309.  My email address is heather@bbr.law.

On **May 7, 2021**, I served the following document(s) described as

## NOTICE OF LIEN

on the interested parties in this action by placing a copy thereof enclosed in sealed envelopes addressed as follows:

| | | |
|---|---|---|
| Richard R. Cipolla, PHV<br>Roche Cyrulnik Freedman, LLP<br>99 Park Ave., Ste. 1910<br>New York, NY 10016 | Joseph Delich, PHV<br>Roche Cyrulnik Freedman, LLP<br>99 Park Ave., Ste. 1910<br>New York, NY 10016 | Katherine Anne Eskovitz<br>Roche Cyrulnik Freedman, LLP<br>1158 26th Street, No. 175<br>Santa Monica, CA 90403 |
| Kyle Roche, PHV<br>Roche Cyrulnik Freedman, LLP<br>99 Park Ave., 19th Floor<br>New York, NY 10016 | Bryant W. Bishop, PHV<br>Brant W. Bishop, P.C.<br>2000 Pennsylvania Ave., NW<br>#7000<br>Washington, DC 20006 | Stacey L. Roberts<br>Attorney General's Office<br>1300 I Street, Ste. 1101<br>Sacramento, CA 94244 |
| Kelly Theodore Smith<br>CA Dept. of Justice<br>P.O. Box 944255<br>Sacramento, CA 94244 | Kathleen Rivera<br>Kern County Counsel<br>1115 Truxtun Ave., 4th Floor<br>Bakersfield, CA 93301 | Bruce D. McGagin<br>Office of the Attorney General<br>1300 I Street<br>Sacramento, CA 95814 |
| Phillip Thomas Jenkins<br>Kern County Counsel<br>1115 Truxtun Ave., 4th Floor<br>Bakersfield, CA 93301 | Andrew C. Thomson<br>Kern County Counsel<br>1115 Truxtun Ave., 4th Floor<br>Bakersfield, CA 93301 | Ethan Allen Turner<br>CA Dept. of Justice<br>1300 I Street<br>Sacramento, CA 95814 |

[X]  **BY MAIL**   I enclosed such document in sealed envelope(s) with the name(s) and address(s) of the person(s) served as shown on the envelope(s) and caused such envelope(s) to be deposited in the mail at Bakersfield, California.  The envelope(s) was/were mailed with postage thereon fully prepaid.  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  It is deposited with the U.S. postal service on that same day in the ordinary course of business.  I am aware that on motion of party, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on **May 7, 2021**, at Bakersfield, California.

1 |       I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____
Heather McCoy