Rob Bonta, State Bar No. 202668
Attorney General of California
Christine E. Garske, State Bar No. 232879
Supervising Deputy Attorney General
Joshua Eisenberg, State Bar No. 279323
Supervising Deputy Attorney General
Ethan A. Turner, State Bar No. 294891
Kelly T. Smith, State Bar No. 196821
Deputy Attorneys General
  Telephone: (916) 210-6465
  Fax: (916) 322-8288
  E-mail: Kelly.Smith@doj.ca.gov
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
*Attorneys for Defendants California Department of Fish and Wildlife, Andrew Halverson and Charlton H. Bonham*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **APOTHIO, LLC,**<br><br>   Plaintiff,<br><br>   v.<br><br>**KERN COUNTY; KERN COUNTY SHERIFF'S OFFICE; CALIFORNIA DEPARTMENT OF FISH AND WILDLIFE; DONNY YOUNGBLOOD; JOSHUA NICHOLSON; ANDREW HALVERSON, AND CHARLTON H. BONHAM,**<br><br>   Defendants. | 1:20-cv-00522-JLT-BAK (EPG)<br><br>**ORDER TO EXTEND DUE DATE OF RESPONSIVE PLEADING**<br><br>[Fed. R. Civ. P. 6, Local Rule 144] |

**ORDER**

In accordance with Local Rule 144, and Federal Rule of Civil Procedure rule 6, the Court hereby approves the stipulation of the parties to extend the time for responses to the first amended complaint. The responsive pleadings for all Defendants shall be filed on or before August 8, 2022. If any Defendant moves to dismiss the first amended complaint, Plaintiff shall file any opposition to the motion to dismiss by Friday, September 30, 2022, and the moving Defendant shall file any reply by October 28, 2022.

IT IS SO ORDERED.

Dated:   **June 7, 2022**              /s/ Erica P. Grosjean
                                       UNITED STATES MAGISTRATE JUDGE