


**United States District Court**
**Eastern District of California**

FILED
SEP 28 2022
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

Apothio, LLC
Plaintiff(s)

V.

Kern County, et al.
Defendant(s)

Case Number: 1:20-cv-00522-JLT-BAK

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Edward Normand hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Apothio, LLC

On 11/25/1996 (date), I was admitted to practice and presently in good standing in the Appellate Division of the Supreme Court of New York First Judicial Department (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[ ] I have [✔] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 09/27/2022                Signature of Applicant: /s/ Edward Normand

---

U.S. District Court – Pro Hac Vice Application
Revised July 6, 2021

Page 1

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Edward Normand |
| Law Firm Name: | Roche Freedman LLP |
| Address: | 99 Park Avenue, Suite 1910 |
| City: | New York   State: NY   Zip: 10016 |
| Phone Number w/Area Code: | (646) 350-0527 |
| City and State of Residence: | Bronxville, New York |
| Primary E-mail Address: | tnormand@rochefreedman.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Katherine Eskovitz |
| Law Firm Name: | Eskovitz Law |
| Address: | 1217 Wilshire Boulevard, No. 3683 |
| City: | Santa Monica   State: CA   Zip: 90402 |
| Phone Number w/Area Code: | (323) 821-0805   Bar # 255105 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 9/28/22

_____
JUDGE, U.S. DISTRICT COURT