Rob Bonta, State Bar No. 202668
Attorney General of California
Christine E. Garske, State Bar No. 232879
Supervising Deputy Attorney General
Joshua B. Eisenberg, State Bar No. 279323
Supervising Deputy Attorney General
Ethan A. Turner, State Bar No. 294891
Kelly T. Smith, State Bar No. 196821
Deputy Attorneys General
 Telephone: (916) 210-6465
 Fax: (916) 322-8288
 E-mail: Kelly.Smith@doj.ca.gov
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550

*Attorneys for Defendants State of California, by and through California Department of Fish and Wildlife, Andrew Halverson and Charlton H. Bonham*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CIVIL DIVISION

| | |
|---|---|
| **APOTHIO, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**KERN COUNTY; KERN COUNTY SHERIFF'S OFFICE; CALIFORNIA DEPARTMENT OF FISH AND WILDLIFE; DONNY YOUNGBLOOD; JOSHUA NICHOLSON; ANDREW HALVERSON; CHARLTON H. BONHAM,**<br><br>Defendants. | Case No. 1:20−CV−00522−JLT−BAK (EPG)<br><br>**STATE DEFENDANTS' NOTICE OF JOINDER IN COUNTY DEFENDANTS' REPLY BRIEF**<br><br>Dept: Courtroom 4<br>Judge: Hon. Jennifer L. Thurston<br>Action Filed: April 10, 2020 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendants California Department of Fish and Wildlife, Andrew Halverson, and Charlton H. Bonham (State Defendants) hereby join the Reply Brief filed on November 15, 2022 by Kern County, Kern County Sheriff's Office, Donny Youngblood, and Joshua Nicholson (County Defendants) (ECF Doc. 111).

1

Dated: November 21, 2022

Respectfully Submitted,

ROB BONTA
Attorney General of California
CHRISTINE E. GARSKE
JOSHUA B. EISENBERG
Supervising Deputy Attorneys General

*/s/ Kelly T. Smith*

KELLY T. SMITH
ETHAN A. TURNER
Deputy Attorneys General
*Attorneys for Defendant State of California, by and through California Department of Fish and Wildlife and Charlton H. Bonham, Director*

# CERTIFICATE OF SERVICE

Case Name:   **Apothio, LLC. v. CDFW, et. al.**        No.   **1:20-cv-00522-JLT-CDB**

I hereby certify that on November 21, 2022, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STATE DEFENDANTS' NOTICE OF JOINDER IN COUNTY DEFENDANTS' REPLY BRIEF**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on November 21, 2022, at Sacramento, California.

|  |  |
|---|---|
| Natalie Y. Quinonez | */s/ Natalie Y. Quinonez* |
| Declarant | Signature |

SD2020800079
36730691.docx