UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APOTHIO, LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>DONNY YOUNGBLOOD, *et al.*,<br><br>  Defendants. | Case No. 1:20-cv-00522-JLT-CDB<br><br>ORDER GRANTING PARTIES' STIPULATED REQUEST TO AMEND CASE MANAGEMENT DATES<br><br>(Docs. 147, 165)<br><br>ORDER DIRECTING PARTIES TO FILE JOINT DISCOVERY MANAGEMENT REPORT<br><br>**7-DAY DEADLINE** |

Plaintiff Apothio, LLC ("Plaintiff") initiated this action with the filing of a complaint on April 10, 2020. (Doc. 1). Following the Court's resolution of the parties' various motions to dismiss and for other relief (*see* Doc. 133), on October 16, 2024, the Court entered the operative scheduling order setting forth discovery, motion and pretrial and trial dates and deadlines. (Doc. 147).

Pending before the Court is the parties' joint stipulated request to amend the scheduling order. (Doc. 165). The parties represent that an extension of pretrial deadlines is necessary to complete discovery as counsel for County Defendants was temporarily unavailable in April and May due to his involvement in an unrelated five-week trial, the parties have served multiple

written discovery requests and written objections, and the parties have conferred and agreed on modified deadlines for non-expert discovery, expert disclosures, and rebuttal expert disclosures. (*Id.* at 2-3); *see* (Doc. 165-1, Declaration of Julian Schneider ("Schneider Decl.")). The parties represent that the requested scheduling modification does not affect any other deadlines in the operative scheduling order. (Doc. 165 at 3). The parties seek to amend the following dates in their proposed order:

| Event | Prior Date | Amended Date |
|---|---|---|
| Non-Expert Discovery Deadline | 06/13/2025 | 07/25/2025 |
| Expert Disclosure Deadline | 07/28/2025 | 08/22/2025 |
| Rebuttal Disclosure Deadline | 08/18/2025 | 09/19/2025 |

For good cause shown, the parties' stipulated request to amend the scheduling order (Doc. 165) will be granted. To ensure compliance with the Court's earlier reminder to the parties of their obligation to diligently pursue and timely complete discovery within the scheduled case management dates (*see* Doc. 147 at 9), the Court will require the parties to meet/confer and file a joint discovery management report documenting diligent discovery management efforts pertaining to timely noticing and completing depositions.

*Remainder of This Page Intentionally Left Blank*

**Conclusion and Order**

In light of the parties' representations and good cause appearing, IT IS HEREBY ORDERED that the scheduling order (Doc. 147) be amended as follows:

| Event | Prior Date | Amended Date |
| --- | --- | --- |
| Non-Expert Discovery Deadline | 06/13/2025 | **07/25/2025** |
| Expert Disclosure Deadline | 07/28/2025 | **08/22/2025** |
| Rebuttal Disclosure Deadline | 08/18/2025 | **09/19/2025** |

And it is FURTHER ORDERED that within **seven (7) days** of entry of this order, the parties SHALL FILE a discovery management report documenting: (1) meet and confer efforts between counsel and all anticipated deponents (both party and non-party) regarding their availability to appear for depositions, and (2) a preliminary schedule for the anticipated noticing of depositions for all witnesses.

IT IS SO ORDERED.

Dated: **June 2, 2025**

UNITED STATES MAGISTRATE JUDGE