UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APOTHIO, LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>DONNY YOUNGBLOOD, *et al.*,<br><br>  Defendants. | Case No. 1:20-cv-00522-JLT-CDB<br><br>ORDER GRANTING PARTIES' SECOND STIPULATED REQUEST TO AMEND CASE MANAGEMENT DATES<br><br>(Doc. 169) |

Plaintiff Apothio, LLC ("Plaintiff") initiated this action with the filing of a complaint on April 10, 2020. (Doc. 1). Following the Court's resolution of the parties' various motions to dismiss and for other relief (*see* Doc. 133), on October 16, 2024, the Court entered the scheduling order setting forth discovery, motion and pretrial and trial dates and deadlines. (Doc. 147). On June 2, 2025, the Court granted the parties' first stipulated request to amend the scheduling order. (Doc. 166). Therein, the Court extended dates and deadlines for nonexpert discovery, expert disclosures, and rebuttal disclosures, and ordered the parties to file a joint discovery management report on the status of depositions. *Id.* at 3. Following the parties' filing of the joint discovery management report (Doc. 167), on June 11, 2025, counsel for Plaintiff contacted the Courtroom Deputy to report that the parties' good faith efforts to resolve a discovery dispute have been unsuccessful. The parties were ordered to appear before the undersigned for a discovery dispute conference, but because Defendants did not consent to resolving the identified disputes through the

1 Court's informal discovery dispute procedure, Plaintiff was authorized to file (and did file) a motion
2 to compel. (Docs. 172, 174, 178). Plaintiff's motion to compel remains pending since its filing on
3 July 3, 2025.

4 Pending before the Court is the parties' second stipulated request to amend the scheduling
5 order. (Doc. 169). Counsel for the parties represent that in scheduling the depositions, they realized
6 that the current discovery plan was no longer feasible under the current trial date, given the
7 following: the number of depositions to be completed, the conflicts with scheduling and
8 unavailability of defense witnesses and defense counsel, the existence of additional discovery
9 disputes to be resolved (such as the aforementioned discovery dispute), and that additional
10 documents were anticipated to be produced prior to deposition. *Id.* at 2. The parties further
11 represent that because County and State Defendants both intend to file summary judgment motions,
12 and the constitutional issues at play, an extended briefing schedule and continuance of the hearing
13 dates and trial is necessary. *Id.* at 2-3. The parties represent that an extension of all deadlines is
14 necessary to complete discovery given document production is ongoing, the parties continue to
15 confer about numerous discovery disputes and the scheduling of party depositions, and to account
16 for the extended briefing schedule on summary judgment motions and the Court's disposition
17 thereof before a pretrial conference and trial. *Id.* at 3; (Doc. 169-1, Declaration of John R.
18 Whitefleet ("Whitefleet Decl.")). The parties jointly seek to amend the following dates in their
19 proposed order:

20 For good cause shown, the parties' second stipulated request to amend the scheduling order
21 (Doc. 169) will be granted.

*Remainder of This Page Intentionally Left Blank*

**Conclusion and Order**

In light of the parties' representations and good cause appearing, IT IS HEREBY ORDERED that the scheduling order (Docs. 147, 166) be further amended as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Non-Expert Discovery | July 25, 2025 | September 26, 2025 |
| Expert Disclosure | August 22, 2025 | October 24, 2025 |
| Rebuttal Expert Disclosure | September 19, 2025 | November 21, 2025 |
| Expert Discovery Cut-Off | October 15, 2025 | December 19, 2025 |
| Mid-Discovery Status Conference | July 9, 2025 | September 3, 2025, at 10:00 AM |
| Non-Dispositive Motion Filing | October 22, 2025 | October 22, 2025 (no change) |
| Non-Dispositive Motion Hearing (CDB) | November 20, 2025, 10:30 AM | November 20, 2025, 10:30 AM (no change) |
| Dispositive Motion Filing (and any Expert Motions) due | November 30, 2025 | January 30, 2026 |
| Dispositive Opposition due | N/A | March 20, 2026 |
| Dispositive Reply due | N/A | April 3, 2026 |
| Dispositive Motion Hearing (JLT) | January 13, 2026, 8:30 AM | April 17, 2026, 9:30 AM |
| Pre-Trial Conference (JLT) | March 9, 2025, 1:30 PM | July 13, 2026, 1:30 PM |
| Trial (JLT) | May 5, 2026, 8:30 AM | September 8, 2026, 8:30 AM |

IT IS SO ORDERED.

Dated: __July 9, 2025__

UNITED STATES MAGISTRATE JUDGE