UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APOTHIO, LLC,<br><br>           Plaintiff,<br><br>     v.<br><br>DONNY YOUNGBLOOD, *et al.*,<br><br>           Defendants. | Case No. 1:20-cv-00522-JLT-CDB<br><br>ORDER GRANTING DEFENDANTS' STIPULATED AND UNOPPOSED REQUEST TO AMEND CASE MANAGEMENT DATES<br><br>(Doc. 210) |

Plaintiff Apothio, LLC ("Plaintiff") initiated this action with the filing of a complaint on April 10, 2020. (Doc. 1). Following the Court's resolution of the parties' various motions to dismiss and for other relief (*see* Doc. 133), on October 16, 2024, the Court entered the scheduling order setting forth discovery, motion and pretrial and trial dates and deadlines. (Doc. 147). On June 2, 2025, the Court granted the parties' first stipulated request to amend the scheduling order. (Doc. 166). On July 9, 2025, the Court granted the parties' second stipulated request to amend the scheduling order. (Doc. 179).

Pending before the Court is Defendants' stipulated request (unopposed by Plaintiff) to amend the scheduling order and continue expert disclosure and expert discovery deadlines, filed on October 16, 2025. (Doc. 210). Counsel represent that the parties continue to confer about numerous discovery disputes, including formal motion practice that may involve the production of additional documents, and the informal resolution of disputes that have already resulted in an

agreement to produce responsive documents that have not yet been produced. *Id.* at 3. Counsel represent that the parties' and the Court's time and resources would be most efficiently used if expert discovery were completed only after the parties finalize producing all documents and responsive information. *Id.* Counsel represent that granting their request would not impact the existing trial date (September 9, 2026) and would provide ample time for the parties to complete discovery and all motion practice. *Id.*; *see* (Doc. 211, Declaration of Christopher C. Lamerdin ("Lamerdin Decl.") ¶¶ 16-17). Counsel for Defendants jointly seek to amend the following dates: Expert Disclosures due on January 9, 2026; Rebuttal Expert Disclosures due on February 6, 2026; Expert Discovery cutoff on March 6, 2026; and Expert Motions due on April 3, 2026. *Id.* at 4.

Counsel further represent that Plaintiff does not oppose Defendants' request provided that the extensions do not affect the existing deadlines for dispositive motions and trial. (Doc. 210 at 2).

For good cause shown, Defendants' unopposed stipulated request to amend the scheduling order (Doc. 210) will be granted.

**Conclusion and Order**

In light of counsel for Defendants' representations and good cause appearing, IT IS HEREBY ORDERED that the scheduling order (Docs. 147, 166, 179) be further amended as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Expert Disclosure | October 24, 2025 | January 9, 2026 |
| Rebuttal Expert Disclosure | November 21, 2025 | February 6, 2026 |
| Expert Discovery Cut-Off | December 19, 2025 | March 6, 2026 |
| Expert Motions due | January 30, 2026 | April 3, 2026 |

IT IS SO ORDERED.

Dated: __October 17, 2025__   _____
UNITED STATES MAGISTRATE JUDGE

2