UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APOTHIO, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DONNY YOUNGBLOOD, *et al.*,<br><br>Defendants. | Case No. 1:20-cv-00522-JLT-CDB<br><br>ORDER GRANTING PLAINTIFF AND STATE DEFENDANTS' STIPULATED REQUEST TO AMEND CASE MANAGEMENT DATES<br><br>(Doc. 216) |

      Plaintiff Apothio, LLC ("Plaintiff") initiated this action with the filing of a complaint on April 10, 2020. (Doc. 1). Following the Court's resolution of the parties' various motions to dismiss and for other relief (*see* Doc. 133), on October 16, 2024, the Court entered the scheduling order setting forth discovery, motion and pretrial and trial dates and deadlines. (Doc. 147). On June 2, 2025, the Court granted the parties' first stipulated request to amend the scheduling order. (Doc. 166). On July 9, 2025, the Court granted the parties' second stipulated request to amend the scheduling order. (Doc. 179). On October 17, 2025, the Court granted Defendants' unopposed request to amend case management dates and extended the deadlines for expert and rebuttal disclosure, expert discovery, and the deadline to file expert motions. (Doc. 214).

      Pending before the Court is the stipulated request of Plaintiff and State Defendants California Department of Fish and Wildlife and Andrew Haverson ("State Defendants") to amend the scheduling order and continue the non-dispositive motion dates and deadlines, filed on October

17, 2025. (Doc. 216). The stipulating parties represent that the requested extension will facilitate Plaintiff and State Defendants' continued informal resolution of disputes and reduce any expenditure of the Court's time and resources. *Id.* at 2; *see* (Doc. 216-1, Declaration of Julian Schneider ("Schneider Decl.") ¶¶ 5, 7). Counsel for Plaintiff declares that counsel for County Defendants did not review the stipulation and objected to the filing of any stipulation. Schneider Decl. ¶ 12. The parties seek to continue the non-dispositive motion filing deadline from October 22, 2025, to December 4, 2025, and the non-dispositive motion hearing (CDB) from November 20, 2025, to January 8, 2026. (Doc. 216 at 3).

For good cause shown, Plaintiff and State Defendants' stipulated request to amend the scheduling order (Doc. 216) will be granted.

**Conclusion and Order**

In light of the parties' representations and good cause appearing, IT IS HEREBY ORDERED that the scheduling order (Docs. 147, 166, 179, 214) be further amended as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Non-Dispositive Motion Filing | October 22, 2025 | December 4, 2025 |
| Non-Dispositive Motion Hearing (CDB) | November 20, 2025 | January 8, 2026, at 10:30 AM |

IT IS SO ORDERED.

Dated: __October 20, 2025__                    _____
                                               UNITED STATES MAGISTRATE JUDGE

2