# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

APOTHIO, LLC,

          Plaintiff,

v.

KERN COUNTY, et al.,

          Defendants.

Case No. 1:20-cv-00522-JLT-CDB

ORDER TO ATTORNEY JOHN WHITFLEET[1] TO SHOW CAUSE WHY HE SHOULD NOT BE SANCTIONED FOR HIS FAILURE TO COMPLY WITH THE COURT'S ORDER

(Doc. 244)

THREE-DAY DEADLINE

On March 30, 2026, this Court entered an order granting in part and denying in party County Defendants motion to reconsider the magistrate judge's issuance of sanctions and order granting Plaintiff's motion to compel discovery. (Doc. 244.)  In that order, the Court required Counsel for the County Defendants to "provide a copy of this order to Kern County Counsel Kendra Roberts and Litigation Chief Scott Fontes within three court days" and to "file a certification that counsel has done so within that same period." (*Id*. at 17.) Counsel did not file a certification as ordered.

///

///

---

[1] This order is directed to John Whitefleet because he was the attorney who opposed the underlying motion to compel and prosecuted the motion for reconsideration (Docs. 218, 222, 224, 229), he was involved in the meet and confer to attempt to resolve the issues (Doc. 212-2) and, seemingly, determined what would be produced in discovery.

1

Thus, the Court **ORDERS** defense attorney John Whitefleet to show cause in writing **WITHIN THREE DAYS** why sanctions, pursuant to Rule 16 and the Court's inherent authority, should not be imposed for his failure to comply with the Court's orders. Failure to respond will result in the Court imposing monetary sanctions on Mr. Whitefleet.

IT IS SO ORDERED.

Dated:    **April 7, 2026**

UNITED STATES DISTRICT JUDGE

2