UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APOTHIO, LLC,<br><br>       Plaintiff,<br><br>   v.<br><br>DONNY YOUNGBLOOD, *et al.*,<br><br>       Defendants. | Case No. 1:20-cv-00522-JLT-CDB<br><br>ORDER ON PARTIES' STIPULATED REQUEST AMENDING CASE MANAGEMENT DATES TO CONTINUE PRETRIAL AND TRIAL DATES <u>AS MODIFIED</u><br><br>(Doc. 267) |

Pending before the Court is the parties' stipulated request to amend the scheduling order to continue the pretrial conference and trial dates, filed on June 5, 2026. (Doc. 267). The parties stipulate and agree that it would be inefficient to prepare pretrial disclosures and prepare for trial at the current juncture given the pending motion for summary judgment and Plaintiff and County Defendants' ongoing meet and confer efforts as to discovery disputes related to County Defendants' production and the Court's April 15, 2026, Order. *Id.* at 3 (citing Docs. 238-240); *see* (Doc. 267-1, Declaration of Julian Schneider ("Schneider Decl.") ¶¶ 3-6). The parties therefore request the Court continue the July 13, 2026, pretrial conference to March 15, 2027, and the September 9, 2026, trial date to May 12, 2027. *Id.*

For good cause shown, the parties' stipulated request to amend the scheduling order to continue the pretrial and trial dates will be granted as modified below to comport with the presiding district judge's scheduling preferences and availability.

**Conclusion and Order**

In light of the parties' representations and good cause appearing, IT IS HEREBY ORDERED that the scheduling order (Docs. 147, 166, 179, 214, 217) be further amended as modified as follows:

| Event | Current Deadline | Amended Deadline |
|---|---|---|
| Pretrial Conference (JLT) | July 13, 2026 | March 15, 2027 |
| Trial (JLT) | September 9, 2026 | May 18, 2027 |

IT IS SO ORDERED.

Dated:   **June 8, 2026**

_____
UNITED STATES MAGISTRATE JUDGE